UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO. 3:20-mj-1221-MCR

MARK MANUEL ANGELES MARINO
_____/

Defense Atty.: LISA CALL
AUSA: KELLY KARASE

| JUDGE: | **Monte C. Richardson**<br>**U.S. Magistrate Judge** | DATE AND TIME | June 17, 2020<br>3:05 PM – 3:22 PM<br>10 MINUTES |
|---|---|---|---|
| DEPUTY CLERK: | Sharon Spaulding | TAPE/REPORTER | Digital |
| INTERPRETER | None Required | PRETRIAL/PROBATION | JACOB ELY |

## CLERK'S MINUTES

**PROCEEDINGS:    INITIAL APPEARANCE**

Defendant arrested on probable cause on June 17, 2020 by FBI.

Court requested presence of counsel for possible appointment.

Defendant advised of rights, charges, penalties and special assessment.

Defendant requested Court appointed counsel.  Defendant placed under oath and questioned regarding financial ability to employ counsel. Based on Defendant's financial affidavit, the Court appoints the Federal Public Defender's Office.

Government orally moved for detention and a continuance of the detention hearing.

Detention hearing set before Judge Monte C. Richardson on June 22, 2020 at 4:00 pm.