**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.　　　　　　　　　　　　　　　　　　　　CASE NO. 3:20-mj-1221-MCR

MARK MANUEL ANGELES MARINO

### ORDER

　　The Court has examined the defendant, **MARK MANUEL ANGELES MARINO**, under oath and found him without sufficient resources within the meaning of Title 18, United States Code, Section 3006A to employ counsel, and the **Federal Public Defender** is hereby appointed to represent the defendant.

　　**DONE** and **ORDERED** in Jacksonville, Florida on this 17th day of June, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Monte C. Richardson
　　　　　　　　　　　　　　　　　　　　　　　　　　　MONTE C. RICHARDSON
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Assistant United States Attorney (Karase)
Federal Public Defender (Grant)