**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                                              CASE NO. 3:20-mj-1221-MCR

MARK MANUEL ANGELES MARINO
_____/

**ORDER OF TEMPORARY DETENTION PENDING
HEARING PURSUANT TO BAIL REFORM ACT**

Upon oral motion of the Government to continue the detention hearing, the Motion is **GRANTED** and it is **ORDERED** that a detention hearing and preliminary hearing is set for June 22, 2020 at 4:00 PM before the Honorable Monte C. Richardson via Zoom. The Courtroom Deputy Clerk will separately send participants an Outlook invitation with the link, meeting ID, and password. Defendant is required to participate in the hearing via Zoom. **Witnesses are required to appear in person**. Information on how others can observe the proceeding can be found on the Court's website, https://www.flmd.uscourts.gov/coronavirus-and-email-filing-information. Participants should dress in appropriate court attire and appear in front of an appropriate professional background. You are hereby reminded that under Local Rule 4.11(a)(2), United States District Court, Middle District of Florida, "the taking of photographs, the operation of recording or transmission devices, and the broadcasting or televising of proceedings in any courtroom or hearing room of this Court, or the environs thereof, either while the Court is in session or at recesses between sessions when Court officials, attorneys, jurors, witnesses or other persons connected with judicial proceedings of any kind are present, are prohibited." Violation of these prohibitions may

result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.

      The defendant shall be held in custody by the United States Marshals and produced for the hearing.

Date: June 17, 2020

                                                MONTE C. RICHARDSON
                                       UNITED STATES MAGISTRATE JUDGE

Copies to:
Assistant United States Attorney (Karase)
Federal Public Defender (Grant)