## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. 3: 20-MJ-1221-MCR

**MARK MANUEL ANGELES MARINO**
_____/

## MOTION TO CONTINUE DETENTION HEARING

Defendant, **MARK MANUEL ANGELES MARINO**, pursuant to Local Rule 3.09, Rules of the United States District Court for the Middle District of Florida, requests this Court continue the detention hearing in this cause for the following reasons:

1. On Wednesday, June 17, 2020, Defendant appeared in the Jacksonville Division for an initial appearance. During the initial appearance, the Office of the Federal Public Defender was appointed to represent Defendant. (Doc. Nos. 2 and 6).

2. At the initial appearance, the government requested that Defendant be detained. The court issued an order of temporary detention and scheduled the detention hearing for Monday, June 22, 2020. (Doc.

No. 7).

3. Initially, Lisa Call was set to represent Defendant; however, due to internal staffing matters the case has been reassigned to the undersigned counsel.

4. Unfortunately, the undersigned counsel is unavailable at the time currently set for the detention hearing because of a scheduling conflict with a prearranged management meeting.

5. Pursuant to 18 U.S.C. § 3142(f)(2), the detention hearing must be held within five (5) days of the Defendant's initial appearance, upon motion of the defense, absent a showing of good cause.

6. After discussing the scheduling conflict with Defendant, the undersigned counsel requests this court to continue the detention hearing to Wednesday, June 24, 2020 in the afternoon, which is within five days of Defendant's initial appearance before the court.

7. The undersigned counsel spoke with Assistant United States Attorney Frank Talbot on behalf of the government. Mr. Talbot advised the government did not oppose the continuance.

**WHEREFORE**, Defendant moves that the detention hearing be

continued to Wednesday, June 24, 2020 for the above stated reasons.

## **MEMORANDUM**

Local Rule 3.09 provides that a continuance may be allowed by upon motion of the defense. The defendant, merely, requests the continuance because counsel for Defense has a scheduling conflict.

          Respectfully submitted,

          JAMES T. SKUTHAN
          ACTING FEDERAL PUBLIC DEFENDER

          *s/ Maurice C. Grant, II*
          Maurice C. Grant, II
          Assistant Federal Public Defender
          Florida Bar No. 791806
          200 West Forsyth, Suite 1240
          Jacksonville, Florida 32202
          Telephone: (904) 232-3039
          Fax: (904) 232-1937
          E-mail: Maurice_Grant@fd.org

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this *19th* day of *June 2020* a true copy of the foregoing was served by *electronic court filing system* to Assistant United States Attorney Kelly Karase, United States Attorney's Office, 300 N. Hogan Street, Suite 700, Jacksonville, Florida 32202.

*s/ Maurice C. Grant, II*
Maurice C. Grant, II