# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

**VS.**  **CASE NO: 3:20-mj-1221-MCR**

**MARK MANUEL ANGELES MARINO**

---

### ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

Upon motion of the Defendant to continue the detention hearing, the Motion is **GRANTED** and it is **ORDERED** that a detention hearing is reset for June 24, 2020 at 10:00 AM before the Honorable Monte C. Richardson in Courtroom No. 5C, Fifth Floor, **300 North Hogan Street, Jacksonville, Florida.** The defendant shall be held in custody by the United States Marshals and produced for the hearing.

Date: June 19, 2020

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:
Assistant United States Attorney (Karase)
Federal Public Defender's Office (Grant)