UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO.: 3:20-mj=1221-MCR

MARK MANUEL ANGELES MARINO
_____/

**NOTICE OF APPEARANCE**

The undersigned attorney, Thomas M. Bell, hereby enters his appearance as counsel of record for the Defendant, MARK MANUEL ANGELES MARINO, in the above-captioned cause.

Respectfully submitted,

*S:// Thomas M. Bell*
THOMAS M. BELL, #0615692
301 West Bay Street, Suite 1460
Jacksonville, Florida 32202
Telephone (904) 354-0062
Telecopier (904) 353-1315
tbellesq@bellsouth.net
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 23, 2020, I electronically filed the foregoing with the clerk of the Court by using CM/ECF system which will send a notice of electronic filing to Kelly Karase A.U.S.A.

*S:// Thomas M. Bell*
Thomas M. Bell