# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

v.                                             Case No. 3:20-MJ-1221-MCR

**MARK MANUEL ANGELES MARINO**
_____/

## MOTION TO WITHDRAW AS COUNSEL

The Federal Public Defender through undersigned counsel hereby moves to withdraw as counsel of record for Defendant, **MARK MANUEL ANGELES MARIONO** for reason state as follows:

1. The Office of the Federal Public Defender was appointed to represent Defendant on June 17, 2020. (Doc. Nos. 2 and 6).

2. Today, Thomas M. Bell, Esq. filed a notice of appearance as counsel of record for Defendant. (Doc. No. 10).

3. The Office of the Federal Public Defender requests permission to withdraw from representation of Defendant.

**WHEREFORE**, the undersigned counsel moves for an Order allowing the Federal Public Defender to withdraw as counsel of record.

Respectfully submitted by

JAMES T. SKUTHAN
ACTING FEDERAL PUBLIC DEFENDER


*s/ Maurice C. Grant, II*
Maurice C. Grant, II
Assistant Federal Public Defender
Florida Bar No. 791806
200 W. Forsyth Street, Suite 1240
Jacksonville, Florida 32202
Telephone: (904) 232-3039
Fax: (904)232-1937


**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this *23rd* day of *June 2020*, a true copy of the foregoing was served by *electronic court filing system* to Assistant United States Kelly Karase, Office of the United States Attorney, 300 N. Hogan Street, Suite 700, Jacksonville, Florida 32202 and Thomas M. Bell, Esq, 301 West Bay Street, Suite 1460, Jacksonville, Florida 32202

*s/ Maurice C. Grant, II*
Maurice C. Grant, II