UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO. 3:20-mj-1221-MCR

MARK MANUEL ANGELES MARINO
_____/

**ORDER**

**THIS CAUSE** is before the Court on the Motion to Withdraw as Counsel (Doc. 11) filed by Maurice Grant on June 23, 2020.  The Motion advises that a Notice of Appearance on behalf of Defendant was entered in this case (Doc. No. 10) by Thomas M. Bell.

Accordingly, it is

**ORDERED:**

1. Defense counsel's Motion to Withdraw as Counsel (Doc. 11) is **GRANTED**.

2. Mr. Grant is relieved of any further responsibility in this case, with the exception of those duties required to properly transition the case to new counsel.

**DONE** and **ORDERED** in Jacksonville, Florida this 24th day of June, 2020.

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Assistant United States Attorney (Karase)
Federal Public Defender (Grant)
Thomas M. Bell, Esq.