**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.   CASE NO. 3:20-mj-1221-MCR

MARK MANUEL ANGELES MARINO
_____/

Defense Atty.: THOMAS M. BELL
AUSA: KELLY KARASE

| JUDGE: | **Monte C. Richardson**<br>**U.S. Magistrate Judge** | DATE AND TIME | June 24, 2020<br>1:34 PM – 2:08 PM<br>2:09 PM – 2:47 PM |
|---|---|---|---|
| DEPUTY CLERK: | Sharon Spaulding | TAPE/REPORTER | Digital |
| INTERPRETER | None Required | PRETRIAL/PROBATION | PATRICK SHERIDAN |

# CLERK'S MINUTES

**PROCEEDINGS:** Detention Hearing

Government witness: Detective Ryan Ellis placed under oath and questioned by both counsel.

Argument by the Government.

Argument by defense counsel.

Court found that there was probable cause that the offense had been committed – **ORDER TO ENTER**.

**DETENTION HEARING**
Defense witness and proposed Third Party Custodian: Mari Beth Calubquib placed under oath and questioned by both counsel.

Proffer by the Government.

Proffer by defense counsel.

Court found that Defendant was a danger to the community and risk of flight and ordered Defendant detained pending trial.