**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.  CASE NO. 3:20-mj-1221-MCR

MARK MANUEL ANGELES MARINO

## ORDER

This matter came before the Court on June 24, 2020, for the purpose of a preliminary hearing. Based on the evidence and testimony, the United States has produced sufficient evidence to convince the undersigned that there is probable cause to believe that an offense has been committed by defendant against the laws of the United States.

Accordingly, the defendant is held to await further action by the federal grand jury.

**DONE** and **ORDERED** in Jacksonville, Florida on this 25th day of June, 2020.

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Assistant UInited States Attorney (Karase)
Thomas Bell, Esq.