# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

vs.  **Case No. 3:20-cr-94-J-32JRK**

**MARK MANUEL ANGELES MARINO**

---

### O R D E R

This cause is **SET** for the arraignment before the undersigned on **WEDNESDAY, JULY 15, 2020 at 10:00 AM** in Courtroom 13A, Thirteenth Floor, United States Courthouse, 300 North Hogan Street, Jacksonville, Florida. Counsel for Defendant and for the Government shall appear telephonically and shall call the Court's teleconferencing service at 1-888-684-8852 at least five minutes before the hearing is scheduled to begin. The access code is 2745123; the security code is 32094. Defendant shall appear for the hearing via videoconferencing technology from the Baker County Jail.

**The Court requests that the Baker County Jail produce Mark Manuel Angeles Marino (USM No. 73640-018) in the videoconferencing room at that facility on the date and time of the scheduled hearing.**

**DONE AND ORDERED** at Jacksonville, Florida on July 9, 2020.

*James R. Klindt*
JAMES R. KLINDT
United States Magistrate Judge

mdc
Copies to:

Assistant U.S. Attorneys (Karase)
Thomas M. Bell, Esquire
U.S. Marshals Service
U.S. Pretrial Services
Joseph Bott, Systems
JT Hedman, Systems
Jim Leanhart, Jacksonville Division Manager
Baker County Jail, Videoconferencing Coordinator (via U.S. Marshals Service)