**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**UNITED STATES OF AMERICA**

-vs-                                                                                     Case No. 3:20-cr-94-J-32JRK

**MARK MANUEL ANGELES MARINO**              Defense Atty.: Thomas M. Bell, Esq.
                                                                              AUSA: Rodney Brown for Kelly Karase

| JUDGE | Joel B. Toomey<br>U. S. Magistrate Judge | DATE AND TIME | 7/15/2020<br>10:12 a.m. – 10:13 a.m.<br>Recess<br>10:42 a.m. – 11:07 a.m. |
|---|---|---|---|
| DEPUTY CLERK | Tracee Perrotti | TAPE/REPORTER | Digital |
| INTERPRETER | None present | PRETRIAL/PROBATION: | None present |

CLERK'S MINUTES

**PROCEEDINGS:**                    **ARRAIGNMENT**

Thomas M. Bell, Esq., is present in the courtroom.   Defendant was present via videoconference from the Baker County Jail, but due to technical difficulties, Defendant had to appear by telephone.   The Court took a brief recess to allow Mr. Bell to discuss the consent to appear by telephone with Defendant.

Defendant is present by telephone from the Baker County Jail.   After conferring with Mr. Bell, Defendant consents to appearing telephonically.

Defendant's mother Mari Beth Calabquib is also present by telephone

Defendant advised of rights, charges, penalties, special assessment and forfeiture provision.

Defendant enters a plea of not guilty to Counts One and Two of the Indictment.

Government to provide discovery by the end of the day on: **July 21, 2020**

Discovery motions to be filed by: **August 7, 2020**

Dispositive/Suppression motions to be filed by: **August 7, 2020**

Witness List/Jencks Act Material: **3 calendar days prior to trial**

Status: **August 24, 2020 at 4:00 p.m., before the Honorable Timothy J. Corrigan.**

Trial: **September 8**, **2020 at 9:00 a.m. before the Honorable Timothy J. Corrigan.**

**Standing Order to enter.**

**FILED IN OPEN COURT:**
   **Notice of Acceptance of General Discovery**