FILED IN OPEN COURT
7-15-2020

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

vs.

CASE NO. 3:20-cr-94-J-32JRK

MARK MANUEL ANGELES MARINO

### NOTICE OF ACCEPTANCE OF GENERAL DISCOVERY

Defendant, MARK MANUEL ANGELES MARINO, by and through his undersigned counsel, hereby gives notice of his acceptance of general discovery pursuant to the Court's Standing Order regarding discovery.

By: _____
Attorney for Defendant

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished to Kelly Karase, Assistant United States Attorney, 300 North Hogan Street, Suite 7-100, Jacksonville, Florida 32202-4270, by hand, this 15th day of July, 2020.

_____
Attorney for Defendant