UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                          CASE NUMBER: 3:20-cr-94-J-32JBT

MARK MANUEL ANGELES MARINO
_____/

**UNOPPOSED MOTION TO CONTINUE TRIAL AND STATUS CONFERENCE AND EXTEND THE DEADLINE TO FILE DISPOSITIVE MOTIONS**

The Defendant, Mark Marino, by and through the undersigned attorney, pursuant to Rule 12 of the Federal Rules of Criminal Procedure and 18 U.S.C. §3161, respectfully moves this Honorable Court continue the trial and status conference and to extend the deadline to file dispositive motions in this matter.  As grounds for this motion, Defendant states as follows:

1. A two count Indictment is returned against Mr. Marino on July 8, 2020.  It charges, in sum, one count of knowingly receiving visual depictions by means of computer, a facility of interstate and foreign commerce, of minors engaging in sexually explicit conduct in violation of 18 USC §2252(a)(2) and 2252(b)(1).  Count II in sum, charges Mr. Marino, with the offense of knowingly possessing child pornography and the visual depictions involved a prepubescent minor who had not attained 12 years of age in violation of 18 USC §2252(a)(4)(B) and 2252(b)(2) (Doc 16).

2. Mr. Marino is arraigned on July 15th and pleads not guilty. Trial is currently scheduled for the term beginning September 8, 2020.  Dispositive motions are due August 7, 2020. A status conference is set for August 24, 2020. (Doc. 23).

3. The United States provides discovery pursuant to the standing order shortly after arraignment. The discovery material includes a lengthy search warrant affidavit and complaint as well as a number of reports of the investigation prepared by law enforcement agents as well as an audio recording of Mr. Marino's purported exchange with law enforcement agents. However, at least as of the date of the filing of this motion, the forensic reports associated with the analysis of electronic devices seized pursuant to the search warrant have not been provided, presumably because the analysis and or the reports which summarize the analysis have not been completed.

4. It will be difficult to review the discovery, including the forensic evidence, complete the independent investigation, file and then conduct any necessary hearings on any motions filed by the deadline and trial date. Preparation for the trial will be equally difficult by the September trial term.

5. Defendant, respectfully, moves this Court continue the trial to permit the opportunity to conduct further investigation and prepare for trial. He waives his right to a speedy trial through the end of the December term. Mr. Marino is in custody.

6. The United States, per A.U.S.A. Kelly Karase, does not oppose this motion. The parties respectfully suggest a 60 to 90 days continuance to permit the completion of the investigation and preparation for trial.

7. Mr. Marino further moves the Court to continue the status conference scheduled for August 24 and extend the deadline for filing suppression and other dispositive motions.

## MEMORANDUM OF LAW

Section 3161, 18 U.S.C., permits this Court to continue a trial beyond the speedy trial period if the "ends of justice served by taking such action outweigh the best interest of the public . . . in a speedy trial". Section 3161(b) outlines some of the factors to consider in determining whether a continuance is justified.

Mr. Marino submits the factors described in 18 U.S.C. §3161(b) exist in the case and a continuance is in the best interest of justice.

WHEREFORE, the Defendant, Mr. Marino respectfully moves this Honorable Court grant this motion.

Respectfully submitted,

 s/Thomas M. Bell
THOMAS M. BELL
Florida Bar No.  0615692
301 W. Bay Street, Suite 1460
Jacksonville, Florida, 32202
Telephone (904) 354-0062
Telecopier (904) 353-1315
tbellesq@bellsouth.net
Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 4, 2020, I electronically filed the foregoing with the clerk of the Court by using CM/ECF system which will send a notice of electronic filing to the following:

Kelly Karase, A.U.S.A.

 s/ Thomas M. Bell
Thomas M. Bell