# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO. 3:20-cr-94-J-32JRK

MARK MANUEL ANGELES MARINO

## ORDER

This case is before the Court on defendant's Unopposed Motion to Continue Trial and Status Conference and Extend the Deadline to File Dispositive Motions (Doc. 24). The government does not oppose the motion. Accordingly, it is now

**ORDERED:**

1. For the reasons stated in defendant's motion, the Court finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial (18 U.S.C. §3161(h)(7)(A)); defendant's Motion (Doc. 24) is **GRANTED**.

2. A status conference is set for **November 16, 2020 at 4:00 p.m.**, and Jury trial previously set for the September 2020 term is rescheduled for the trial term commencing **December 7, 2020 at 9:00 a.m.**, and continuing through the last day of the month in the United States Courthouse, Courtroom No. 10D, Tenth Floor, 300 North Hogan Street, Jacksonville, Florida.

3. Deadline to file dispositive motions is **October 9, 2020**.

**DONE AND ORDERED** in Jacksonville, Florida this 4th day of August, 2020.

*[signature: Timothy J. Corrigan]*

TIMOTHY J. CORRIGAN
United States District Judge

md.
Copies:

Kelly Karase, AUSA
Thomas M. Bell, Esquire
U.S. Probation
U.S. Pretrial Services
U.S. Marshals Service
Defendant