**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

**UNITED STATES OF AMERICA**

**vs.**                                                                           **Case No. 3:20-cr-94(S1)-J-32JRK**

**MARK MANUEL ANGELES MARINO**

**O R D E R**

This cause is **SET** for an arraignment on the Superseding Indictment before the undersigned on **TUESDAY, AUGUST 25, 2020 at 1:00 PM** in Courtroom 5D, Fifth Floor, United States Courthouse, 300 North Hogan Street, Jacksonville, Florida. **The hearing will take place via Zoom**. The Clerk of Court will transmit instructions for joining the video conference by separate email to the required participants. Should any of the participants be unable to appear via Zoom, **with advance notice to the undersigned's courtroom deputy**, those parties are **permitted to appear telephonically** and shall call the Court's teleconferencing service at 1-888-684-8852 at least five minutes before the hearing is scheduled to begin. The access code is 2745123; the security code is 2094.[1]

If either the Government or Defendant objects to the Court conducting this proceeding by video, the objecting party shall file a notice of objection prior to the hearing with accompanying authority. The parties are reminded that, under Local Rule 4.11(b), the taking of photographs, the operation of recording or transmission devices, and the broadcasting or televising of proceedings in any courtroom or hearing room of this Court,

---

[1] All participants shall have this telephone conferencing information readily available during the hearing in case technical difficulties make the Zoom conference impractical (in which case, the Court may proceed via telephone).

or the environs thereof, either while the Court is in session or at recesses between sessions when Court officials, lawyers, jurors, witnesses or other persons connected with judicial proceedings of any kind are present, are prohibited. Additionally, all participants involved in the proceeding are expected to dress appropriately.

**The Court requests that the Baker County Jail produce Mark Manuel Angeles Marino (USM No. 73640-018) in the videoconferencing room at that facility on the date and time of the scheduled hearing.**

**DONE AND ORDERED** at Jacksonville, Florida on August 21, 2020.

*[signature]*
JAMES R. KLINDT
United States Magistrate Judge

mdc
Copies to:
Assistant U.S. Attorney (Karase)
Thomas M. Bell, Esquire
United States Marshal
JT Hedman, Systems