**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**UNITED STATES OF AMERICA**

-vs-                                                                                            Case No.   3:20-cr-94(S1)-J-32JRK

**MARK MANUEL ANGELES MARINO**                    Defense Atty: Thomas M. Bell, Esquire
                                                                                            AUSA: Kelly Karase, Esquire

| JUDGE | James R. Klindt<br>U. S. Magistrate Judge | DATE AND TIME | 8/25/2020<br>1:08 p.m. – 1:30 p.m. |
|---|---|---|---|
| DEPUTY CLERK | Megan Chaddock | TAPE/REPORTER | Digital |
| INTERPRETER | None Present | PRETRIAL/PROBATION | None Present |

CLERK'S MINUTES

**PROCEEDINGS:   ARRAIGNMENT ON A SUPERSEDING INDICTMENT**

All parties appeared via Zoom.

Defendant consented to appearing at hearing via video-conference.

Defendant advised of rights, charges, penalties, special assessment, and forfeiture provision.

Defendant entered a plea of not guilty as to each count.

Government to provide additional discovery by: **August 28, 2020**
Discovery/Dispositive/Suppression motions to be filed by: **October 9, 2020**
Status Conf.: **November 16, 2020, at 4:00 p.m. before the Honorable Timothy J. Corrigan**
Trial Term: **December 7, 2020, at 9:00 a.m. before the Honorable Timothy J. Corrigan**

**Amended Standing Order to enter.**

Order of Detention shall remain in effect.