**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

**UNITED STATES OF AMERICA**

vs.                                                                              **Case No. 3:20-cr-94(S1)-J-32JRK**

**MARK MANUEL ANGELES MARINO**

**O R D E R**

This cause is **SET** for a motion hearing on Defendant Mark Manuel Angeles Marino's Motion for Bill of Particulars and Memorandum of Law (Doc. No. 30), filed October 5, 2020, and for a status hearing on the Motion to Suppress Physical Evidence and Statements, Request for Evidentiary Hearing and Memorandum of Law (Doc. No. 31), filed October 9, 2020. The motion hearing and status hearing will be held before the undersigned on **Wednesday, November 4, 2020, at 2:00 p.m., in Courtroom 5D.**[1] **Defendant's presence is required.**

**DONE AND ORDERED** at Jacksonville, Florida on October 27, 2020.

*James R. Klindt*
JAMES R. KLINDT
United States Magistrate Judge

bhc
Copies to:
Assistant U.S. Attorney (Karase)
Thomas M. Bell, Esquire
United States Marshal

---

[1] The parties are reminded that photo identification is required to enter the United States Courthouse. In addition, cellular telephones and laptop computers are generally prohibited in the Courthouse. Counsel only may bring personal electronic devices into the United States Courthouse as provided for in the General Order (Doc. No. 1), No. 6:13-mc-94-Orl-22, signed September 26, 2013 and entered October 1, 2013. The device(s) must be on silent mode while in the courtroom.