# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

-vs-                                                                Case No.   3:20-cr-94(S1)-J-32JRK

**MARK MANUEL ANGELES MARINO**                 Defense Atty: Thomas M. Bell, Esquire
                                                                              AUSA: Kelly Karase, Esquire

| JUDGE | James R. Klindt<br>U. S. Magistrate Judge | DATE AND TIME | 11/4/2020<br>2:09 p.m. – 3:20 p.m. |
|---|---|---|---|
| DEPUTY CLERK | Megan Chaddock | TAPE/REPORTER | Digital |
| INTERPRETER | None Present | PRETRIAL/PROBATION | None Present |

### CLERK'S MINUTES

**PROCEEDINGS:**   MOTION HEARING RE: DEFENDANT MARK MANUEL ANGELES MARINO'S MOTION FOR BILL OF PARTICULARS AND MEMORANDUM OF LAW (DOC. NO. 30); STATUS HEARING RE: MOTION TO SUPPRESS PHYSICAL EVIDENCE AND STATEMENTS, REQUEST FOR EVIDENTIARY HEARING AND MEMORANDUM OF LAW (DOC. NO. 31)

Defendant present.

Court heard from counsel.

Defendant Mark Manuel Angeles Marino's Motion for Bill of Particulars and Memorandum of Law (Doc. No. 30) is **TAKEN UNDER ADVISEMENT**.

Counsel to contact chambers upon speaking with witnesses and determining their availability for an evidentiary hearing on Motion to Suppress Physical Evidence and Statements, Request for Evidentiary Hearing and Memorandum of Law (Doc. No. 31).