**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**UNITED STATES OF AMERICA**

**vs.**                                                  **Case No. 3:20-cr-94(S1)-J-32JRK**

**MARK MANUEL ANGELES MARINO**

---

**O R D E R**

This cause is before the Court on the Motion to Suppress Physical Evidence and Statements, Request for Evidentiary Hearing and Memorandum of Law (Doc. No. 31), filed October 9, 2020. Having reviewed the Motion and the file, it is

**ORDERED:**

An evidentiary hearing on the Motion to Suppress Physical Evidence and Statements, Request for Evidentiary Hearing and Memorandum of Law (Doc. No. 31) is set before the undersigned on **THURSDAY, DECEMBER 10, 2020, at 9:30 a.m., in Courtroom 5D.**[1]  **Defendant's presence is required.**

**DONE AND ORDERED** at Jacksonville, Florida, this 5th day of November, 2020.

*James R. Klindt*
**JAMES R. KLINDT**
United States Magistrate Judge

---

[1]      The parties are reminded that photo identification is required to enter the United States Courthouse.  Also, a mask or other face covering is required while in any public area of the building, including all elevators.  See Order Concerning Protocols in the Bryan Simpson United States Courthouse, No. 3:20-mc-5-J-32, entered June 16, 2020, available at:
https://www.flmd.uscourts.gov/sites/flmd/files/documents/flmd-order-concerning-protocols-in-the-bryan-simpson-united-states-courthouse-3-20-mc-5-j-32.pdf.

Cellular telephones and laptop computers are generally prohibited in the Courthouse. Counsel only may bring personal electronic devices into the United States Courthouse as provided for in the General Order (Doc. No. 1), No. 6:13-mc-94-Orl-22, signed September 26, 2013 and entered October 1, 2013, available at: https://www.flmd.uscourts.gov/sites/flmd/files/documents/mdfl-6-13-mc-94-orl-22.pdf.    The device(s) must be on silent mode while in the courtroom.

mdc
Copies to:
Assistant U.S. Attorneys (Karase)
Thomas M. Bell, Esquire