UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                              CASE NUMBER: 3:20-cr-94-J-32JBT

MARK MANUEL ANGELES MARINO
_____/

**SECOND UNOPPOSED MOTION TO CONTINUE TRIAL
AND STATUS CONFERENCE AND MEMORANDUM OF LAW**

The Defendant, Mark Marino, by and through the undersigned attorney, pursuant to Rule 12 of the Federal Rules of Criminal Procedure and 18 U.S.C. §3161, respectfully moves this Honorable Court continue the trial and status conference in this matter. As grounds for this motion, Defendant states as follows:

1. A two count Indictment is returned against Mr. Marino on July 8, 2020. It charges, in sum, one count of knowingly receiving visual depictions by means of computer, a facility of interstate and foreign commerce, of minors engaging in sexually explicit conduct in violation of 18 USC §2252(a)(2) and §2252(b)(1). Count II in sum, charges Mr. Marino, with the offense of knowingly possessing child pornography and the visual depictions involved a prepubescent minor who had not attained 12 years of age in violation of 18 USC §2252(a)(4)(B) and §2252(b)(2) (Doc 16). A superseding Indictment is returned on August 19, 2020. It charges commercial sex on a minor female less than fourteen in violation of 18 US.C. §§1591(a)(1) and §1594(a) and three counts of production of child pornography in violation of 18 U.S.C. §2251(a) and (e) in addition to the original charges. (Doc. 26).

2. Trial is currently scheduled for the term beginning December 7, 2020. A status conference is set for November 16, 2020. (Doc. 25).

3. A motion to suppress physical evidence has been filed. (Doc. 31). An evidentiary hearing on the motion to suppress is scheduled to begin on December 10, 2020.

5. Defendant, respectfully, moves this Court continue the trial to permit the opportunity to complete the hearing on the motion to suppress, permit the preparation and review of the report and recommendation and permit time to raise any objections to the report and recommendation. He waives his right to a speedy trial through the end of the March term. Mr. Marino is in custody.

6. The United States, per A.U.S.A. Kelly Karase, does not oppose this motion. The parties respectfully suggest a 90 day continuance to permit the completion of the hearing, the investigation of any unresolved matters, and preparation for trial.

7. Mr. Marino further moves the Court to continue the status conference scheduled for November 16th.

## MEMORANDUM OF LAW

18 U.S.C. §3161, permits this Court to continue a trial beyond the speedy trial period if the "ends of justice served by taking such action outweigh the best interest of the public . . . in a speedy trial". Section 3161(b) outlines some of the factors to consider in determining whether a continuance is justified.

Mr. Marino submits the factors described in 18 U.S.C. §3161(b) exist in the case and a continuance is in the best interest of justice.

WHEREFORE, the Defendant, Mr. Marino respectfully moves this Honorable Court grant this motion.

Respectfully submitted,

s/Thomas M. Bell
THOMAS M. BELL
Florida Bar No. 0615692
301 W. Bay Street, Suite 1460
Jacksonville, Florida, 32202
Telephone (904) 354-0062
Telecopier (904) 353-1315
tbellesq@bellsouth.net
Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 13, 2020, I electronically filed the foregoing with the clerk of the Court by using CM/ECF system which will send a notice of electronic filing to the following:

Kelly Karase, A.U.S.A.

s/ Thomas M. Bell
Thomas M. Bell