# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

-vs-                                                                       Case No.   3:20-cr-94(S2)-J-32JRK

**MARK MANUEL ANGELES MARINO**          Defense Atty: Thomas M. Bell, Esquire
                                                                          AUSA: Kelly Karase, Esquire

| JUDGE | James R. Klindt<br>U. S. Magistrate Judge | DATE AND TIME | 11/24/2020<br>2:07 p.m. – 2:28 p.m. |
|---|---|---|---|
| DEPUTY CLERK | Megan Chaddock | TAPE/REPORTER | Digital |
| INTERPRETER | None Present | PRETRIAL/PROBATION | None Present |

## CLERK'S MINUTES

**PROCEEDINGS:**   **ARRAIGNMENT ON SECOND SUPERSEDING INDICTMENT**

Ms. Karase appeared via Zoom.

Defendant advised of rights, charges, penalties, special assessment, and forfeiture provision.

Defendant entered a plea of not guilty as to each count.

Government to provide additional discovery by: **December 1, 2020**
Discovery/Dispositive/Suppression motions to be filed by: **December 22, 2020**
Government's responses to Dispositive motions due by**: January 7, 2021**

Case will remain on the March 1, 2021 trial term.

Order of Detention shall remain in effect.