UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                                            Case No.: 3:20-cr-94(S2)-J-32JRK

MARK MARINO
_____/

### NOTICE OF SUPPLEMENTAL AUTHORITY

Defendant Mark Marino, by and through the undersigned attorney, hereby respectfully submits this Notice of Supplemental Authority to apprise the Court of additional authority on the issues of probable cause and staleness in advance of the hearing on the motion to suppress. Specifically, Defendant refers to US v. Touset, 890 F. 3d 1227 (11th Cir. 2018).

Respectfully submitted,

*s/Thomas M. Bell*
THOMAS M. BELL
Florida Bar No. 0615692
301 W. Bay Street, Suite 1460
Jacksonville, Florida, 32202
Telephone (904) 354-0062
Telecopier (904) 353-1315
tbellesq@bellsouth.net
Attorney for Defendant

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 7, 2020, I electronically filed the foregoing with the clerk of the Court by using CM/ECF system which will send a notice of electronic filing to the following:
Kelly Karase, A.U.S.A.

*s/ Thomas M. Bell*
Thomas M. Bell