# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

    **Plaintiff(s), Government**

v.

MARK MANUEL ANGELES MARINO

    **Defendant(s),** X

**Case No:** 3:20-cr-94(S1)-J-32JRK

X **Evidentiary**
   **Trial**
   **Other**

# EXHIBIT LIST

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 1 | | | Richard D. Connor, Jr. | Curriculum Vitae |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |

Respectfully submitted,

*s/Thomas M. Bell*
THOMAS M. BELL
Florida Bar No.  0615692
301 W. Bay Street, Suite 1460
Jacksonville, Florida, 32202
Telephone (904) 354-0062
Telecopier (904) 353-1315
tbellesq@bellsouth.net
Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 9, 2020, I electronically filed the foregoing with the clerk of the Court by using CM/ECF system which will send a notice of electronic filing to the following:
Kelly Karase, A.U.S.A.

*s/ Thomas M. Bell*
Thomas M. Bell