# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

-vs-                                                                  Case No.   3:20-cr-94(S2)-J-32JRK

**MARK MANUEL ANGELES MARINO**            Defense Atty: Thomas M. Bell, Esquire
                                                                            AUSA: Kelly Karase, Esquire

| JUDGE | James R. Klindt<br>U. S. Magistrate Judge | DATE AND TIME | 12/10/2020<br>9:39 a.m. – 10:51 a.m.<br>Recess<br>11:16 a.m. – 12:54 p.m.<br>Recess<br>1:58 p.m. – 3:22 p.m. |
|---|---|---|---|
| DEPUTY CLERK | Megan Chaddock | TAPE/REPORTER | Shelli Kozachenko/<br>Digital |
| INTERPRETER | None Present | PRETRIAL/PROBATION | None Present |

### CLERK'S MINUTES

**PROCEEDINGS:** EVIDENTIARY HEARING RE MOTION TO SUPPRESS PHYSICAL EVIDENCE AND STATEMENTS, REQUEST FOR EVIDENTIARY HEARING AND MEMORANDUM OF LAW (DOC. NO. 31)

Defendant present.

Government's Witness:
    Benjamin J. Luedke, Special Agent, HSI

Government's Exhibits 1 - 5:
    Admitted into evidence, with no objection from Defendant

Defendant's Witness:
    Richard D. O'Connor, Jr.

Defendant's Exhibits 1 - 2:
    Admitted into evidence, with no objection from the Government

[Continued to Page Two]

United States v. Marino
Case No.: 3:20-cr-94(S2)-J-32JRK
Page Two
_____

Transcript of the hearing to be ordered and filed.

Defendant shall have up to and including **December 18, 2020** to file an amended motion to suppress.

Within 14 days of the filing of the transcript, the Government shall file a response to the amended motion.

Within 14 days of the filing of the Government's response, Defendant shall file a reply.

Within 14 days of the filing of Defendant's reply, the Government shall file a sur-reply.