FILED IN OPEN COURT
12/10/2020

CLERK U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,　　　　Case No. 3:20-cr-94(S2)-J-32JRK

Plaintiff, ☐
Government ☒　　　　☒ Evidentiary
　　　　　　　　　　　☐ Trial
　　　　　　　　　　　☐ Other
v.

MARK MANUEL ANGELES MARINO

Defendant ☐

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1 | 12/10/20 | 12/10/2020 | S/A Benjamin Luedke | Search Warrant and Application Package for Residential Search Warrant of 6936 Longleaf Branch Dr., signed 6/16/20 |
| 2 | 12/10/20 | 12/10/2020 | S/A Benjamin Luedke | Deep Paste Ad August 15, 2019 |
| 3 | 12/10/20 | 12/10/2020 | S/A Benjamin Luedke | Spreadsheet from Coinbase |
| 4 | 12/10/20 | 12/10/2020 | S/A Benjamin Luedke | Bitcoin Transaction Diagram |
| 5 | 12/10/20 | 12/10/2020 | S/A Benjamin Luedke | Chronology |