**U.S. District Court**
**Middle District of Florida**
**Jacksonville Division**

# GOVERNMENT EXHIBIT

**Exhibit No.:** ___2___

Case No.: 3:20-cr-94(S2)-J-32JRK

UNITED STATES OF AMERICA

vs.

MARK MANUEL ANGELES MARINO

Date Identified: _12/10/2020_

Date Admitted: _12/10/2020_

https://4m6omb3gmrmnwzxi.onion.sh/show.php?md5=57d9cf42449824b9d5350ccbd2d6b185



```
PHILIPPINE GIRLS
Only for serious men with good economy and who know how to be descrete.

OFFER 1:
Meeting with girls aged 4-12 in Philippines. We provide luxury house with swimming pool. One week including one
girl for normal sex (anal/pussy/blowjobs) 8000 Euro. Each additional week or any extra girl is 4000 Euro a week.
Rough sex cost more.

OFFER 2:
Camshow with a girl from 400 Euro.

OFFER 3:
Video of the girl. Describe action and length of video and you get a quote in return.

Do you want offer 1, 2 or 3? Let me know when you contact me.

philippinegirls@secmail.pro
(proof of girl will of course be sent once we have the girl you like)
```