# U.S. District Court
## Middle District of Florida
## Jacksonville Division

# GOVERNMENT EXHIBIT

**Exhibit No.:** _____3_____

Case No.: 3:20-cr-94(S2)-J-32JRK

UNITED STATES OF AMERICA

vs.

MARK MANUEL ANGELES MARINO

Date Identified: _12/10/2020_

Date Admitted: _12/10/2020_

| TIMESTAMP | ACCOUNT NAME | TYPE | STATUS | BALANCE | AMOUNT | CURRENCY | TO | NOTES |
|---|---|---|---|---|---|---|---|---|
| 10/23/2019 4:11 | BTC Wallet | Buy | Complete | 0.02154204 | 0.02154204 | BTC | 5d7deeb4b7866c06534313ca | Bought 0.02154204 BTC for $180.00 USD. |
| 10/23/2019 4:35 | BTC Wallet | Send | Complete | 0 | -0.02154204 | BTC | 13t1ZBGmrV81kQ1WwWgTWQaPbthtwWnE8c | fhinami@secmail.pro |
| 10/25/2019 13:26 | BTC Wallet | Receive | Complete | 0.02863803 | 0.02863803 | BTC | | |
| 10/25/2019 15:28 | BTC Wallet | Buy | Complete | 0.10597432 | 0.07733629 | BTC | 5d7deeb4b7866c06534313ca | Bought 0.07733629 BTC for $700.00 USD. |
| 10/25/2019 18:47 | BTC Wallet | Send | Complete | 0.01747174 | -0.08850258 | BTC | 13t1ZBGmrV81kQ1WwWgTWQaPbthtwWnE8c | fhinami@secmail.com |
| 10/29/2019 2:50 | BTC Wallet | Send | Complete | 0.01147938 | -0.00599236 | BTC | 1G7Vvbzze97FXGjiuN5QMsXaK5AUfNAz6g | fhinami@secmail.pro 5pics |
| 11/11/2019 3:38 | BTC Wallet | Send | Complete | 3.73E-05 | -0.01144208 | BTC | 1Jqk6Dzo4jTTW9LbfUfBbaEat5EVbCbKqj | H4K |
| 11/14/2019 3:13 | BTC Wallet | Buy | Complete | 0.0117325 | 0.0116952 | BTC | 5d7deeb4b7866c06534313ca | Bought 0.0116952 BTC for $105.00 USD. |
| 11/14/2019 3:15 | BTC Wallet | Send | Complete | 5.76E-05 | -0.01167491 | BTC | 1DWsgwKJ59eZu9KNpuwhwriNbo9kGmfBeF | RockNRoll |
| 1/16/2020 19:31 | BTC Wallet | Buy | Complete | 0.05539875 | 0.05534116 | BTC | 5d7deeb4b7866c06534313ca | Bought 0.05534116 BTC for $510.00 USD. |
| 1/16/2020 19:35 | BTC Wallet | Buy | Complete | 0.06081961 | 0.00542086 | BTC | 5d7deeb4b7866c06534313ca | Bought 0.00542086 BTC for $50.00 USD. |
| 1/16/2020 19:37 | BTC Wallet | Send | Complete | 0.00068764 | -0.06013197 | BTC | 39ocCd1qvd8pXB2zx3BzM6qzbkXUb3Mwif | Sir Scully. from David |
| 1/17/2020 1:28 | BTC Wallet | Buy | Complete | 0.01243297 | 0.01174533 | BTC | 5d7deeb4b7866c06534313ca | Bought 0.01174533 BTC for $110.00 USD. |
| 1/17/2020 1:31 | BTC Wallet | Send | Complete | 0 | -0.01243297 | BTC | 1HHVsUgiq2LuvNgbykuppyWQRCmQWCQ1mM | 5.5k |
| 1/24/2020 1:19 | BTC Wallet | Buy | Complete | 0.06457412 | 0.06457412 | BTC | 5d7deeb4b7866c06534313ca | Bought 0.06457412 BTC for $560.00 USD. |
| 1/24/2020 1:29 | BTC Wallet | Send | Complete | 5.00E-07 | -0.06457362 | BTC | 15n7f6PJtCJ5MyDC54aCyewwX9FVFsHuzu | Edward |

| EQUIV USD | COINBASE ID (visit | TRANSACTION HASH |
|---:|---|---|
| 172.34 | 5db0356b3975a3001fa1074b | |
| -172.09 | 5db03b1d9b9e7004bf2ad2c6 | fa3cdab11d8004f80f7ccfff2501e61017322235ddc9a3156320bc2bce07f0f6 |
| 247.38 | 5db35a7c0bc41d05323e2ca0 | 012ac625631e79f117b8a61f74bbc97ba6f1c03b0f16f69acd70c8a5b1d227bc |
| 669.05 | 5db3771fcc90980026e20a47 | |
| -909.07 | 5db3a5c897762a04f546c0cc | ce54ec739ff7649e30745e627e5bbc8a42ecc79afae799cf3739a9b2ac041f3d |
| -56.38 | 5db80b766db3a003539da31c | f8602486e08327b9f75f5a9fce20b92d991e9f55cf458e689d7a4582f0671459 |
| -99.32 | 5dc9483defd0c205307fd090 | 25681fc5ac14e0c9a90c308723e14e246eeb1bb27d3d18f39205920777f52219 |
| 100.62 | 5dcd36ef2654a6001b1f5650 | |
| -100.45 | 5dcd37516a26a4012e94d13d | d0f91ca58cb3df4c78f26149103c98d0af94f0f78045b442987ed069019b97ca |
| 487.03 | 5e212a8ec5e3a5002011126c | |
| 47.7 | 5e212b9dc5e3a5000ad3ce5c | |
| -530.12 | 5e212c08e596ac36070eff4a | 74f2e35d56e2b8e9d98883451921101d7fda73710478b63b6748c5af86fb8b26 |
| 105.19 | 5e217e24d7bc0e001691b41c | |
| -111.35 | 5e217f0014bc0e2b04cc3d6d | 7dd3d9ae49fa6f80a60fa26047cc923cf5046622ba14296497425596dcc1b5c8 |
| 535.83 | 5e2ab6aa1174b9001fdd8d30 | |
| -535.35 | 5e2ab91212b7a530a2796dbe | f57a40b985c412a3a67ca9216f1b5d35998bfada84c0dea78c15f86961594ba5 |