**U.S. District Court
Middle District of Florida
Jacksonville Division**

# GOVERNMENT EXHIBIT

**Exhibit No.:** _____4_____

Case No.: 3:20-cr-94(S2)-J-32JRK

UNITED STATES OF AMERICA

vs.

MARK MANUEL ANGELES MARINO

Date Identified: 12/10/2020

Date Admitted: 12/10/2020

