U.S. District Court
Middle District of Florida
Jacksonville Division

# GOVERNMENT EXHIBIT

**Exhibit No.:** 5

Case No.: 3:20-cr-94(S2)-J-32JRK

UNITED STATES OF AMERICA

vs.

MARK MANUEL ANGELES MARINO

Date Identified: 12/10/2020

Date Admitted: 12/10/2020

## MARINO – Chronology

9/15/2019 – MARINO creates his Coinbase account.

9/16/2019 – HSI NY begins UC1 communication with philippinegirls@secmail.pro (PG). PG responds on the same day and provides an image.

10/23/2019 – MARINO sends $172.09 Bitcoin. Note in the transaction of "fhinami@secmail.pro".

10/25/2019 – MARINO sends $909.07 Bitcoin. Note in the transaction of "fhinami@secmail.pro".

10/29/2019 – MARINO sends $56.38 Bitcoin. Note in the transaction of "fhinami@secmail.pro 5pics".

12/19/2019 – HSI NY UC1 receives an email from PG. Image and video provided.

1/27/2020 – HSI NY UC1 receives an email from PG. Image and video provided.

2/5/2020 – HSI NY UC 1 receives an email from PG. Image and video provided.

2/8/2020 – HSI NY UC2 first email.

2/9/2020 – HSI NY UC1 receives Bitcoin address from PG. Image and video are provided.

2/10/2020 – HSI NY UC2 sends Bitcoin to target address.

March 2020 – information received from HSI NY.

5/21/2020 – HSI NY receives an email from PG. Image and video provided.

6/16/2020 – MARINO sends Bitcoin twice.

6/17/2020 – execution of SW at MARINO's residence.