UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
____JACKSONVILLE____ DIVISION

FILED IN OPEN COURT
12/10/2020
CLERK, U S DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

    Plaintiff(s),
    Government    _____

v.

Case No: __3:20-cr-94(S2)-J-32JRK__

      X    Evidentiary
    _____  Trial
    _____  Other

MARK MANUEL ANGELES MARINO
    Defendant(s), __X__

## EXHIBIT LIST

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 1 | 12/10/2020 | 12/10/2020 | Richard D. Connor, Jr. | Curriculum Vitae |
| 2 | 12/10/2020 | 12/10/2020 | Richard D. Connor, Jr. | Affidavit |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |