**U.S. District Court**
**Middle District of Florida**

## DEFENDANT'S EXHIBIT

**Exhibit Number:** 1

---

**Case Number:**

3:20-cr-94-J-32JRK

---

UNITED STATES OF AMERICA

v.

MARK MANUEL ANGELES MARINO

**Date Identified:**
12/10/2020

**Date Admitted:**
12/10/2020

Richard D. Connor, Jr., Esq. ACE CCE CFCE DFCP EnCE ICMDE

ESI Consulting, Inc.
965 S Orlando Avenue
Winter Park, FL 32789-4848
(407) 740-7163
Richard@ESIConsultingFL.com
www.ESIConsultingFL.com



# FORENSIC EXPERIENCE

**ESI CONSULTING, INC.**                                    November 2006 - Present

- President and owner
- Trained in Computer Forensics by New Technologies, Inc. (NTI), a division of Armor Forensics. Instructors were Joseph W. Enders and Kim Schaffer.
- Professional Development Certificate from Oregon State University in Computer Forensics
- AccessData Certified Examiner (ACE) (2009)
- Certified Computer Examiner (CCE) (2008)
- Certified Forensic Computer Examiner (CFCE) (2011)
- Digital Forensic Certified Practitioner (DFCP) (2009)
- EnCase Certified Examiner (EnCE) (2011)
- IACIS Certified Mobile Device Examiner (ICMDE) (2019)
- Member, Consortium of Digital Forensic Specialists (CDFS)
- Member, Digital Forensic Certification Board (DFCB)
- Associate Member, International Association of Computer Investigative Specialists (IACIS)
- Member, International Society of Forensic Computer Examiners (ISFCE)
- Experienced in many types of forensic examinations, including:
  - Forensic Imaging, including Chain of Custody and authentication documentation
  - Locating and recovering ESI (Electronically Stored Information) that may appear to be inaccessible through computer forensic processes, including documents, emails, instant messages, chat records, internet usage, web sites visited, applications run, images, cookies, etc.
  - Analyzing and reporting on user activities such as e-mail, files accessed, Internet sites viewed, pictures viewed, IM chats, remote access, and much more.
  - Creating and analyzing time lines of user activity
  - Analyzing ESI for evidence of authenticity, modification or alteration
  - Accessing password protected files, programs and drives
  - Analyzing data found in special (and typically inaccessible) areas of a disk, including swap files, unallocated space, file slack and alternate data streams
  - Analyzing whether data was wrongfully copied onto external media,

Richard D. Connor, Jr., Esq. ACE CCE CFCE DFCP EnCE ICMDE

    uploaded to internet storage or emailed
- Recovering and analyzing chats and IMs, including AIM, Facebook, Google, Gigatribe, MSN, MySpace, Skype, Twitter, Yahoo
- Examining and analyzing P2P file sharing data, including Ares, eMule, Frostwire, Gigatribe, Goggle Hello, Limewire, Shareaza, Torrents
- Analyzing data for use of wiping software
- Examining and analyzing data for evidence of marital infidelity
- Keyword searching and analysis
- Malware analyses
- Secure file deletion
- Cell phone, pda, cell tower, CDR, and gps forensic analysis
- Examining and analyzing DVRs

- Experienced in many types of e-Discovery matters, including:
  - Drafting litigation hold letters, preservation letters, discovery requests
  - Identifying potential data sources
  - Preservation and collection
  - Meet and confer and case management conferences
  - Drafting and performing keyword searches
  - TAR and predictive coding methodologies
  - Data authentication, review and production
  - Chain of custody

- Experienced in many types of cases, including:
  - Civil cases
  - Criminal cases
  - Family/Marital/Domestic cases
  - Business cases
  - Internal investigations
  - Child pornography
  - Child predator/solicitation
  - Corporate theft
  - E-Discovery
  - Former employees
  - Forgery
  - Construction cases
  - Geolocation/Cell Tower Analysis
  - Fraud, including financial fraud, tax fraud, insurance fraud
  - Drug cases
  - Homicide/manslaughter
  - Medical malpractice
  - Personal injury

2

Richard D. Connor, Jr., Esq. ACE CCE CFCE DFCP EnCE ICMDE

- Sexual harassment/battery

- Experienced with many different forensic software programs, including
  - Axiom
  - Cellebrite UFED Touch Ultimate
  - DVR Examiner
  - E3
  - EnCase
  - F-Response Consultant
  - F-Response Tactical
  - Forensic Explorer
  - FTK
  - Internet Evidence Finder
  - Internet Examiner
  - IXTK
  - Lantern
  - MacQuisition
  - Mount Image Pro
  - NetAnalysis
  - P2 Commander
  - Paladin
  - Passware Kit Forensic
  - PeerLab
  - Proof Finder
  - Recon
  - SIFT
  - TRAX
  - Virtual Forensic Computing
  - WinHex
  - X-Ways Forensic

- Expert witness testimony
  - State court
  - Federal court
  - Arbitration proceedings
  - Testified in more than 100 cases

3

Richard D. Connor, Jr., Esq. ACE CCE CFCE DFCP EnCE ICMDE

# LEGAL EXPERIENCE

**RICHARD D. CONNOR, JR., P.A.**                              October 1997 - 2006
- General civil litigation and appeals representing plaintiffs and defendants.
- Jury and non-jury trials in state and federal courts.
- Cases include securities, banking, fraud, professional liability (attorneys, accountants, brokers, etc.), real property, director and officer liability, and other areas.

**ADAMS & SPEARS, P.A.**                              May 1986-October 1997
- Complex commercial litigation representing plaintiffs and defendants.
- Jury and non-jury trials in state and federal courts.
- Class actions.
- Cases include securities, banking, fraud, professional liability (attorneys, accountants, brokers, etc.), real property, director and officer liability, and other areas.

**GENERAL LEGAL BACKGROUND**
- Extensive appellate experience in state and federal courts.
- Admitted to practice
  - Florida Supreme Court.
  - United States District Court, Middle District of Florida.
  - United States Circuit Court of Appeals for the Sixth and Eleventh Circuits.
  - United States Supreme Court.
- Legal Aid Society New Attorney Award of Excellence 1991.
- Florida Bar Journal/News Editorial Board 1989-95.

# EDUCATION

**STETSON UNIVERSITY COLLEGE OF LAW**, St. Petersburg, FL.
- J.D., May 1986, cum laude.
- Notes Editor, Stetson Law Review.
- Elizabeth M. Leeman Award.
- Research and Writing Teaching Assistant.

**PRINCETON UNIVERSITY**, Princeton, NJ.
- A.B. June 1982, History.

4

Richard D. Connor, Jr., Esq. ACE CCE CFCE DFCP EnCE ICMDE

# ORGANIZATIONS

**BOY SCOUTS OF AMERICA**
- Cub Scout Pack 78 Committee Chair, 2002 - 2006
- Boy Scout Troop 202 Committee Chair, 2005   2009
- Order of the Arrow, Brotherhood

**PRINCETON CLUB OF CENTRAL FLORIDA**
- President, Secretary, and Treasurer, 1992  - 2014

**PRINCETON UNIVERSITY ALUMNI COUNCIL**
- Regional Association Member Elected At Large, 2006-08
- Committee on Regional Associations, 2006-08








5

Richard D. Connor, Jr., Esq. ACE CCE CFCE DFCP EnCE ICMDE

# EXPERT WITNESS TESTIMONY

## TRIAL TESTIMONY

Basic Sports Apparel, Inc. v. Spiral Direct, Ltd., Appl. Serial No.: 87/740,638 (TTAB)
- 2020
- Commercial litigation. Testified in trial about examination of Access database.

Benz Research and Development Corp. v. Ebrahimpour, Case No. 2011-CA-004732-NC (Fla. 12th Cir.) (Sarasota)
- 2017
- Commercial litigation/IP theft. Testified at trial about deleted files.

Fitzgerald v. Fitzgerald, Case No. 2016-DR-000353 (Fla. 9th Cir.) (Orange)
- 2017
- Dissolution. Testified at trial about examination and analysis of computers and iPad.

Fluid Energy Group Ltd. v. Heartland Energy Group, Ltd., Case No. 20282/RD (ICC)
- 2015
- Business arbitration. Testified at arbitration about metadata.

Harper v. City of Tavares, (Arbitration)
- 2014
- Employment. Testified at Arbitration about iOS devices, wiping, backups, cloud storage.

Hiscox Dedicated Corporate Member, Ltd. v. Matrix Group Limited, Inc., Case No. 8:09-CV-2465-T-33AEP (M.D. Fla.) (TPA)
- 2011
- Commercial litigation. Testified at deposition and trial about party's computer activity on day in question.

Lambert v. Itransit, Inc., Case No. 2012-CA-008677-O (Fla. 9th Cir.) (Orange)
- 2014
- Commercial litigation. Testified at trial about examination of computer that had been wiped.

Moneycorp, Inc. v. Orb, Inc., Case No. 01 1400 002 556 (AAA)
- 2015
- Business litigation. Testified at Arbitration about examination of sql databases.

6

Richard D. Connor, Jr., Esq. ACE CCE CFCE DFCP EnCE ICMDE

Nina Plastic Bags, Inc. v. Wikoff Color Corp. Of S.C., Case No. 2009-CA-009947-O (Fla. 9th Cir.)
(Orange)
- 2011
- Commercial litigation. Testified at deposition and trial about examination of ink
  dispensing computer and when and why ink was not dispensed properly.

[Juvenile Court Case], (Fla. 9th Cir.) (Orange) (Juvenile)
- 2013
- Testified at trial about accessing and altering data on a Nintendo Wii.

State of Florida v. Baldino, Case No. 56-2011-CF-001300-A (Fla. 19th Cir.) (St. Lucie)
- 2014
- Enticement of a minor, child pornography. Testified at trial about examination and
  analysis of seized media, including yahoo chats.

State of Florida v. Bracero-Reyes, Case No. 2017-CF-002100-A (Fla. 10th Cir.) (Polk)
- 2018
- Child Pornography. Testified at trial about results of examination and analysis of cell
  phone and about file metadata.

State of Florida v. Cerrato, Case No. 17-CF-001433-A-OS (Fla. 9th Cir.) (Osceola)
- 2018
- Sexual battery of a minor. Testified at trial about examination of computers and
  phone, thumbnails and cached images.

State of Florida v. Elias, Case No. 2017-103838-CFDL (Fla. 7th Cir.) (Volusia)
- 2019
- Child Pornography. Testified at trial about Flickr.

State of Florida v. Paulk, Case No. 2011 CF 000819 A (Fla. 5th Cir.) (Citrus)
- 2013
- Enticement of a minor. Testified at trial that computer examination showed
  defendant was not predisposed toward minors. Jury returned not guilty verdict
  (defendant did testify).

State of Florida v. Shriner, Case No. 2012-CF-7824 (Fla. 9th Cir.) (Orange)
- 2013
- Enticement of a minor. Testified at trial about certain files and that defendant did not
  visit sites frequented by teens.

7

Richard D. Connor, Jr., Esq. ACE CCE CFCE DFCP EnCE ICMDE

State of Florida v. Taylor, Case No. 2014-CF-003600 (Fla. 9th Cir.) (Osceola)
- 2017
- Child pornography. Testified at trial regarding torrents and results of examination and analysis.

State of Florida v. Zimmerman, Case No. 2012-CF001083-A (Fla. 18th Cir.) (Seminole)
- 2013
- Homicide. Testified at trial during proffer about text messages and pictures recovered from Trayvon Martin's cell phone.

 

State of Texas v. Oakman, Case No. 2016-1134-C1 (Tex. 19th Dist.) (McLennan)
- 2019
- Sexual assault. Testified at trial regarding examination of cell phones and text messages.

United States v. Bates, Case No. 12-14054-cr-KMM/FJL (S.D. Fla.) (FTP)
- 2015
- Child pornography. Testified at trial regarding computer settings and activity.

United States v. Bohn, Case No. 6:19-cr-00143-RBD-EJK (M.D. Fla.) (ORL)
- 2019
- Drugs. Testified at trial regarding Call Detail Records and location data.

United States v. Deal, Case No. 3:08-cr-368(S3)-J-32JRK (M.D. Fla.) (JCK)
- 2010
- Enticement of a minor. Testified at trial regarding file metadata.
- Reported at *Deal v. United States*, ___ F. Supp. 2d ___ (M.D. Fla. 2015)

United States v. Eckler, Case No. 6:2010cr00215 (M.D. Fla.) (ORL)
- 2011
- Enticement of a minor. Testified at trial regarding computer activity.

8

Richard D. Connor, Jr., Esq. ACE CCE CFCE DFCP EnCE ICMDE

United States v. Glenn, Case No. 15-20632-CR-RNS(s) (S.D. Fla.) (MIA)
- ■     2017
- ■     Child Pornography. Testified at trial regarding examination of files and data.

United States v. Harrison, Case No. 6:19-cr-00252-WWB-GJK (M.D. Fla.) (ORL)
- ■     2020
- ■     Child Pornography. Testified at trial regarding MRU lists.

United States v. Hicks, Case no. 3:18-cr-31-(S2)-J-32PDB (M.D. Fla.) (JAX)
- ■     2019
- ■     Drugs/Homicide. Testified at trial regarding examination of cell phone data, Call Detail Records, and cell tower locations.

United States v. Irizarry, Case No. 6:2014-cr-00046-PGB-TBS (M.D. Fla.) (ORL)
- ■     2015
- ■     Drugs. Testified at trial regarding data extracted from mobile phone.

United States v. Johnson, Case No. 6:18-cr-00113-CEM-DCI (M.D. Fla.)
- ■     2018
- ■     Drugs. Testified at trial regarding data extracted from mobile phone.

United States v. Litzky, Case No. 6:2018-cr-00223-37TBS (M.D. Fla.) (ORL)
- ■     2019
- ■     Child pornography. Testified at trial regarding examination of phones, including pictures and videos on phones.

United States v. Martinez, Case No. 6:19-cr-236-Orl-40GJK (M.D. Fla.) (ORL)
- ■     2020
- ■     Drugs. Testified at trial regarding location data from phones and Call Detail Records.

United States v. Neiheisel, Case No. 3:17-cr-89-J-39JBT (M.D. Fla.) (JAX)
- ■     2018
- ■     Child pornography. Testified at trial regarding examination of computer, torrents, Windows updates, and artifacts relating to user activity.

United States v. Parker, Case No. 2:09-CR-55-FTM-99SPC (M.D. Fla.) (FTM)
- ■     2009
- ■     Child pornography. Testified at trial regarding circumstances surrounding cp files, user activity, and moving files between media. Jury acquitted defendant.

9

Richard D. Connor, Jr., Esq. ACE CCE CFCE DFCP EnCE ICMDE

United States v. Peters, Case No. 6:09-cr-82-Orl-28DAB (M.D. Fla.) (ORL)
- 2009
- Child pornography. Testified at trial regarding timing of and circumstances surrounding cp files and user activity.

United States v. Pickett, Case No. 13-2576-CMM (S.D. Fla.) (FTL)
- 2013
- Child pornography. Testified at trial regarding eMule, ccleaner, timing of and circumstances surrounding cp files and user activity.

United States v. Rivenbark, Case No. 6:2016-CR-00170 (M.D. Fla.) (ORL)
- 2017
- Child pornography. Testified at trial regarding results of examination and analysis.

United States v. Salman, Case No. 6:17-cr-18-Orl-40KRS (M.D. Fla.) (ORL)
- 2018
- Terrorism. Testified at Pulse trial regarding results of examination and analysis of Omar Mateen's and Noor Salman's cell phones, cell tower locations, and Facebook data.



United States v. Spence, Case No. 6:17-cr-62-Orl-41DCI (M.D. Fla.) (ORL)
- 2017
- Child pornography. Testified at trial regarding results of examination and analysis of WhatsApp on a Windows phone.

United States v. St. Gourdin, Case No. 6:13-CR-104-RBD-TBS (M.D. Fla.) (ORL)
- 2013
- Child pornography. Testified at trial about characteristics, metadata, and circumstances concerning alleged cp files.

10

Richard D. Connor, Jr., Esq. ACE CCE CFCE DFCP EnCE ICMDE

United States v. Stahlman, Case No. 6:17-cr-45-Orl-41DCI (M.D. Fla.) (ORL), affirmed, United
States v. Stahlman, Case Nos. 17-14387, 18-12866 (11th Cir.) (2019)
- 2017
- Enticement of a minor. Testified at trial hearing regarding examination and analysis
  of activity on cell phone.

United States v. White, Case No. 6:13-cr-304-Orl-28GJK (M.D. Fla.) (ORL)
- 2014
- Threat of Violence against public officials. Testified at trial about TOR network and
  material related to threats found on internet.

Richard D. Connor, Jr., Esq. ACE CCE CFCE DFCP EnCE ICMDE

## HEARING TESTIMONY

Arnold v. Arnold, Case No. 2018-CA-003900-O (Fla. 9th Cir.) (Orange)
- 2020
- Commercial litigation. Testified at hearing about examination of hard drive and thumb drives.

Benz Research and Development Corp. v. Ebrahimpour, Case No. 2011-CA-004732-NC (Fla. 12th Cir.) (Sarasota)
- 2016
- Commercial litigation/IP theft. Testified at hearing about recovery of deleted emails and spoliation.

Berman v. Berman, Case No. 2008-DR-007764-O (Fla. 9th Cir.) (Orange)
- 2009
- Family Law. Testified at Hearing regarding spouse's computer searches about how to pass drug tests.

Deutsche Bank v. Mannino, Case No. 2008-CA-005806-O (Fla. 9th Cir.) (Orange)
- 2014
- Mortgage Foreclosure. Testified at hearing about metadata and native file formats.

De Vengoechea v. Sedredinova, Case No. 2014-DR-1776 (Fla. 9th Cir.) (Orange)
- 2017
- Family Law. Testified at hearing about deleted data.

Hedayati v. Hedayati, Case No. 2013-DR-017480 (Fla. 9th Cir.) (Orange)
- 2014
- Family Law. Testified at hearing about internet activity including deleted internet history.

Hiscox Dedicated Corporate Member, Ltd. v. Matrix Group Limited, Inc., Case No. 8:09-CV-2465-T-33AEP (M.D. Fla.) (TPA)
- 2011
- Commercial litigation. Testified at hearing about examination of party's computer activity on day in question.

In re: William W. Cole, Jr., Case No. 6:15-bk-06458-CCJ (M.D. Fla. Bankr.)
- 2016
- Bankruptcy. Testified at hearing about recovery of deleted files.

Richard D. Connor, Jr., Esq. ACE CCE CFCE DFCP EnCE ICMDE

Jasper Contractors, Inc. v. Heritage Construction & Roofing, Inc., Case No. 16-2016-CA-1497 (Fla. 9th Cir.) (Osceola)
- 2019
- Business litigation. Testified at hearing about examination of cell phones, including whether they were reset or wiped.

Lynum v Killion, Case No. 2016-DR-000136 (Fla. 5th Cir.) (Sumter)
- 2018
- Family law. Testified at hearing about whether email had been sent.

Massey Services, Inc. v. Harlan, Case No. 18-A09133-1 (Ga. Sup. Ct.) (Gwinnett)
- 2019
- Former employee. Testified at hearing about examination of former employee's computer.

National Staffing Solutions, Inc. v. Elder, Case No. 2012CA-001216 (Fla. 10th Cir.) (Polk)
- 2012
- Commercial litigation. Testified at hearing about data taken by former employees.

Sharif v. Pulmonary Care of Central Florida, P.A., Case No. 2014-CA-11795 (Fla. 9th Cir.) (Orange)
- 2016
- Business litigation. Testified at hearing about efforts to obtain ESI from opposing party.

Simonmed Imaging Florida LLC v. Drew Medical, Inc., Case No. 2014-CA-5486-O (Fla. 9th Cir. (Orange)
- 2016
- Business litigation. Testified at hearing about Raid arrays and data spoliation.

State of Florida v. Agin, Case No. 05-2016-CF-030529-AXXX-XX (Fla. 18th Cir.) (Brevard)
- 2017
- Child pornography. Testified at suppression hearing about p2p software.

State of Florida v. Bilus, Case No. 01-2010-CF-003931-A (Fla. 8th Cir.) (Alachua)
- 2012
- Child pornography. Enticement of a minor. Testified at hearing about government examination of computer and basis for search warrant.

State of Florida v. Bowman, Case No. 2011-CF-1472 (Fla. 7th Cir.) (Putnam)
- 2016
- Child pornography. Testified at suppression hearing about ways government examination of computer could have been more targeted or limited.

13

Richard D. Connor, Jr., Esq. ACE CCE CFCE DFCP EnCE ICMDE

State of Florida v. Cochrane, Case No. 2011-CF-001352-A-02 (Fla. 5th Cir.) (Lake)
- 2012
- Enticement of a minor. Testified at hearing about need for native, electronic data during discovery.

State of Florida v. Collins, Case No. 2006 CF 001156 (Fla. 7th Cir.) (Flagler)
- 2008
- Enticement of a minor. Testified by affidavit and at hearing regarding internet chats.

State of Florida v. Kelly, Case No. 2006 CF 001158 (Fla. 7th Cir.) (Flagler)
- 2008
- Enticement of a minor. Testified at hearing regarding internet chats.

State of Florida v. Le, Case No. 2006 CF 001136 (Fla. 7th Cir.) (Flagler)
- 2008
- Enticement of a minor. Testified at hearing regarding internet chats.

State of Florida v. Lucius, Case No. 2015-CF-10571-A-OR (Fla. 9th Cir.) (Orange)
- 2018
- Child pornography/sex with a minor. Testified at deposition about examination of mobile phone, apps and settings.

State of Florida v. Luna, Case No. 53-2012-CF-4889-01 (Fla. 10th Cir.) (Polk)
- 2013
- Enticement of a minor. Testified at hearing regarding need for full access to electronic evidence.

State of Florida v. Martinez, Case No. 2006-CF-00038-A-P (Fla. 16th Cir.) (Monroe)
- 2017
- Child pornography violation of probation. Testified at hearing about examination of PlayStation 4 and AT&T security system.

State of Florida v. Molter, Case No. 2018-CF-002169-A (Fla. 18th. Cir.) (Seminole)
- 2019
- Child pornography. Testified at hearing regarding need to examine CPS.

State of Florida v. Mora, Case No. 13-2010-CF-014555-0001-XX (Fla. 11th Cir.) (Miami-Dade)
- 2015
- Child pornography. Testified at hearing regarding forensic artifacts of Google Hello.

14

Richard D. Connor, Jr., Esq. ACE CCE CFCE DFCP EnCE ICMDE

State of Florida v. O'Hare, Case No. 2015-CF-2233 (Fla. 5th Cir.) (Lake)
- 2017
- Child pornography. Testified at suppression hearing regarding Fing data.

State of Florida v. Paulk, Case No. 2011 CF 000819 A (Fla. 5th Cir.) (Citrus)
- 2013
- Enticement of a minor. Testified at hearing about the Internet Archive (Wayback Machine), web sites terms of service and violations thereof, and authorized v. unauthorized access to computer systems and networks.

State of Florida v. Rex, Case No. 2011-CF-012818-A-O (Fla. 9th Cir.) (Orange)
- 20012
- Child pornography. Testified at sentencing hearing about cp files, where they came from, when, whether they were viewed, etc.

State of Florida v. Reyes, Case No. 2006 CF 001138 (Fla. 7th Cir.) (Flagler)
- 2008
- Enticement of a minor. Testified by affidavit and at hearing regarding internet chats.

State of Florida v. Schulte, Case No. 08-00564-CFA (Fla. 18th Cir.) (Seminole)
- 2009
- Sexting. Testified at hearing about differences between email and sms text messages. Case was dismissed.

State of Florida v. Smith, Case No. 49-2014-CF-004158 (Fla. 9th Cir.) (Osceola)
- 2016
- Child pornography. Testified at suppression hearing regarding p2p software, p2p networks, ip addresses and unsecured wifi networks.

State of Florida v. Spikes, Case No. 2006 CF 001157 (Fla. 7th Cir.) (Flagler)
- 2008
- Enticement of a minor. Testified at hearing regarding internet chats.

Richard D. Connor, Jr., Esq. ACE CCE CFCE DFCP EnCE ICMDE

State of Florida v. Ward, Case No. 09-CF-13977-O (Fla. 9th Cir.) (Orange)
- 2009
- Homicide. Testified at hearing about examination of computer and emails.



State of Florida v. Wert, Case No. 2011 CF 001379 NC (Fla. 12th Cir.) (Sarasota)
- 2012
- Lewd or lascivious on a minor. Testified at suppression hearing about data retrieved from mobile devices.

State of Florida v. Youngman, Case No. CF-17-1268-XX (Fla. 10th Cir.) (Polk))
- 2019
- Child Pornography. Testified at hearing about torrents and torrent software.

Trial Practices, Inc. v. Antaramian, Case No. 06-05366 (Fla. 13th Cir.) (Hillsborough)
- 2011
- Commercial litigation. Testified by affidavit and at hearing regarding data produced and not produced during discovery.

United States v. Adams, Case No. 6:16-cr-11-Orl-40GJK (M.D. Fla.) (ORL)
- 2016
- Child pornography. Testified at suppression hearing about TOR network and NIT deployed by federal agents to obtain information from defendant's computer.

United States v. Baker, Case No. 8:14-CR-209-T-27MAP (M.D. Fla.) (TPA)
- 2014
- Child predator. Testified at pretrial hearing about my qualifications in response to Motion in Limine to exclude my testimony at trial. The Court denied the motion.

Richard D. Connor, Jr., Esq. ACE CCE CFCE DFCP EnCE ICMDE

United States v. Barnes, Case No. 3:15-cr-112-J-39PDB (M.D. Fla.) (JAX)
- 2017
- Child pornography. Testified at suppression hearing about TOR network and NIT deployed by federal agents to obtain information from defendant's computer.

United States v. Cepeda-Chico, Case No. 6:19-cr-00217-GAP-LRH-1 (M.D. Fla.) (ORL)
- 2020
- Drugs. Testified at suppression hearing about examination of phone.

United States v. Clark, Case No. 11-60060-CR-UU (S.D. Fla.) (MIA)
- 2011
- Child pornography. Testified at sentencing hearing regarding circumstances surrounding cp files and user activity.

United States v. Debets, Case No. 6:06-cr-00107-JA-DAB-1 (M.D. Fla.) (ORL)
- 2007
- Child Pornography. Testified at hearing regarding cached images from web sites.

United States v. Dunn, Case No. 6:14-cr-00158-ACC-KRS (M.D. Fla.) (ORL)
- 2015
- Child pornography. Testified at sentencing hearing regarding defendant having deleted cp files

United States v. Garcia, Case No. 1:13-cr-20764-MGC (S.D. Fla.) (MIA)
- 2014
- Child pornography. Testified at sentencing hearing regarding defendant's peer-to-peer and cp activity

United States v. Groover, Case No. 6:19-CR-220-Orl-41 GJK (M.D. Fla.) (ORL)
- 2020
- Child pornography. Testified at sentencing hearing as to whether restitution files were accessed.

United States v. Hall, Case No. 6:2013-cr-00267-JA-DAB (M.D. Fla.) (ORL)
- 2014
- Child pornography. Testified at sentencing hearing that defendant used cp search terms on two days only

17

Richard D. Connor, Jr., Esq. ACE CCE CFCE DFCP EnCE ICMDE

United States v. Hill, Case No. 2:10-cr-127-FtM-29DNF (M.D. Fla.) (FTM)
- 2011
- Child pornography. Testified at suppression hearing about what could, could not, or did and did not cause computer to wake up. Motion to suppress was granted by the Magistrate and upheld by the Judge.
- Reported at *United States v. Hill*, 795 F.Supp.2d 1304 (M.D. Fla. 2011).

United States v. Hohman, Case No. 3:12-cr-178-J-0MCR (M.D. Fla.) (JAX)
- 2013
- Child pornography. Testified at sentencing hearing about pictures and videos on hard drive, and how cp bulletin boards typically operate.

United States v. Jones, Case No. 6:12-cr-00206-ACC-GJK (M.D. Fla.) (ORL)
- 2013
- Child pornography. Testified at sentencing hearing about results of forensic examination of hard drives.

United States v. Monetti, Case No. 16-CR-20177-LENARD (S.D. Fla.) (MIA)
United States v. Monetti, Case No. 16-16410 (11th Cir. 2017)
- 2016
- Child pornography. Testified at sentencing hearing about p2p networks, Ares, and file sharing.

United States v. Murray, Case No. 2:18-cr-0053-TOR (E.D. Wash.)
- 2020
- Child pornography. Testified at suppression hearing about examination of computers.

United States v. O'Brien, Case No. 6:13-cr-00194-RBD-GJK (M.D. Fla.) (ORL)
- 2014
- Child pornography. Testified at hearing on Motion to Dismiss and Motion to Suppress about p2p networks, eMule, file sharing, and CPS.

United States v. Palmer, Case No. 8:2010cr00130 (M.D. Fla.) (TPA)
- 2010
- Child pornography. Testified at sentencing hearing regarding circumstances surrounding cp files and user activity.

United States v. Palmer, Case No. 2:15-cr-1-FtM-38DNF (M.D. Fla.) (FTM)
- 2015
- Child pornography. Testified at suppression hearing about torrents and how they work.

18

Richard D. Connor, Jr., Esq. ACE CCE CFCE DFCP EnCE ICMDE

United States v. Ruggiero, Case No. 6:2013-cr-00032 (M.D. Fla.) (ORL)
- 2013
- Child pornography/exploitation. Testified at sentencing hearing regarding examination and analysis of activity on computer.

United States v. Sedlak, Case No. 6:15-cr-252-Orl-37GJK (M.D. Fla.) (ORL)
- 2016
- Child pornography. Testified at suppression hearing regarding methods of processing and examining computer data.

United States v. Smith, Case No. 0:13-cr-60083-JIC (S.D. Fla.) (FTL)
- 2013
- Child pornography. Testified at sentencing hearing regarding examination and analysis of activity on computer.

United States v. Stahlman, Case No. 6:17-cr-45-Orl-41DCI (M.D. Fla.) (ORL)
- 2017
- Enticement of a minor. Testified at pre-trial hearing regarding examination and analysis of activity on cell phone.

United States v. Vicente, Case No. 6:14-mj-1251-GJK-1 (M.D. Fla.) (ORL)
- 2015
- Child pornography. Testified at sentencing hearing regarding torrents, search terms used, and files opened.

United States v. Williams, Case No. 8:19-cr-00303-WFJ-AAS (M.D. Fla.) (TPA)
- 2020
- Enticement of a minor. Testified at pre-trial hearing regarding examination of computer.

University Medical Clinics, Inc. v. Quality Health Plans, Inc., Case No. 33 195 Y 00335 09 (AAA)
- 2011
- Commercial litigation. Testified at deposition and hearing about searching for, retrieving, and production of responsive data.

Richard D. Connor, Jr., Esq. ACE CCE CFCE DFCP EnCE ICMDE

## DEPOSITION TESTIMONY

Amaya v. C&J Spec-Rent Services, Inc., Case No. DC-19-377 (Tx. 381st Dist.) (Starr)
- 2020
- Personal injury. Testified at deposition about examination cell phone activity and Call Detail Records.

Balearia Caribbean LTD., Corp. v. Calvo, Case No. 16-23300-CIV-WILLIAMS (S.D. Fla.)
- 2018
- Former employee. Testified at deposition about examination of former employee's computer.

Benz Research and Development Corp. v. Ebrahimpour, Case No. 2011-CA-004732-NC (Fla. 12th Cir.) (Sarasota)
- 2014, 2017
- Commercial litigation/IP theft. Testified at deposition about examination of computers and external drives as to whether former employee misappropriated corporate data.

Brevard Land Materials, Inc. v. Boruch-David, LLC, Case No. 05-2013-CA-025901 (Fla. 18th Cir.) (Brevard)
- 2014
- Business litigation. Testified at deposition about need to examine original data.

Brown v. GEICO Indemnity Co., et al, Case No. 13-006390 (Fla. 13th Cir.) (Hillsborough)
- 2018
- Other. Testified at deposition about metadata and whether file was modified.

Christine Taylor, as Administrator of the Estate of Underwood v Adventist Health System/Sunbelt, Inc. d/b/a Florida Hospital Heartland Medical Center Lake Placid, Case No. GC 2013-665 (Fla. 10th Cir.) (Highlands)
- 2015
- Medical malpractice. Testified at deposition about results of forensic examination of computer as to whether faxes were received.

Classic Soft Trim, Inc. v. Albert, Case No. 6:18-cv-01237-Orl-78GJK (M.D. Fla.) (ORL)
- 2020
- Business litigation. Testified at deposition about imaging devices and searching for data responsive to discovery requests.

20

Richard D. Connor, Jr., Esq. ACE CCE CFCE DFCP EnCE ICMDE

Claxon v. Bob Monnig Industries, Inc., Case No. 1516-CV-01765 (KS Cir. Ct.) (Jackson)
- 2015
- Personal Injury. Testified at deposition about examination of cell phone data and texting while driving.

Cole v. Hundley, Case No. 2006-CA-007012-O (Fla. 9th Cir.) (Orange)
- 2009
- Medical Malpractice. Testified at deposition regarding whether document had been altered.

Digital Assurance Certification, LLC v. Pendolino, Case No. 6:17-cv-72-Orl-31TBS (M.D. Fla.) (ORL)
- 2019
- Former employee. Testified in deposition about results of examination and analysis.

Doherty v. Butz, Case No. 48-2014-CA-12768-O (Fla. 9th Cir.) (Orange)
- 2016
- Former employee. Testified by affidavit about results of examination concerning data transferred to usb devices.

Durfee v. Northey, Case No. 3120 09 CA01 196 1 (Fla. 19th Cir.) (Indian River)
- 2010
- Personal Injury. Testified at deposition about dates pictures taken and whether they were altered.

Estate of Robert Heath v. Patients First Northampton, Inc., Case No. 2011-CA-001762 (Fla. 2d Cir.) (Leon)
- 2014
- Personal Injury. Testified at deposition about examination and analysis of computer and Android phones.

Fitzgerald v. Fitzgerald, Case No. 2016-DR-000353 (Fla. 9th Cir.) (Orange)
- 2017
- Dissolution. Testified at deposition about examination and analysis of computers and iPad.

Hiscox Dedicated Corporate Member, Ltd. v. Matrix Group Limited, Inc., Case No. 8:09-CV-2465-T-33AEP (M.D. Fla.) (TPA)
- 2011
- Commercial litigation. Testified at deposition and trial about party's computer activity on day in question.

21

Richard D. Connor, Jr., Esq. ACE CCE CFCE DFCP EnCE ICMDE

Kruidbos v. Nelson, Case No. 16-2013-CA-007407 (Fla. 4th Cir.) (Duval)
- 2019
- Other. Testified at deposition about differences between various Cellebrite reports.

Magenheimer v. Mission Petroleum Carriers, Inc., Case No. 201700244 (TX 190th Dist.) (Harris)
- 2018
- Personal Injury. Testified at deposition about analysis of call detail records and cell phone data regarding phone activity at time of vehicle crash.

Maldonado v. Clark, Case No. 2013-1308-CA (Fla. 5th Cir.) (Marion)
- 2016
- Personal Injury. Testified at deposition about analysis of call detail records and driving logs.

Nina Plastic Bags, Inc. v. Wikoff Color Corp. Of S.C., Case No. 2009-CA-009947-O (Fla. 9th Cir.) (Orange)
- 2010
- Commercial litigation. Testified at deposition and trial about examination of ink dispensing computer and when and why ink was not dispensed properly.

Otero v. TRS Wireless, Inc., Case No. 2014-CA-008740-O (Fla. 9th Cir.) (Orange)
- 2015
- Business litigation. Testified at deposition about examination about data loss.

Paterson-Jones v. Kottwitz, Case No. 2013-CA-2900-09-G (Fla. 18th Cir.) (Seminole)
- 2016
- Medical malpractice. Testified at deposition about examination of medical records and audit log.

Perfumeland of Orlando, Inc. v. Ferreira, Case No. 2015-CA-007226-O (Fla. 9th Cir.) (Orange)
- 2016
- Business Litigation. Testified at deposition about examination of phone and computer.

Sapp v. Crane Rental Corp., Case No. 2012-CA-719 (Fla. 4th Cir.) (Nassau)
- 2014
- Personal Injury. Court appointed expert. Testified at deposition about examination of iphone.

22

Richard D. Connor, Jr., Esq. ACE CCE CFCE DFCP EnCE ICMDE

Simonmed Imaging Florida LLC v. Drew Medical, Inc., Case No. 2014-CA-5486-O (Fla. 9th Cir.) (Orange)
- 2016
- Business litigation. Testified at deposition about Raid arrays and rebuilding and whether data was deleted.

Soderstrom v. Soderstrom, Case No. 12-DR-566-02D-L (Fla. 18th Cir.) (Seminole)
- 2015
- Dissolution. Testified at deposition about examination of computers and email.

Sowards v. Abern, Case No. 16-2013-CA-1828 (Fla. 4th Cir.) (Duval)
- 2014
- Personal Injury. Testified at deposition about recovery of deleted user activity (text messages, call logs) on Android phone.

Spradlin v. Ring Power Corp., Case No. 16-2014-CA-001165-XXXX-MA (Fla. 4th Cir.) (Duval)
- 2015
- Personal Injury. Testified at deposition about metadata in Word files.

State of Florida v. Ball, Case No. 2017-CF-430 (Fla. 5th Cir.) (Marion)
- 2019
- Criminal. Testified at deposition about phone extraction.

State of Florida v. Barnett, Case No. F12-028442 (Fla. 11th Cir.) (Miami-Dade)
- 2014
- Sexual exploitation. Testified at deposition about examination of alleged victim's computer and iPhone.

State of Florida v. Bennett, Case No. 49-2015-CF-003951 (Fla. 9th Cir.) (Osceola)
- 2016
- Child pornography. Testified at deposition about examination and analysis of computers.

State of Florida v. Bilus, Case No. 01-2010-CF-003931-A (Fla. 8th Cir.) (Alachua)
- 2012
- Child pornography. Enticement of a minor. Testified at deposition about government examination of computer and basis for search warrant.

State of Florida v. Bilus, Case No. 01-2010-CF-003588-A (Fla. 8th Cir.) (Alachua)
- 2012
- Enticement of a minor. Testified at deposition about government examination of computer and basis for search warrant.

Richard D. Connor, Jr., Esq. ACE CCE CFCE DFCP EnCE ICMDE

State of Florida v. Bracero-Reyes, Case No. 2017-CF-002100-A (Fla. 10th Cir.) (Polk)
- 2018
- Child Pornography. Testified at deposition about results of examination and analysis of cell phone and about file metadata.

State of Florida v. Butler, Case No. 48-2012-CF-011000-O (Fla. 9th Cir.) (Orlando)
- 2014
- Child Pornography. Testified at deposition about results of examination and analysis of computers.

State of Florida v. Calhoun, Case No. 2018-CF-001301 A (Fla. 19th Cir.) (St. Lucie)
- 2019
- Child Pornography. Testified at deposition about results of examination and analysis of computers.

State of Florida v. Carter, Case No. (Fla. 18th Cir.) (Seminole)
- 2019
- Homicide. Testified at deposition about examination of Call Detail Records.

State of Florida v. Cerrato, Case No. 17-CF-001433-A-OS (Fla. 9th Cir.) (Osceola))
- 2017
- Child Pornography. Testified at deposition about results of examination and analysis of computers.

State of Florida v. Collins, Case No. 14-CF-002024-A-OS (Fla. 9th Cir.) (Osceola)
- 2015
- Child Pornography. Testified at deposition about results of examination and analysis of computers.

State of Florida v. Crawford, Case No. 2015-CF-003999-A000-XX (Fla. 10th Cir.) (Polk)
- 2017
- Child Pornography. Testified at deposition about results of examination and analysis of computers.

State of Florida v. Elias, Case No. 2017-103838-CFDL (Fla. 7th Cir.) (Volusia)
- 2019
- Child Pornography. Testified at deposition about results of examination and analysis of computers.

Richard D. Connor, Jr., Esq. ACE CCE CFCE DFCP EnCE ICMDE

State of Florida v. Ferguson, Case No. 09-CF-006775-A-OR (Fla. 9th Cir.) (Orange)
- 2010
- Child pornography. Testified at deposition regarding Limewire and user activity downloading and playing cp.

State of Florida v. Floyd, Case No. 48-2014-CF-009030-O (Fla. 9th Cir.) (Orange)
- 2015
- Other. Testified at deposition regarding DVR imagining and cloning.

State of Florida v. Garcia-Lopez, Case No. 59-2017-CF-002945-A (Fla. 18th cir.) (Seminole)
- 2020
- Homicide. Testified at deposition about analysis of Call Detail Records and cell phone data.

State of Florida v. Gionis, Case No. 2014-CF-000579-A (Fla. 18th Cir.) (Seminole)
- 2015
- Child pornography. Testified at deposition regarding results of examination and analysis.

State of Florida v. Guerrero, Case no. 58-2017-CF-8793-NC (Fla. 12th Cir.) (Sarasota)
- 2018
- Child pornography. Testified at deposition regarding results of examination and analysis.

State of Florida v. Halbach, Case No. 2013-971-CF-A-W (Fla. 5th Cir.) (Marion)
- 2014
- Child pornography. Testified at deposition regarding results of examination and analysis.

State of Florida v. Harris, Case No. 2016-CF-006793-A-O (Fla. 9th Cir.) (Orange)
- 2017
- Assault. Testified at deposition regarding exported DVR surveillance video.

State of Florida v. Hill, Case No. 2015-CF-001786-A (Fla. 18th Cir.) (Seminole)
- 2016
- Identity theft. Testified at deposition about car dealer's computer systems.

State of Florida v. Langley, Case No. 2017-CF-009508-O (Fla. 9th Cir.) (Orange)
- 2018
- Stalking. Testified at deposition about evidence of emails.

25

Richard D. Connor, Jr., Esq. ACE CCE CFCE DFCP EnCE ICMDE

State of Florida v. Lucius, Case No. 2015-CF-10571-A-OR (Fla. 9th Cir.) (Orange)
- 2018
- Child pornography/sex with a minor. Testified at deposition about examination of mobile phone, apps and settings.

State of Florida v. Luna, Case No. 53-2012-CF-4889-01 (Fla. 10th Cir.) (Polk)
- 2015
- Enticement of a minor. Testified at deposition that computer examination showed defendant was not predisposed toward minors.

State of Florida v. Mayberry, Case No. 16-CF-000054-A-OS (Fla. 9th Cir.) (Osceola))
- 2017
- Child pornography. Testified at deposition regarding results of examination and analysis.

State of Florida v. Mitchell, Case No. 48-2015-CF-009959-O (Fla. 9th Cir.) (Orange)
- 2016
- Homicide. Testified at deposition about cell tower location data.

State of Florida v. O'Hare, Case No. 2015-CF-2233 (Fla. 5th Cir.) (Lake)
- 2017
- Child pornography. Testified at deposition regarding p2p software and networks, and results of examination and analysis.

State of Florida v. Pilacik, Case No. 2013-304567-CFDB (Fla. 7th Cir.) (Volusia)
- 2014
- Child pornography. Testified at deposition regarding eMule, Eraser, and files alleged to contain cp. State then offered plea to non-sex offense, no jail time, no sex offender status.

State of Florida v. Quinones, Case No. 2015-CF-002516-A (Fla. 5th Cir.) (Lake)
- 2018
- Homicide. Testified at deposition about analysis of Call Detail Records (CDRs).

State of Florida v. Ragin, Case No. 05-2014-CF-037982-AXXX-XX (Fla. 18th Cir.) (Brevard)
- 2016
- Child pornography. Testified at deposition about results of examination and analysis.

State of Florida v. Reichert, Case No. 2007-CF-010491-A-O (Fla. 9th Cir.) (Orange)
- 2011
- Child pornography. Testified at deposition about circumstances surrounding cp files. All 138 counts dropped.

26

Richard D. Connor, Jr., Esq. ACE CCE CFCE DFCP EnCE ICMDE

State of Florida v. Rodriguez-Torres, Case No. 07-CF-2434 (Fla. 10 Cir.) (Polk)
- 2007
- Enticement of a minor. Testified at deposition regarding internet chats and examination of computer.

State of Florida v. Scott, Case No. 14-CF-005144-A-OR (Fla. 9th Cir.) (Orange)
- 2014
- Homicide. Testified at deposition about cell tower location data.

State of Florida v. Serban, Case No. 10-CF-016985-A-OR (Fla. 9th Cir.) (Orange)
- 2012
- Child pornography. Testified at deposition about downloading and accessing cp files.

State of Florida v. Smith, Case No. 49-2014-CF-004158 (Fla. 9th Cir.) (Osceola)
- 2016
- Child pornography. Testified at deposition about eMule and cp files.

State of Florida v. Sutter, Case No. 2006-CF-3669-0 (Fla. 9th Cir.) (Orange)
- 2007
- Insurance Fraud. Testified at deposition that computer data did not show fraud. Case was dismissed.

State of Florida v. Tavares, Case No. 48-2014-cf-014619-O/C (Fla. 9th Cir.) (Orange)
- 2015
- Armed Robbery. Testified at deposition about file system and EXIF metadata regarding pictures from digital camera.

State of Florida v. Taylor, Case No. 2014-CF-003600 (Fla. 9th Cir.) (Osceola)
- 2017
- Child Pornography. Testified at deposition about examination and analysis of hard drives.

State of Florida v. Tibbetts, Case No. 48-2016-CF-011475-O (Fla. 9th Cir.) (Orange)
- 2018
- Sexual Activity with a Child. Testified at deposition about examination and analysis of cell phone data.

State of Florida v. Underwood, Case No. 16CF00496 (Fla. 2d Cir.) (Leon)
- 2018
- Child Pornography. Testified at deposition about examination and analysis of hard drives.

27

Richard D. Connor, Jr., Esq. ACE CCE CFCE DFCP EnCE ICMDE

State of Florida v. Walker, Case No. 48-2011-CF-015224-O (Fla. 9th Cir.) (Orange)
- 2014
- Child Pornography. Testified at deposition about examination and analysis of defendant's hard drives.

State of Florida v. Walker, Case No. 13-000235CF (Fla. 20th Cir.) (Collier)
- 2015
- Armed Robbery. Testified at deposition about examination of cell phones and Facebook data.

State of Florida v. Youngman, Case No. CF-17-1268-XX (Fla. 10th Cir.) (Polk))
- 2018
- Child Pornography. Testified at deposition about examination of computers and bittorrent.

Total Marketing Technologies, Inc. v. Angel Medflight Worldwide Air Ambulance Services, LLC, Case No. 8:10-cv-02680-VMC-TBM (M.D. Fla.) (TPA)
- 2012
- Commercial litigation. Testified at deposition about document metadata.

28

Richard D. Connor, Jr., Esq. ACE CCE CFCE DFCP EnCE ICMDE

## AFFIDAVIT / REPORT TESTIMONY

Aerodynamics Inc. v. Caesars Entertainment Operating Co., Inc., Case No. 2:15-cv-1344-JAD-PAL (D. Nev.)
- 2016
- Business litigation. Testified by affidavit about e-discovery process and problems encountered.

Akers v. Parkview Healthcare LLC, Case No. 16-CI-684 (Ky. Cir.) (Pike)
- 2018
- Personal injury. Testified by affidavit about process of searching emails.

Astaphan v. Ranger Construction Industries, Inc., Case No. CACE-15-012992 (Fla. 17th Cir.) (Broward)
- 2016
- Personal Injury. Testified by affidavit about ability to examine email systems and to search, locate, and produce relevant emails.

Balearia Caribbean LTD., Corp. v. Calvo, Case No. 16-23300-CIV-WILLIAMS (S.D. Fla.)
- 2018
- Former employee. Testified by report about examination of former employee's computer.

Basic Sports Apparel, Inc. v. Spiral Direct, Ltd., Appl. Serial No.: 87/740,638 (TTAB)
- 2020
- Commercial litigation. Testified by affidavit about examination of Access database.

Benz Research and Development Corp. v. Ebrahimpour, Case No. 2011-CA-004732-NC (Fla. 12th Cir.) (Sarasota)
- 2011, 2012, 2014
- Commercial litigation/IP theft. Testified by affidavit as to whether former employee copied company files before leaving, and if he did how they could be securely deleted, and about format date of HFSX volume.

Bjerke as Personal Representative of Estate of Thora A. Mercer-Bjerke v. Dr. Alphonse R. Tribuiani, P.A., Case No. 2015-CA- 001078 (Fla. 20th Cir.) (Collier)
- 2016
- Medical malpractice. Testified by affidavit about need to examine health care facility's computers to determine when particular note was entered.

Richard D. Connor, Jr., Esq. ACE CCE CFCE DFCP EnCE ICMDE

Brevard Land Materials, Inc. v. Boruch-David, LLC, Case No. 05-2013-CA-025901 (Fla. 18th Cir.) (Brevard)
- 2014
- Business litigation. Testified by affidavit about need to examine original data rather than party's unverified summary of that data.

Butler & Hosch, P.A.  v. Durham, Case No. 13-12795 (TX 298th Dist.) (Dallas)
- 2014
- Business litigation. Testified by affidavit about need to examine defendants' personal devices.

Christine Taylor, as Administrator of the Estate of Underwood v Adventist Health System/Sunbelt, Inc. d/b/a Florida Hospital Heartland Medical Center Lake Placid, Case No. GC 2013-665 (Fla. 10th Cir.) (Highlands)
- 2013
- Medical malpractice. Testified by affidavit about results of forensic examination of computer as to whether faxes were received.

Classic Soft Trim, Inc. v. Albert, Case No. 6:18-cv-01237-Orl-78GJK (M.D. Fla.) (ORL)
- 2020
- Business litigation. Testified by affidavit about imaging devices and searching for data responsive to discovery requests.

Claxon v. Bob Monnig Industries, Inc., Case No. 1516-CV-01765 (KS Cir. Ct.) (Jackson)
- 2015
- Personal Injury. Testified by affidavit about need to examine mobile phone data without disclosing personal or privileged data.

Demella v. Kim, Case No. CACE 12028526 (Fla. 7th Cir.) (Broward)
- 2014
- Personal Injury. Testified by affidavit about efforts to locate data responsive to discovery requests.

Diacona v. The Ottawa Cooperative Association, Case No. 15 CV 146 (Kan. 6th Cir.) (Miami)
- 2016
- Personal Injury. Testified by affidavit about need to preserve phone until data is extracted.

Richard D. Connor, Jr., Esq. ACE CCE CFCE DFCP EnCE ICMDE

Digital Assurance Certification, LLC v. Pendolino, Case No. 6:17-cv-72-Orl-31TBS (M.D. Fla.) (ORL)
- ■ 2018
- ■ Former employee. Testified by affidavit about need to examine forensic image of former employee's computer.
- ■ Reported at *Digital Assurance Certification, LLC v. Pendolino*, Case No. 6:17-cv-72-Orl-31TBS (M.D. Fla.) (January 10, 2019)

Doherty v. Butz, Case No. 48-2014-CA-12768-O (Fla. 9th Cir.) (Orange)
- ■ 2014
- ■ Former employee. Testified by affidavit about results of examination concerning data transferred to usb devices.

ECO Construction and Maintenance Management, LLC v. Seye, Case No. 2013-CA-003135-16X-K (Fla. 18th Cir.) (Seminole)
- ■ 2015
- ■ Business Litigation. Testified by affidavit about metadata.

Exxelia Dearborn, Inc. v. B_____, Case No. 2016-CA-001455-16-W (Fla. 18th Cir.) (Seminole)
- ■ 2016
- ■ Former employee. Testified by affidavit about examination and analysis of media.

Exxelia USA Holdings, Inc. v. Malkani, Case No. 2015-31044-CICI (Fla. 7th Cir.) (Volusia)
- ■ 2016
- ■ Business Litigation. Testified by affidavit about difficulty of searching for requested data.

Fluid Energy Group Ltd. v. Heartland Energy Group, Ltd., Case No. 20282/RD (ICC)
- ■ 2015
- ■ Business arbitration. Testified by report about metadata.

Hernandez v. Sharma, Case No. 2017-CA-003559 (Fla. 10th Cir.) (Polk)
- ■ 2018
- ■ Personal injury. Testified by affidavit about authentication of web pages from the Internet Archive Wayback Machine.

Jasper Contractors, Inc. v. Heritage Construction & Roofing, Inc., Case No. 16-2016-CA-1497 (Fla. 9th Cir.) (Osceola)
- ■ 2018
- ■ Business litigation. Testified by affidavit about examination of cell phones, including whether they were reset or wiped.

31

Richard D. Connor, Jr., Esq. ACE CCE CFCE DFCP EnCE ICMDE

Kanter v. Kanter, Case No. 15-004139 (Fla. 17th Cir.) (Broward)
- 2017
- Family law. Testified by affidavit about forensic imaging to preserve data.

Landings WH Partners, LLC v. The City of Winter Haven, Florida, Case No. 2013CA-003664 (Fla. 10th Cir.) (Polk)
- 2014
- Business litigation. Testified by affidavit regarding recovery of text messages from mobile devices.

Larkin v. Larkin, Case No. 2013-DR-017438-O (Fla. 9th Cir.) (Orange)
- 2014
- Family law. Testified by affidavit regarding creating backups of social media data and iOS devices.

Massey Services, Inc. v. Harlan, Case No. 18-A09133-1 (Ga. Sup. Ct.) (Gwinnett)
- 2019
- Former employee. Testified by affidavit about examination of former employee's computer.

Millager v. Fountains Canterbury, SL, LLC, Case No. 2016-5258 (Okla. D. Ct.) (Oklahoma)
- 2019
- Nursing home. Testified by affidavit about examination of email server.

Mitchell v. Hunt, Case No. 8:15-cv-2603-T-23TGW (M.D. Fla.) (Tampa)
- 2016
- Theft. Testified by report about examination of metadata.

Molto Gourmet, LLC v. Latkowski, Case No. 48-2014-CA-169-O (Fla. 9th Cir.) (Orange)
- 2014
- Business litigation. Testified by affidavit regarding results of examination.

Moneycorp, Inc. v. Orb, Inc., Case No. 01 1400 002 556 (AAA)
- 2015
- Business litigation. Testified by report about examination of sql databases.

Silver v. G2, LLC., et al, Case No. 6:10-cv-1207-Orl-28KRS (M.D. Fla.) (ORL)
- 2011
- Commercial litigation. Testified by affidavit regarding forensic imaging of data.

32

Richard D. Connor, Jr., Esq. ACE CCE CFCE DFCP EnCE ICMDE

Skybolt Aeromotive Corp. v. Milspec Products, Inc., Case No. 5:16-cv-616-Oc-30PRL (M.D. Fla.) (Ocala)
- 2017
- Business litigation. Testified by affidavit about file metadata.

Spradlin v. Ring Power Corp., Case No. 16-2014-CA-001165-XXXX-MA (Fla. 4th Cir.) (Duval)
- 2015
- Personal Injury. Testified by affidavit about metadata in Word files.

State of Florida v. Bock, Case No. 312007CF000482A (Fla. 19th Cir.) (Indian River)
- 2008
- Fraud. Testified by affidavit about authenticity of computer data.

State of Florida v. Cole, Case No. 48-2010-CF-010370-O (Fla. 9th Cir.) (Orange)
- 2010
- Testified by affidavit regarding fair market value of computer.

State of Florida v. Collins, Case No. 2006 CF 001156 (Fla. 7th Cir.) (Flagler)
- 2008
- Enticement of a minor. Testified by affidavit and at hearing regarding internet chats.

State of Florida v. Crawford, Case No. 2015-CF-003999-A000-XX (Fla. 10th Cir.) (Polk)
- 2017
- Child Pornography. Testified by affidavit about undercover torrent investigation.

State of Florida v. Finnell, Case No. 59-2009-CF-000215A (Fla. 18th Cir.) (Seminole)
- 2009
- Check fraud. Testified by affidavit whether forged check was created on a computer.

State of Florida v. Halbach, Case No. 2013-971-CF-A-W (Fla. 5th Cir.) (Marion)
- 2014
- Child pornography. Filed report regarding lack of evidence support certain counts in indictment, seven of eleven counts dismissed by state.

State of Florida v. Mora, Case No. 13-2010-CF-014555-0001-XX (Fla. 11th Cir.) (Miami-Dade)
- 2013
- Child pornography. Testified by affidavit about circumstances regarding files alleged to contain cp.

Richard D. Connor, Jr., Esq. ACE CCE CFCE DFCP EnCE ICMDE

State of Florida v. Peterson, Case No. 2017-CF-1990 (Fla. 1st Cir.) (Santa Rosa)
- 2018
- Violation of Probation. Testified by affidavit about examination of cell phone and user activity.

State of Florida v. Pilacik, Case No. 2013-304567-CFDB (Fla. 7th Cir.) (Volusia)
- 2014
- Child pornography. Testified by affidavit that defendant did not run wiping software to destroy evidence when search warrant executed.

State of Florida v. Reyes, Case No. 2006 CF 001138 (Fla. 7th Cir.) (Flagler)
- 2008
- Enticement of a minor. Testified by affidavit and at hearing regarding internet chats.

State of Florida v. Roberts, Case No. CF06-007871-XX (Fla. 10th Cir.) (Polk)
- 2007
- Child pornography. Testified by affidavit regarding circumstances surrounding alleged cp files. Defendant accepted plea to unspecified computer crime, no jail time and no sexual predator status.

Stirling International Realty, Inc. v. Soderstrom, Case No. 6:14-CV-1109-ORL-40TBS (M.D. Fla.) (ORL)
- 2015
- Business litigation. Testified by report about examination of computers and email.

Synthes, Inc. v. Kobakof, Case No. 11-cv-07422-PBT (E.D. Pa.) (PHIL)
- 2012
- Commercial litigation. Testified by affidavit regarding files allegedly deleted by former employee and need to examine forensic image of computer to determine if former employee took corporate data.

Trial Practices, Inc. v. Antaramian, Case No. 06-05366 (Fla. 13th Cir.) (Hillsborough)
- 2011
- Commercial litigation. Testified by affidavit and at hearing regarding data produced and not produced during discovery.

United States v. Barona-Bravo, Case No. 8:14-CR-394-T-24-AEP (M.D. Fla.) (TPA)
- 2015
- Drugs. Testified by affidavit regarding thumbnails on a Blackberry, including metadata.

Richard D. Connor, Jr., Esq. ACE CCE CFCE DFCP EnCE ICMDE

United States v. Burton, Case No. 8:19-CR-409-T-30AAS (M.D. Fla.) (TPA)
- 2019
- Sexting with a minor. Testified by report regarding examination of mobile devices and Kik accounts and chats.

United States v. Giovanetti Case No. 8:07-CR-295-T-27MAP (M.D. Fla.) (ORL)
- 2008
- Bank fraud. Testified by affidavit regarding authenticity of documents and files.

United States v. Gruber, Case No. 6:2010-cr-00323 (M.D. Fla.) (ORL)
- 2011
- Child pornography. Testified by affidavit regarding circumstances surrounding cp files and user activity.

United States v. Heffield, Case No.  6:2013-cr-00067 (M.D. Fla.) (ORL)
- 2014
- Child pornography. Testified by report at sentencing hearing about what was, and was not, on defendant's computer, and his interests based on his computer activity.

United States v. Hurwitz, Case No. 6:2006-cr-00226 (M.D. Fla.) (ORL)
- 2007
- Unauthorized computer access. Testified by affidavit about defendant's computer activity and ability to recreate or retrieve deleted data.

United States v. McCullough, Case No. 6:15-cr-40-ORL-40KRS (M.D. Fla.) (ORL)
- 2015
- Child pornography. Testified by report circumstances surrounding cp files and user activity.

United States v. Murray, Case No. 2:18-cr-0053-TOR (E.D. Wash.)
- 2019
- Child pornography. Testified by declaration about need to examine and test undercover software.
- Reported at *United States v. Murray*, Case No. 2:18-cr-0053-TOR (E.D. Wash.) (August 31, 2020)

United States v. Palmer, Case No. 2:15-cr-1-FtM-38DNF (M.D. Fla.) (FTM)
- 2015
- Child pornography. Testified by affidavit about torrents and how they work.

Richard D. Connor, Jr., Esq. ACE CCE CFCE DFCP EnCE ICMDE

United States v. White, Case No. 7:13-CR-00013 (W.D. VA) (Roanoke)
- 2016
- Threats/extortion. Testified by affidavit about various matters including virus, TOR network, access to online accounts.
- Reported at *United States v. White*, ___ F.Supp.2d ___ (W.D. VA)

United States v. Yester-Garrido, Case No. 6:17-cr-238-Orl-41EJK (M.D. Fla.) (ORL)
- 2020
- Drugs. Testified by affidavit about need to examine email in native electronic format to determine authenticity of printed email.

Wein v. Radcraft, Inc., Case No. CA16-0177 (Fla. 7th Cir.) (St. Johns)
- 2017
- Other. Testified by affidavit about emails not found during search.

Richard D. Connor, Jr., Esq. ACE CCE CFCE DFCP EnCE ICMDE

# FORENSIC TRAINING

**COMPUTER FORENSICS TRAINING**                                    October 10-14, 2005
- New Technologies, Inc.

**SANS FOR610: REVERSE ENGINEERING MALWARE**              January 14-18, 2011
- SANS

**ADVANCED INTERNET EXAMINATIONS**                          January 27-31, 2011
- Guidance

**CEIC 2011**                                                      May 15-18, 2011
- What's New in Windows Forensics
- Cloud Storage Forensics: A Case Study and Research on Identifying File Transfers
- Super Timeline Analysis and Case Studies
- Images and dm-crypt and LVM2. Oh my!
- Decoding Prefetch Files
- Tracing IP Addresses
- File Identification and Recovery Using Block- Based Hash Analysis
- Forensic Analysis of Outlook Web Access
- Raw Data Carving

**LANTERN FIRST RESPONDER**                                      October 9, 2012
- Katana Forensics

**KATANA IOS/MACOSX LABORATORY FORENSICS**                 October 10-11, 2012
- Katana Forensics

**X-WAYS FORENSICS**                                        November 26-29, 2012
- X-Ways

**X-WAYS FORENSICS - MEMORY FORENSICS**                     November 30, 2012
- X-Ways

**CELLEBRITE ULTIMATE UFED LOGICAL AND PHYSICAL CERTIFICATION**   April 9-11, 2013
- Digital Shield (Joe Church)

**ANALYSIS AND CORRELATION OF MACINTOSH LOGS**                April 28, 2013
- SANS

37

Richard D. Connor, Jr., Esq. ACE CCE CFCE DFCP EnCE ICMDE

**CEIC 2013**                                                                                   May 19-22, 2013
- Living Dangerously - Malware Analysis
- NTFS Logfile Forensics
- Examining Volume Shadow Copies - The Easy Way
- Following an Intrusion Through a Microsoft Operating System (Automated and Manual)
- Offensive Digital Forensics
- Custom Analysis with EnCase v7
- Advanced Reporting
- Mac OS X - Delving A Little Deeper
- SSD Forensics
- Making the Most of EnCase Processor
- When Macs Get Hacked

**MACINTOSH FORENSIC EXAMINERS TRAINING**                              May 11-15, 2015
- IACIS
- Sumuri (Steve Whalen)

**REVERSE ENGINEERING MAC MALWARE**                                    July 21,2015
- SANS

**X-WAYS FORENSICS**                                                   December 12-15, 2016
- X-Ways

**APPLIED COMPUTER FORENSICS**                                         APRIL 23-27, 2018
- IACIS

**BUILDING YOUR ANDROID APPLICATION TESTING TOOLBOX**                  November 17, 2018
- SANS

**Mobile Device Forensics**                                           Fall 2018
- IACIS

**Forensic Analysis of Cellular Networks**                            September 6, 2020
- Zetx

Richard D. Connor, Jr., Esq. ACE CCE CFCE DFCP EnCE ICMDE

# SPEAKING ENGAGEMENTS

**16TH ANNUAL EMPLOYMENT & LABOR LAW SEMINAR: ARE YOU COVERED**      December 2012
GrayRobinson - Orlando, FL
"A View from a Forensic Computer Expert: What Employers Should Know
about Electronic Evidence, Including Legal Obligations and Potential Liability"

**NATIONAL DEFENDER INVESTIGATOR ASSOCIATION**      September 2013
2013 Regional Conference - Jacksonville, FL
"Cyber Crimes Investigation (Child Pornography)"

**PREVENTING AND DEALING WITH DATA BREACHES IN YOUR COMPANY**      September 2013
Lowndes, Drosdick, Doster, Kantor & Reed - Orlando, FL
"The Mechanics of a Data Breach and the Tools to Prevent It"

**GET PLUGGED IN: MASTERING THE USE OF TECHNOLOGY IN THE LEGAL FIELD**  October 2013
OCBA Paralegal CLE Seminar
"E-Discovery: Searching the Virtual File Cabinets"

**ORANGE COUNTY BAR ASSOCIATION BENCH BAR CONFERENCE**      April 2014
"E-Everything 101: E-filing, E-service, & Intro to E-discovery"
"E-Everything 102: Advanced E-discovery"

**EVERYTHING YOU DON'T KNOW ABOUT E-DISCOVERY (BUT WISH YOU DID)**  December 2014
National Business Institute - Orlando
"Handling Social Media, E-Mail, Video and Other ESI"
"New Ethical Pitfalls You Need to Be Aware of"

**THE EVOLVING PRACTICE OF LAW: ALWAYS ADVANCING, FOREVER ADAPTING**  January 2015
OCBA Paralegal Litigation Seminar
"iPad for Lawyers"

**THE RULES OF EVIDENCE: A PRACTICAL TOOLKIT**      December 2015
National Business Institute - Tampa
"Handling Email, Social Media and Other ESI"

**2016 MIDDLE DISTRICT OF FLORIDA FEDERAL CRIMINAL PRACTICE SEMINAR**      April 2016
Federal Defender for the Middle District of Florida & CFACDL - Tampa
"The Role of Digital Forensics In Cyber Crime Cases"

Richard D. Connor, Jr., Esq. ACE CCE CFCE DFCP EnCE ICMDE

**ORANGE COUNTY BAR ASSOCIATION BENCH BAR CONFERENCE**          April 2016
"Picking a Jury in the 21st Century"
"Recent Rule Changes in e-Discovery: The Amendments to the
Federal Rules of Civil Procedure that Took Effect December 1, 2015"
"Privacy Law Update"

**ENHANCING SAFETY: OFFENDER EVALUATION AND TREATMENT
IN THE INTERNET AGE**          April 2016
2016 Florida ATSA Annual Conference
"Internet Use for Offenders: Opportunities and Pitfalls"

**DEFENDER SUMMER SCHOOL 2016**          August 2016
Robert Wesley, Public Defender, Ninth Judicial Circuit and the
Central Florida Association of Criminal Defense Lawyers
"The Role of Digital Forensics In Cyber Crime Cases"

**LAW AND TECHNOLOGY SEMINAR**          January 2017
Florida Association of Criminal Defense Lawyers
"The Role of Digital Forensics In Cyber Crime Cases"

**ADVANCED FEDERAL PRACTICE 2017**          March 2017
Florida Bar Continuing Legal Education Committee and Criminal Law Section
"Defenses for Sentencing in Child Pornography Cases Using
Newly Amended Sentencing Guidelines and Expert Testimony"

**LAW AND TECHNOLOGY SEMINAR**          February 2018
Florida Association of Criminal Defense Lawyers
"Cell Phone Forensics for the Criminal Defense Lawyer - What you need to know"

**9TH CIRCUIT PUBLIC DEFENDER SPRING TRAINING**          March 2019
Ninth Circuit Public Defender
"Understanding Electronically Stored Information in Criminal Law"

**ADVANCED NURSING HOME DISCUSSION**          May 2019
Ernest Tosh
"Defense Failure to Comply With Discovery - What Can We Do About It?"

**MIDDLE DISTRICT OF FLORIDA FEDERAL DEFENDER CONFERENCE**          September 2019
"Cell Phone Forensics"