UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                              Case No. 3:20-cr-94(S2)-J-32JRK

MARK MANUEL ANGELES MARINO

### UNITED STATES' UNOPPOSED MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE ITS RESPONSE TO MARINO'S AMENDED MOTION TO SUPPRESS

The United States of America files this unopposed motion seeking an extension of time within which to file its response to defendant's amended motion to suppress and memorandum of law (Doc. 47), and in support states:

1. On October 9, 2020, the defendant filed a motion to suppress physical evidence and statements, request for evidentiary hearing and memorandum of law (Doc. 31).

2. On December 10, 2020, this Court held an evidentiary hearing on defendant's motion (Doc. 46). During that hearing, certain filing deadlines were established, including that the defendant shall have up to and including December 18, 2020, to file an amended motion to suppress, and that the Government shall file a response to the amended motion within 14 days of the filing of the transcript of the evidentiary hearing. *Id.*

3. The transcript of the evidentiary hearing was filed on January 7, 2021 (Doc. 48). The United States' response is currently due to be filed on or before January 21, 2021.

4. Due to unexpected illness and limited access to materials as a result of the current COVID-19 pandemic, the undersigned is still working to prepare its response to defendant's amended motion.

5. Accordingly, the United States respectfully requests that this Court extend the time within which the United States must file its response to defendant's amended motion to suppress, up to and including January 28, 2021.

6. On January 20, 2021, the undersigned conferred by email with counsel for Marino, Thomas M. Bell, Esq., who advised that he does not oppose the extension of time requested herein.

WHEREFORE, the United States respectfully requests that this Court grant an extension of time within which the United States must file its response

to defendant's amended motion to suppress (Doc. 47), making its response due to be filed on or before January 28, 2021.

        Respectfully submitted,

        MARIA CHAPA LOPEZ
        United States Attorney


        */s/ Kelly S. Karase*
By:  KELLY S. KARASE
        Assistant United States Attorney
        USAO No. 134
        300 N. Hogan Street, Suite 700
        Jacksonville, Florida 32202
        Telephone:  (904) 301-6300
        Facsimile:   (904) 301-6310
        E-mail: Kelly.Karase@usdoj.gov

**U.S. v. Mark Manuel Angeles Marino    Case No. 3:20-cr-94(S2)-J-32JRK**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on January 20, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Thomas M. Bell, Esq.

<i>/s/ Kelly S. Karase</i><br>
KELLY S. KARASE<br>
Assistant United States Attorney