**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.  Case No. 3:20-cr-94(S2)-J-32JRK

MARK MANUEL ANGELES MARINO

_____

**O R D E R**

1. The United States' Unopposed Motion for Extension of Time Within Which to File its Response to Marino's Amended Motion to Suppress (Doc. No. 50), filed January 20, 2021, is **GRANTED.**

2. The Government shall file a response to the Amended Motion to Suppress Physical Evidence and Statements, Request for Evidentiary Hearing and Memorandum of Law (Doc. No. 47) no later than **January 28, 2021.**

**DONE AND ORDERED** at Jacksonville, Florida on January 20, 2021.

*/s/ James R. Klindt*
JAMES R. KLINDT
United States Magistrate Judge

mdc
Copies to:
Assistant U.S. Attorney (Karase)
Thomas M. Bell, Esquire