UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                                  Case No. 3:20-cr-94(S2)-J-32JRK

MARK MANUEL ANGELES MARINO

**UNITED STATES' MOTION FOR LEAVE TO FILE OUT OF TIME
AND TO FILE AN AMENDED RESPONSE
TO MARINO'S AMENDED MOTION TO SUPPRESS**

The United States of America files this motion seeking leave of Court to file its Amended Response to Defendant's Motion to Suppress, and in support states:

1. On January 20, 2021, this Court granted the United States' Motion for Extension of Time to file its response, setting January 28, 2021 as the deadline for filing the response (Doc. 51).

2. Despite efforts to complete its response in a timely manner, the United States filed its response in the early morning hours of January 29, 2021, just under five hours passed the deadline. Counsel's efforts to complete the response were complicated in the preceding week due to computer outages and network connectivity issues experienced by the U.S. Attorney's Office in the days leading up to the filing deadline.

3.     The response filed at approximately 4:50 a.m. on January 29, 2021, exceeded the page limit established by Local Rule 3.01 of the Middle District of Florida. Operating under the mistaken belief that the page limit was set at 25 pages, the undersigned kept the response to under 25 pages. Having revisited the Local Rules, the undersigned realized the mistake and, in order to correct this page violation, has made further edits to the Response in Opposition and submits a condensed response that is 20 pages in length, exclusive of the Certificate of service.

4.     Accordingly, in light of the foregoing, the United States respectfully requests that this Court accept its Amended Response to Defendant's Amended Motion to Suppress.

WHEREFORE, the United States respectfully requests that this Court permit the United States to file its amended response to defendant's amended motion to suppress (Doc. 47).

                                            Respectfully submitted,

                                            MARIA CHAPA LOPEZ
                                            United States Attorney

                                            */s/ Kelly S. Karase*
                                  By:  KELLY S. KARASE
                                            Assistant United States Attorney
                                            USAO No. 134
                                            300 N. Hogan Street, Suite 700
                                            Jacksonville, Florida 32202
                                            Telephone:   (904) 301-6300
                                            Facsimile:   (904) 301-6310
                                            E-mail: Kelly.Karase@usdoj.gov

**U.S. v. Mark Manuel Angeles Marino     Case No. 3:20-cr-94(S2)-J-32JRK**

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 29, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

      Thomas M. Bell, Esq.

      */s/ Kelly S. Karase*
      KELLY S. KARASE
      Assistant United States Attorney