**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.   Case No. 3:20-cr-94(S2)-TJC-JRK

MARK MANUEL ANGELES MARINO

## O R D E R

The United States' Motion for Leave to File Out of Time and to File an Amended Response to Marino's Amended Motion to Suppress (Doc. No. 53; "Motion"), filed January 29, 2021, is **GRANTED**.[1] The Court accepts as timely filed the United States' Amended Response in Opposition to Defendant's Amended Motion to Suppress (Doc. No. 54), filed January 29, 2021.

**DONE AND ORDERED** at Jacksonville, Florida on February 1, 2021.

JAMES R. KLINDT
United States Magistrate Judge

bhc
Copies to:
Assistant U.S. Attorney (Karase)
Thomas M. Bell, Esquire

---

[1] In light of the nature of the relief requested, the Court need not await a response.