UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO.: 3:20-cr-94(S2)-J-32JRK

MARK MANUEL ANGELES MARINO
_____/

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE**
**TO FILE A REPLY IN EXCESS OF THE PAGE LIMIT**

The Defendant, by and through the undersigned attorney, pursuant to Local Rule 3.01 of the Middle District of Florida, hereby respectfully moves this court to permit the Defendant to file a reply memorandum in excess of the page limit by one page. As grounds for this motion, Defendant states as follows:

1. The United States filed an amended response (Doc. 54) to the defendant's amended motion to suppress (Doc. 47) on January 29, 2021. This Court directed that any reply memorandum be filed no later than fourteen days after the response.

2. There are a number of significant issues raised in the motion, the evidentiary hearing and the government's response. Local Rule 3.01 sets a seven-page limit on reply memoranda.

3. Mr. Marino's proposed reply is eight-pages not counting the certificate of service page.  He moves the Court to permit him to file it in excess of the limit. The United States, per A.U.S.A. Kelly Karase, does not oppose this motion.

Wherefore, the Defendant, Mark Marino, for the above-mentioned reasons moves this court to grant this motion.

Respectfully submitted,

<u>S:// Thomas M. Bell</u>
THOMAS M. BELL, #0615692
301 West Bay Street, Suite 1460
Jacksonville, Florida 32202
Telephone (904) 354-0062
Telecopier (904) 353-1315
tbellesq@bellsouth.net
Attorney for Defendant

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on February 9, 2021, I electronically filed the foregoing with the clerk of the Court by using CM/ECF system which will send a notice of electronic filing to Kelly Karase A.U.S.A.

<u>S:// Thomas M. Bell</u>
Thomas M. Bell