UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.  Case No. 3:20-cr-94(S2)-TJC-JRK

MARK MANUEL ANGELES MARINO

## O R D E R

Defendant's Unopposed Motion for Leave to File a Reply in Excess of the Page Limit (Doc. No. 56), filed February 9, 2021, is **GRANTED.** Defendant may file a reply to the United States' Amended Response in Opposition to Defendant's Amended Motion to Suppress (Doc. No. 54) that does not exceed **8 pages**.

**DONE AND ORDERED** at Jacksonville, Florida on February 10, 2021.

JAMES R. KLINDT
United States Magistrate Judge

mdc
Copies to:
Assistant U.S. Attorney (Karase)
Thomas M. Bell, Esquire