**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                              CASE NO. 3:20-cr-94-TJC-JRK

MARK MANUEL ANGELES MARINO

---

**ORDER**

This case is before the Court on defendant's Third Unopposed Motion to Continue Trial and Status Conference (Doc. 57). The government does not oppose the motion. Accordingly, it is now

**ORDERED:**

1. For the reasons stated in defendant's motion, the Court finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial (18 U.S.C. §3161(h)(7)(A)); defendant's Motion (Doc. 57) is **GRANTED**.

2. A status conference is set for **May 24, 2021 at 4:00 p.m**., and Jury trial previously set for the March 2021 term is rescheduled for the trial term commencing **June 7, 2021 at 9:00 a.m.**, and continuing through the last day of the month in the United States Courthouse, Courtroom No. 10D, Tenth Floor, 300 North Hogan Street, Jacksonville, Florida.


**DONE AND ORDERED** in Jacksonville, Florida this 11th day of February, 2021.



TIMOTHY J. CORRIGAN
United States District Judge

md.
Copies:

Kelly Karase, AUSA
Thomas M. Bell, Esquire
U.S. Probation
U.S. Pretrial Services
U.S. Marshals Service
Defendant