**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

---

UNITED STATES OF AMERICA          CASE NO. 3:20-cr-94-TJC-JRK

v.

MARK MANUEL ANGELES MARINO

<u>Counsel for Government</u>:          <u>Counsel for Defendant</u>:
Kelly Karase                          Thomas M. Bell

---

**HONORABLE TIMOTHY J. CORRIGAN**
**UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: Marielena Diaz    Court Reporter: Shannon Bishop

---

## CLERK'S MINUTES

**PROCEEDINGS OF:**    **TELEPHONE CRIMINAL STATUS CONFERENCE**

The defendant moved to continue trial.

The government has no objection to the continuance.

For the reasons stated on the record, the Court finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial (18 U.S.C. §3161(h)(7)(A)), the Oral Motion to Continue Trial is **GRANTED.**

**CASE RESET:**

**Status:**                     **August 23, 2021 at 4:00 p.m.**
**Trial Term Commencing:**      **September 7, 2021 at 9:00 a.m.**

Defendant's objections to Report and Recommendation (Doc. 64) due by June 29, 2021. Government's response to objections due by July 20, 2021.

DATE: May 24, 2021          TIMES:   4:03 p.m. – 4:11 p.m.
                                     (Total: 8 Minutes)