# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 3:20-cr-94-TJC-JRK |
| MARK MANUEL ANGELES MARINO | |
| UNITED STATES OF AMERICA | |
| v. | Case No. 3:20-cr-125-TJC-JBT |
| CHRISTOPHER RAY GRAY | |
| UNITED STATES OF AMERICA | |
| v. | Case No. 3:21-cr-31-TJC-MCR |
| LUIS BLANCO RIVERA | |
| UNITED STATES OF AMERICA | |
| v. | Case No. 3:21-cr-54-TJC-JRK |
| JOSE ANGEL VAZQUEZ | |
| UNITED STATES OF AMERICA | |
| v. | Case No. 3:21-cr-59-TJC-JBT |
| SAMUEL ALCALA | |
| UNITED STATES OF AMERICA | |
| v. | Case No. 3:18-cr-181-TJC-MCR |
| JOHNNIE GRAHAM | |

2

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 3:21-cr-23-TJC-MCR |
| WAYNE JOSEPH CAVINS | |
| UNITED STATES OF AMERICA | |
| v. | Case No. 3:21-cr-30-TJC-JBT |
| PAUL CASALI GREENER | |
| UNITED STATES OF AMERICA | |
| v. | Case No. 3:21-cr-61-TJC-JRK |
| DEWAYNE WHITFIELD | |

### NOTICE CONVERTING
### IN-PERSON STATUS CONFERENCES
### TO TELEPHONE STATUS CONFERENCES

**TAKE NOTICE** that these cases, which were previously set for in-person status conferences on **August 23, 2021 at 4:00 p.m**., are hereby **converted to telephone status conferences**, before the Honorable Timothy J. Corrigan, United States District Judge.

Counsel for defendants and the government are directed to call the reserved conference line toll free at 1-888-684-8852. The access code for all participants is 2594705. The participants will then be prompted to enter the participant security code: 32823, followed by the # (pound) key. Defendants are not required to participate in the telephone status conferences.

2

The conference line will be activated at 3:40 p.m. so that all counsel can dial in and give their appearances. The status conferences will start promptly at 4:00 p.m.

The Court will call the cases in the order listed above. Once the status conference in your case(s) is/are completed, you may hang up.

If you have stand-in counsel appearing on your behalf, please notify the undersigned by emailing at Marielena_Diaz@flmd.uscourts.gov in advance of the hearing.

To reduce background audio interference, the parties should not use the speaker function during the call. Further, once counsel dials in and gives their appearance, they must put their phones on mute until their case is called. Additionally, each party must identify themselves when speaking so the court reporter can accurately report the proceedings.

Persons granted remote access to proceedings are reminded of the general prohibition against recording court proceedings.

**DATED** this 19th day of August, 2021.

**TIMOTHY J. CORRIGAN**
United States District Judge

s/ Marielena Diaz
Courtroom Deputy Clerk

Copies to:
Counsel of Record
Defendants