# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

UNITED STATES OF AMERICA  CASE NO. 3:20-cr-94-TJC-JRK

v.

MARK MANUEL ANGELES MARINO

Counsel for Government:  Counsel for Defendant:
Kelly Karase  Thomas M. Bell

**HONORABLE TIMOTHY J. CORRIGAN**
**UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: Marielena Diaz    Court Reporter: Shannon Bishop

## CLERK'S MINUTES

**PROCEEDINGS OF:**     **TELEPHONE CRIMINAL STATUS CONFERENCE**

The defendant moved to continue trial.

The government has no objection to the continuance.

For the reasons stated on the record, the Court finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial (18 U.S.C. §3161(h)(7)(A)), the Oral Motion to Continue Trial is **GRANTED.**

**CASE RESET:**

**Status:**                      September 20, 2021 at 4:00 p.m.
**Trial Term Commencing:**       October 4, 2021 at 9:00 a.m.

DATE: August 23, 2021        TIMES:   4:04 p.m. – 4:08 p.m.
                                      (Total: 4 Minutes)