**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.  CASE NO. 3:20-cr-94-TJC-JRK

MARK MANUEL ANGELES MARINO

### O R D E R

This case is before the Court on defendant's Amended Motion to Suppress Physical Evidence and Statements (Doc. 47). After conducting an evidentiary hearing (Doc. 48), the Magistrate Judge entered a fifty-five page Report and Recommendation recommending that the motion be denied (Doc. 64). Defendant filed objections to the Report and Recommendation (Doc. 67) to which the government responded (Doc. 68). Upon de novo review, it is hereby

**ORDERED:**

1. Defendant's objections to the Report and Recommendation (Doc. 67) are **OVERRULED**.

2. The Magistrate Judge's Report and Recommendation (Doc. 64) is **ADOPTED** as the opinion of the Court.

3. Defendant's Amended Motion to Suppress Physical Evidence and Statements (Doc. 47) is **DENIED**.

**DONE AND ORDERED** in Jacksonville, Florida this 31st day of September, 2021.



TIMOTHY J. CORRIGAN
United States District Judge

md
Copies:

Honorable James R. Klindt
United States Magistrate Judge

Kelly Karase, AUSA

Thomas M. Bell, Esquire

Defendant

2