# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

UNITED STATES OF AMERICA    CASE NO. 3:20-cr-94-TJC-JRK

v.

MARK MANUEL ANGELES MARINO

<u>Counsel for Government</u>:    <u>Counsel for Defendant</u>:
Kelly Karase    Thomas M. Bell

**HONORABLE TIMOTHY J. CORRIGAN**
**UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: Marielena Diaz    Court Reporter: Shannon Bishop

## CLERK'S MINUTES

**PROCEEDINGS OF:**    **TELEPHONE CRIMINAL STATUS CONFERENCE**

The parties announced that the case is ready to proceed to a stipulated bench trial.

Stipulated bench trial set for October 20, 2021 at 10:00 a.m.

Parties to file Waiver and Stipulation by October 13, 2021.

DATE: September 20, 2021    TIMES:    4:20 p.m. – 4:26 p.m.
(Total: 6 Minutes)