**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

v.                                                    CASE NO. 3:20-cr-94-TJC-JRK

MARK MANUEL ANGELES MARINO

_____

## NOTICE OF SCHEDULING BENCH TRIAL

**TAKE NOTICE** that this case is hereby **SET** for a **Stipulated Facts Bench Trial** on **OCTOBER 20, 2021 at 10:00 A.M.** before the Honorable Timothy J. Corrigan, United States District Judge, in Courtroom No. 10D, Tenth Floor, United States Courthouse, 300 North Hogan Street, Jacksonville, Florida.

The parties are advised (and should advise their witnesses) that photo identification is required to enter the United States Courthouse. Although cell phones, laptop computers, and similar electronic devices generally are not permitted in the building, attorneys may bring those items with them upon presentation to Court Security Officers of proof of membership in The Florida Bar or an Order of special admission pro hac vice.  Cell phones must be turned off while in the courtroom.

DATED:    September 22, 2021

                                    **TIMOTHY J. CORRIGAN**
                                    United States District Judge

                    By:    s/ Marielena Diaz
                          Courtroom Deputy Clerk

Copy to:
Kelly Karase, AUSA
Thomas M. Bell, Esquire
U.S. Probation
U.S. Marshals Service
Defendant

2