## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

_____

UNITED STATES OF AMERICA     CASE NO. 3:20-cr-94-TJC-JRK

v.

MARK MANUEL ANGELES MARINO

Counsel for Government:         Counsel for Defendant:
Kelly Karase                             Thomas M. Bell

_____

## HONORABLE TIMOTHY J. CORRIGAN
## UNITED STATES DISTRICT JUDGE

Courtroom Deputy: Marielena Diaz     Court Reporter: Shannon Bishop

_____

## CLERK'S MINUTES

### PROCEEDINGS RE:  STIPULATED BENCH TRIAL

Revised Stipulation due by November 5, 2021. Any briefing may be filed by November 5, 2021.

The defendant moved to continue trial.

The government has no objection to the continuance.

For the reasons stated on the record, the Court finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial (18 U.S.C. §3161(h)(7)(A)), the Oral Motion to Continue Trial is **GRANTED.**

     **CASE RESET:**

     **Trial Term Commencing:**         **November 1, 2021 at 9:00 a.m.**

Stipulated bench trial reset for November 16, 2021 at 3:00 p.m. Notice to enter.

DATE: October 20, 2021           TIMES:     10:05 a.m. – 10:30 a.m.
                                                     (Total: 25 Minutes)