UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                        CASE NO. 3:20-cr-94(S2)-J-32JRK

MARK MANUEL ANGELES MARINO

## AMENDED STIPULATION

The defendant, MARK MANUEL ANGELES MARINO, the attorney for the defendant, THOMAS M. BELL, Esq., and the United States, represented by Assistant United States Attorney KELLY S. KARASE, hereby stipulate and agree that the following facts are true beyond a reasonable doubt:

1.      Between on or about March 19, 2019, and on or about January 7, 2020, the defendant, MARK MANUEL ANGELES MARINO, used a computer to engage in online communication over the internet in and affecting interstate commerce to knowingly attempt to recruit, entice, harbor, provide, obtain, advertise, maintain, patronize, and solicit a minor female who he knew had not attained the age of 14 years, to engage in a commercial sex act.

1

2.      On March 18, 2019, the defendant, using his secmail.pro email account, contacted another secmail.pro email user, "PhilippineGirls," by computer over the internet. The defendant had seen an advertisement on the dark web for child sexual abuse material offered for sale with payment in Bitcoin by "PhilippineGirls," to include an advertisement that depicted a child approximately 8 years old that offered, "1: You pay 150 Euro in BTC to receive 5 photos of the girl holding a handwritten note in her hand with words of your choice in sexy, nude poses of your choice. You can also choose a 5 minute long introduction video for 200 Euro instead if you want. She strip, and show body and speak words of your choice." Using his secmail.pro email account and while in Jacksonville, Florida, the defendant emailed "PhilippineGirls," on March 18, 2019, at 12:15 pm, "How much?" and "Is there a discount if I have the same nationality to the girls. also can I see pics of girls? can I see the 11yo of you?"  The defendant received a response, "No discount. Very high priced for sex with girls in Philippines. The 11yo is in Europe, not in Philippines."

3.      The conversation continued over secmail.pro email as follows:

| March 19, 2019 1:50 am  Defendant | "can I see their pictures first? including the european girl pictures? also what if I don't want to meet them. I want you to fuck them deep in their pussy? how much will it cost for a video?" |
|---|---|
| March 19, 2019 5:50 am | "We have no European girl, only a Philippine girl that lives in europe" |

| PhillippineGirls | |
|---|---|
| March 19, 2019 11:57 am<br><br>Defendant | "okay can I see the Philippine girls pictures first? I really want to see them get fucked. after I saw their pictures lets have a deal and how can I pay you? what transaction we will use?" |
| March 19, 2019 12:58 pm<br><br>PhillippineGirls | "I do not send any photos of them being fucked.<br><br>We have our ways to confirm the girl for a customer. With todays reverse engineering on photos you could find the girls mother on facebook.<br><br>What we do is send a photo like what I send you now, with your choice of writing in the note she holds."<br><br>[picture of clothed young minor child holding a large teddy bear and a piece of paper on her lap sent and picture of a clothed young minor child holding a blank piece of paper with a heart emoji covering her face sent] |
| March 20, 2019 2:52 am<br><br>Defendant | "So is that only one girl? and she is 11yo? I prefer 11-12yo.<br><br>what do you mean reverse engineering of photos?<br><br>my choice of writing in the note is 'Eat me now'<br><br>Why not send any photos of them being fucked?" |
| March 20, 2019 2:57 am<br><br>Defendant | "I saw the pictures, the first picture looks yummy but the face is edited, i know its for security purpose, but what if I already payed you is it still no face? also can she take a dick all the way deep inside her pussy?<br><br>also how can I pay you? and how safe is this?" |
| March 20, 2019 11:29 am<br><br>Defendant | "you can contact me to facebook using this email: [email sent] or [facebook user sent] to be exact so you can find me easy.<br><br>my name there would be Kebe Kesu (fake name just to be safe). |

3

| | |
|---|---|
| | I already send you 3 secmail just check your inbox. thanks and be safe." |
| March 21, 2019<br>2:03 am<br><br>Defendant | "Hey there? busy? Im serious about this I want this transaction to be successful" |
| March 21, 2019<br>2:59 am<br><br>Defendant | "You still there?" |
| March 21, 2019<br>10:07 am<br><br>PhilippineGirls | "I am here.<br><br>Sometimes I am busy, but I usually answer within 48 hours always.<br><br>So, no we do not allow photos with face because of reverse engineering of photos on google. Google it if you do not know what it means.<br><br>Meeting is for 2 nights. We come to city of your choice within EU. You meet her at agreed place and deliver her back at agreed place. We never meet. You only ever meet the girl.<br><br>If cock is not very big she can take it all in pussy and ass. Also she is good at sucking cock.<br><br>Price is 2800 euros converted to Bitcoin. We are free all next week and weekend." |
| March 21, 2019<br>11:58 am<br><br>Defendant | "Where is the proof that she holding a note 'eat me now'?<br>also I'm not in eu area. I'm living in US. Can you do a cam show fucking her? I want the 11yo btw.<br><br>Also how to get bitcoin safe? Can you teach me how?" |

| March 21, 2019 12:26 pm Defendant | "also how much for the camshow? I can only afford 250-350usd. I prefer the 9yo-11yo getting fucked in the pussy deep with creampied. also I read your post to other community, You said 400euros in 4hrs. Can you do it? 2hrs so I can afford it. I just want the 9yo-11yo camshow getting fucked deep in the pussy and a good creampie at the end.<br><br>hows the cam show work? Sounds risky. If you can do a video it will be safe just blurred the men and girl face." |
|---|---|
| March 21, 2019 6:26 pm Defendant | "Also I'm online this whole day so We might talk long when you go online.<br><br>I am here." |
| March 22, 2019 9:27 am PhilippineGirls | "Hello..<br><br>So, you are a bit all over and just to much to deal with.<br><br>We ask you to go elsewhere." |
| March 22, 2019 2:32 pm Defendant | "I just want to have a successful first transaction. this is my first time to do it so that's why im talking too much. but ok if you don't want to reply anymore." |

4.    In September 2019, Homeland Security Investigations New York identified the PhilippineGirls user, printed on advertisements over the dark web, for sex "camshows" and meetings with a child for sex in exchange for Bitcoin. One such advertisement law enforcement saw on the dark web in September 2019 read, "PHILIPPINE GIRLS: Only for serious men with good economy and who know how to be descrete. OFFER 1: Meeting with girls aged 4-12 in Philippines. We provide luxury house with swimming pool. One week including one girl for normal sex

(anal/pussy/blowjobs) 8000 Euro. Each additional week or any extra girl is 4000 Euro a week. Rough sex cost more. OFFER 2: Camshow with a girl from 400 Euro. OFFER 3: Video of the girl. Describe action and length of video and you get a quote in return. Do you want offer 1, 2 or 3? Let me know when you contact me. [email address sent] (proof of girl will of course be sent once we have the girl you like)."

5.      On September 30, 2019, at 4:33 am, the defendant resumed contact with PhilippineGirls, and the following conversation ensued over email:

| Sept. 30, 2019 4:33 am  Defendant | "1. what address of your wallet bitcoin? 2. what website do you buy bitcoin?(The Safe one to use. I need to buy, I will be using my Debit card is it safe to?)  My Request is Can you fuck her deep? Lay her down in the diaper then fuck her deep n the pussy, creampie her show it to the video that your cum is flowing out of her pussy dripping all the way down n the diaper, then after all the cum flow out you should make her wear the diaper and let her walk like a model for a minute with it then remove the diaper showing her pussy again.  Note: focus the video on her pussy a good angle shot and show her face too.  How much will be the cost for it?" |
|---|---|
| Sept. 30, 2019 5:18 am  PhilippineGirls | "It will be 1200 Euros in bitcoin for this video.  BTCWallet: [Bitcoin wallet sent]  I neverbuy bitcoin. Only receive. But your buy is totally safe as I change btc address for each sale. Just get Bitcoins for 1000 Euro and transfer to this address and I will make the video." |

| | |
|---|---|
| Sept. 30, 2019<br>9:53 am<br><br>Defendant | "I'm really interested sir, I know your looking for straight person who will pay right away, sorry im not trying to be annoying, I respect you you're a business man, I saw your message in my Rindexxx account, the proof of the girls cost 100euros, can you lower it down to 50? send a few now for free too. I just want proof before sending that 1000-12000Euros for the video." |
| Sept. 30, 2019<br>5:12 pm<br><br>PhilippineGirls | "Here are some photos of the girl.<br><br>I do not control the prices. That is the moms set price. I do not argue them." [Four color photographs each depicting a completely nude prepubescent child were sent and received by the Defendant, one displaying the child's anus with the child bent over holding her buttocks open, another with the child sitting with her legs spread wide open and her right hand touching her pubic area and displaying her genitals, and two images of a child on top of a toilet with her legs spread and a hand touching her genitals, said genitals as the focal point of the photos]. |
| Oct. 2, 2019<br>3:10 am<br><br>Defendant | "If you can give me an old short video clips of a filipino girl being deep fuck in pussy w/ sound that she is talking or screamin or what just for proof I will be your customer, I will go with our deal, 1200euros, not only that I have a lot of request to this girl, I will not be your one time customer but until I have a lot of filipino girl collection. I don't want a picture for proof. You said you do not argue with them, for sure you have a saved old videos there, they will not know it if you gonna send one or two short clips.<br><br>Also If you feel that your not safe edit the face of the girl in the video and also I will not share the video to any of the community. I'm not a shit who talks with a producer and release it anywhere.<br><br>just send me a video proof, and I will drop a money to your BTCwallet this weekend." |

| | |
|---|---|
| Oct. 2, 2019 4:20 pm<br><br>PhilippineGirls | "Thedealis that we make the video and that buyer owns it. We do not spread.<br><br>I guess you will not be our customer.<br><br>Within a weeks time we have enough customers and we go silent and serve only those on our list on a new tox and mail.<br><br>Have a good day, I am sure you will find other girl out there." |
| Oct. 3, 2019 3:51 am<br><br>Defendant | "Thank you sir. I have a lot of producer that gives me a video as a proof also I pay them a good amount for every request I ask for them. I just looking for more producer like you but you don't want me as a customer, you don't trust me, also I'm a producer on my own but not filipino girls so Its not my lost if you don't trust me and I can save my money than sending it without proof.<br><br>First of all I'm not a person will spread the proof to a public community.<br><br>Did I post the pictures that you send to me? No.<br><br>you said 150 euros is the video proof. If you gonna send one im gonna pay you after I saw that video. I'm asking a video proof not for free. I'm gonna watch it first and pay you after. I might give you 50 more euros to it for trusting me but i guess you dont want.<br><br>You said in your recent msg that you do not spread, are you saying It will spread if you going to give me. It's not Im paying for that video proof after I watch it. I just want to confirm everything." |
| Oct. 3, 2019 5:17 am<br><br>PhilippineGirls | "Sorry, but I pay the mom as video is done.<br><br>Good thing I have other customers and you have other producers because we are not going to agree." |

8

| Oct. 21, 2019 3:31 am  Defendant | "Hey I wanna asked again, you said in our private msg before the video proof cost 150euros, right? is there a short pinay deep pussy fuck?  send me more preview pics. I'm willing to pay now. 8yo or9yo deep pussy fuck if u have." |
|---|---|
| Oct. 21, 2019 3:50 am  Defendant | "I really want to have a pinay collection. can you please chat with me once again. Can you show me a picture proof of them being fuck with a card holding with a date and time. draw a triple star in the end using red crayon.  Last time u send me a proof but it wasn't enough for me. I'm willing to pay you now just show me a picture proof with holding a sign while this 9yo getting deep pussy fuck. dont cover the face I want to see what their reaction while the dick is deep inside their pussy." |
| Oct. 21, 2019 7:57 pm  PhilippineGirls | "No. A proof is the girl in a position of your choice with a handwritten note of your choice or a strip video where she holds up a handwritten note of your choice at the end." |
| Oct. 22, 2019 3:29 am  Defendant | "Ok Deal, Just make her lay n the bed like ready for a missionary position while she holding a handwritten note after that she will finger herself or rub her pussy.  the handwritten note will be 'I'm your Princess!' and a star drawing at the end of that note. use a blue crayon for it." |
| Oct. 22, 2019 1:40 pm  Defendant | "Note : Read my previous msg too.  If ever my previous msg you don't agree with the fingering herself. just make herself rub her pussy.. also in addition to my previous msg make her wear tshirt + short skirt w panty of course..  this will be the scene, she will lift her skirt for a bit and strip her panty only, pull it down and start with ready position for missionary and she will start rubbing her pussy, also she gonna speak "ako ang prinsesa mo" then the handwritten note she will hold." |

| Oct. 22, 2019 3:26 pm PhilippineGirls | "Ok. No problem.<br><br>Transfer 150 Euro in Bitcoin to:<br><br>[Same Bitcoin wallet as before sent] |
|---|---|
| Oct. 23, 2019 4:04 am Defendant | "I have one last question before I transfer the 150Euros in Bitcoin. U said before u have a different BTC address per transaction? We didn't talk for almost a month for sure you have a lot of customer.<br><br>now u send me the same btc address. you told me every transaction u had a different btc address for the safety of your customer.<br><br>now I feel unsafe man, but still I want to have pinay collection. how about this send me a pic for proof with the handwritten she holding for free, after that I will transfer the 150 euro for the video proof??" |
| Oct. 23, 2019 4:32 am Defendant | "Nvm my previous msg, I will send the btc already. when I will receive it?" |

6.     On October 23, 2019, records received from Coinbase reflect that an account in the name of "Mark Manuel Marino" with the defendant's home address of 6936 Longleaf Branch Drive, Jacksonville, Florida 32222, with the defendant's date of birth and a photocopy of the defendant's Florida driver's license purchased $172.34 in Bitcoin, and at 4:35 am on October 23, 2019, the defendant's Coinbase account sent $172.09 equivalent in Bitcoin to the Bitcoin wallet PhilippineGirls provided to the defendant. After the defendant sent the Bitcoin to PhilippineGirls, the following email communication occurred:

10

| Oct. 23, 2019 4:37 am  Defendant | "If you can make her finger herself deep it will be good. I already send the btc." |
|---|---|
| Oct. 23, 2019 8:21 am  PhilippineGirls | "To ease your mind, I have been on vacation and not had any action on this particular btc yet. I operate with 5-6 at the time.  I will arrange this tomorrow. Just saw the message." |
| Oct. 23, 2019 9:07 am  Defendant | "Thank you sir, Excited for tomorrow, the video will be uploaded tomorrow too right? What do you mean you operate 5-6 at the time?  my btc transfer have a msg attached on it, it says fhinami@secmail.pro , did you receive it?  If you need a screenshot/picture fo the receipt of transfer, just tell me. thanks.  Sorry If I have a lot of question, I'm like this to every new producer. I wanna know how thing goes." |

7.     On October 24, 2019, the defendant sent additional emails to PhilippineGirls inquiring about the timing of the upload of the video for which the defendant had paid. On October 24, 2019, at 10:47 pm, PhilippineGirls sent the defendant a link to a video with a password to access the video, which is a 2 minute and 34 second color video depicting a pre-pubescent female child. The video begins with the child waving at the camera while standing in front of a blanket which has the letters of the alphabet and animals on it. The child is wearing a Minnie Mouse shirt and a skirt. During the first approximately 45 seconds of the video, the child slowly

pulls up her skirt and slowly pulls her underwear down before laying down on what appears to be a rug and pillow on the floor. The child then pulls her shirt up thereby exposing her bare chest, and then pulls her skirt up while spreading her legs, thereby exposing her bare vagina. The child then uses her hand to touch her bare vagina multiple times before standing up and grabbing a piece of white paper. Written on the white piece of paper is the following: "fhinami 10/25/2019 I do any thing for you." This file was later discovered on the defendant's HP Omen Laptop computer seized from his house during the execution of a federal search warrant on June 17, 2020. The file had a create date of October 25, 2019, and was saved to the computer with the file title, "philippine nature.mp4."

8.     On October 25, 2019, at 4:56 am, the defendant responded to PhilippineGirls' transmission of the link to the above-described video, "Damn she is hot. Is she still a virgin? also sir, how can I talk to you continously [*sic*]. I don't want every other day reply. do you have free day to talk?" The defendant continued to email PhilippineGirls to inquire about the price and details of a 30 minute video of a child being raped by an adult to include directions for "the person who will fuck her should be adult not same age as hers. and his dick is big enough to make her good." They discuss the price of 800 Euro for the 30-minute video the defendant desired depicting the vaginal penetration of the female child by an adult male.

9.     On October 25, 2019, the defendant sent $909.07 equivalent in Bitcoin to the same Bitcoin wallet to pay for a 30-minute video of penile to vaginal intercourse of an adult male to a Philippine female child. The defendant told PhilippineGirls he sent the requested 800Euro the same day. From 8:59 pm on October 25, 2019, until 1:56 am on October 26, 2019, the defendant sent PhilippineGirls 7 email messages seeking information about the upload of the video. When PhilippineGirls was not responsive, the defendant sent a message at 4:35 pm on October 26, 2019, that said, "Sir its morning already. wake up, time for business hehe. fuck that Philippine little girls. lets talk." When PhilippineGirls continued to not respond, the defendant sent 16 additional emails seeking a response of the distribution of the video the defendant ordered. On October 27, 2019, at 3:42 am, the defendant pleaded with PhilippineGirls, "if you can't produce pinay pussy deep fuck just tell me, dont scam me. that's 800euros. U dont know how hard to get money. Just give me any video of 8yo-10yo pinay pussy deep fuck that you have there. please : ("

10.     PhilippineGirls responded on October 27, 2019, at 9:01 pm, stating, "Seriously? 22 emails in one day?" On October 28, 2019, at 5:00 am, the defendant wrote, "Sir, don't foreget sir the video is 30minutes of deep fuck pussy only with a different angle, different position mostly missionary with French kissing??, creampie

at the end showing it overflow. showing her face every thrust of the dick. just add more sir just make it a good video scene. thanks."

11.    PhilippineGirls and the defendant agreed that the defendant would send an additional 50 Euros for five photographs of child sexual abuse material, which the defendant did, in the form of additional Bitcoin in the amount of $56.38 equivalent on October 29, 2019.

12.    The defendant continued to contact PhilippineGirls and request him to send the 30-minute video of a child being raped from October 29, 2019, through January 7, 2020.

13.    On June 17, 2020, federal agents executed a federal search warrant at the defendant's residence in Jacksonville, Florida. There they discovered a Hewlett Packard (HP) Omen laptop computer (HP Laptop) on the defendant's bed. The HP Laptop contained an HGST hard drive with the capacity to store 1 TB of data, which was manufactured in China. A preliminary examination of the HP Laptop conducted on scene by a computer forensic analyst during the execution of the search warrant revealed multiple video and still image files of child pornography resident on the HGST hard drive contained within the HP Laptop. One such video file that had a create date of October 12, 2019, that was resident on the HP Laptop is described as follows:

FILE NAME: Little Asiagirl get a Bodycum

DESCRIPTION: This is a color video approximately 27 seconds long. The video begins with a close up of a prepubescent female child with an erect penis in contact with her mouth while she is manually stimulating the male with one of her hands. She is a young child based upon her child-like facial features. The camera view then changes to a nude female child lying on her back on a surface. The camera is recording a close-up view of a penis is in contact and rubbing against the child's genitalia and then ejaculates onto the child. The camera view then pans to a close up of the child's face and chest and what appears to be semen is observed on the child. It is clear this video depicts a child based on the overall size of the child's torso and pelvic region, lack of breast development, lack of pubic hair and her child-like facial features. The video then changes to a female child lying on what appears to be a bed. The female child is nude and is using her hand to manually stimulate an erect penis. The male is standing over and between the female child's spread legs. It is clear this involves a child based on the overall size of the child's torso and pelvic region, lack of breast development, lack of pubic hair and her child-like facial features.

14.     Agents made contact with the defendant, who was home at the time of the execution of the federal search warrant. After being advised of and waiving his *Miranda* rights, the defendant agreed to speak with law enforcement. The interview was recorded, and the defendant said the following:

The defendant acknowledged that the HP Laptop in his bedroom belonged to him, that he had exclusive use of the HP Laptop, and that it is password protected. While he initially declined to provide the password to the HP Laptop, he later provided it to agents. The defendant acknowledged that he has seen child pornography on the dark web. He acknowledged that he had seen an

advertisement on the dark web for what amounts to child sexual abuse material, to include videos. Specifically, the defendant said he reviewed an advertisement that offered, "1: You pay 150 Euro in BTC to receive 5 photos of the girl holding a handwritten note in her hand with words of your choice in sexy, nude poses of your choice. You can also choose a 5 minute long introduction video for 200 Euro instead if you want. She strip, and show body and speak words of your choice." The defendant acknowledged that he used a secmail.pro email account to contact the individual from the ad and requested a video for proof from the collection of child pornography. The defendant said he had already received a picture from the person in the form of a collage. The defendant admitted receiving a collage with images of child pornography over the internet from the person. The defendant described the child depicted in the collage to be approximately 8 years old. The defendant admitted to using his Coinbase account to send Bitcoin to an individual in response to the ad for child pornography. The defendant said, in October 2019, he sent Bitcoin to the contact from the ad he had seen as a form of payment for images of child pornography. The defendant said he requested a 30-minute video of child pornography, for which he paid a larger sum, but that he only received a 4-minute video of child pornography. The defendant said he complained about

16

not receiving the 30-minute video and that he was instructed to pay more for proof [of the child] again. The defendant acknowledged that he conducted a third transaction in Bitcoin for additional files, and he received three files of child pornography in return. The defendant admitted that he intended to receive child pornography in exchange for his Bitcoin payments.

15.     The collage agents showed to the defendant during the interview is described as follows:

> DESCRIPTION: a collage of nine images included in one file of what appears to be the same female child. In four of the images, the child is clothed. In the other five, the child appears to be completely nude. Embossed across the middle of the image is the following: "10YO GIRL FOR YOU philippinegirls@secmail.pro Camshow Videos Meeting". In three of the five images in which the female child is completely nude, she appears to be laying on a bed and her legs are spread open, thereby exposing her bare vagina. In these same three images, she is holding a sign reading "Feb. 4 2020 Im Ayenah" is visible.

16.     With respect to Count One of the Second Superseding Indictment, the defendant acknowledges that through his communications with email user PhilippineGirls, from on or about March 19, 2019, through on or about January 7, 2020:

17

a. the defendant knowingly recruited, enticed, harbored, transported, provided, obtained, and maintained a child 9 years old to 11 years old;

b. the defendant did so knowing that the child had not attained 14 years of age and would be caused to engage in a commercial sex act, specifically, through the defendant's message sent to user PhilippineGirls in the Philippines, on or about March 21, 2019 at or around 12:26pm as set forth above in paragraph 3, wherein he offered to pay to watch someone perform sexual intercourse on a 9-year-old to 11-year-old child; and

c. the defendant's acts were in or affected interstate commerce, in that he used the internet to communicate with PhilippineGirls to arrange for commercial sex acts with a minor female who had not attained the age of 14 years, he converted U.S. dollars to Bitcoin currency and sent Bitcoin over the internet to PhilippineGirls in the Philippines, and he received files depicting a child engaged in a commercial sex act over the internet.

17. With respect to Counts Two through Four of the Second Superseding Indictment, on at least three separate occasions:

18

a. On or about each of the following dates, March 21, 2019, September 30, 2019, and October 22, 2019, the defendant employed, used, persuaded, induced, enticed, and coerced a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of the conduct, through his communication with PhilippineGirls;

b. The defendant knew, an actual minor, that is a real person who was less than 18 years old, would be depicted, in the visual depiction; and

c. The defendant knew or had reason to know that the visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce, in that they were communicating over the internet via email and the depictions would be transported over the internet from the Philippines to the defendant in the United States and the visual depiction was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

18. With respect to Count Five of the Second Superseding Indictment, the defendant acknowledges that, on or about September 30, 2019, at or around 5:12pm:

a.  the defendant knowingly received a visual depiction from PhilippineGirls;

b.  the depiction was shipped and transported in interstate and foreign commerce by computer via the internet;

c.  producing the visual depiction involved using a minor engaged in sexually explicit conduct, in that the four color photographs received by the defendant each depicted a completely nude prepubescent child, one displaying the child's anus with the child bent over holding her buttocks open, another with the child sitting with her legs spread wide open and her right hand touching her pubic area and displaying her genitals, and two images of a child on top of a toilet with her legs spread and a hand touching her genitals, said genitals as the focal point of the photos;

d.  the depiction was of a minor engaged in sexually explicit conduct, that is the lascivious exhibition of the anus, genitals and pubic area of the minor; and

e.  the defendant knew that at least one performer in the visual depiction was a minor and knew that the depiction showed the minor engaged in sexually explicit conduct, as the defendant admitted to receiving

images of child pornography from PhilippineGirls in his post-*Miranda* interview.

19.    With respect to Count Six of the Second Superseding Indictment, the defendant acknowledges that, on or about October 25, 2019:

    a. the defendant knowingly received a visual depiction from PhilippineGirls;

    b. the depiction was shipped and transported in interstate and foreign commerce by computer via the internet;

    c. producing the visual depiction involved using a minor engaged in sexually explicit conduct, that is a video described in paragraph 7 above;

    d. the depiction was of a minor engaged in sexually explicit conduct, that is the lascivious exhibition of the genitals and pubic area of the minor and masturbation of the minor;

    e. the defendant knew that at least one performer in the visual depiction was a minor and knew that the depiction showed the minor engaged in sexually explicit conduct, as the defendant admitted to receiving a video of child pornography from PhilippineGirls in his post-*Miranda* interview.

20.     With respect to Count Seven of the Second Superseding Indictment, on or about June 17, 2020:

    a.  the defendant did knowingly possess a matter that contained a visual depiction, that is an HP laptop computer, that was found in his bedroom during the execution of a federal search warrant;

    b.  the visual depiction was produced using materials that had been shipped and transported in and affecting interstate and foreign commerce by any means, in that the HP laptop computer was manufactured in China;

    c.  the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct;

    d.  the visual depiction was of a minor engaged in sexually explicit conduct, as described in paragraph 13 above; and

    e.  the defendant knew that the depiction involved a prepubescent minor who had not attained 12 years of age.

22

21.     The defendant acknowledges that by this stipulation he is agreeing that all the facts set forth herein are true and correct. The defendant also acknowledges that this stipulation will be used against him at trial or at any subsequent proceeding.

Dated this ____ day of October, 2021.


KARIN HOPPMANN
Acting United States Attorney


MARK MANUEL ANGELES MARINO
Defendant

KELLY S. KARASE
Assistant United States Attorney


THOMAS M. BELL, ESQ.
Attorney for Defendant

FRANK TALBOT
Assistant United States Attorney
Chief, Jacksonville Division


23