UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                                 Case No.: 3:20-cr-94(S2)-J-32JRK

MARK MARINO
_____/

## NOTICE CONCERNING BRIEFING
## OF RULE 29 ISSUE AS TO COUNT 1

Defendant, Mark Marino, by and through the undersigned attorney, hereby provides notice to the Court that he does not intend to raise the Rule 29 issue discussed at the October 20 hearing (Doc.79). Accordingly, no memorandum will be filed addressing that issue.

Respectfully submitted,

 s/Thomas M. Bell
THOMAS M. BELL
Florida Bar No. 0615692
301 W. Bay Street, Suite 1460
Jacksonville, Florida, 32202
Telephone (904) 354-0062
Telecopier (904) 353-1315
tbellesq@bellsouth.net
Attorney for Defendant

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on November 4, 2021, I electronically filed the foregoing with the clerk of the Court by using CM/ECF system which will send a notice of electronic filing to the following:
  Kelly Karase, A.U.S.A.

            *s/ Thomas M. Bell*
            Thomas M. Bell