# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

UNITED STATES OF AMERICA            CASE NO. 3:20-cr-94-TJC-LLL

v.

MARK MANUEL ANGELES MARINO

<u>Counsel for Government</u>:            <u>Counsel for Defendant</u>:
Kelly Karase                         Thomas M. Bell

**HONORABLE TIMOTHY J. CORRIGAN**
**UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: Marielena Diaz     Court Reporter: Shannon Bishop

## CLERK'S MINUTES

**PROCEEDINGS OF:   STIPULATED BENCH TRIAL**

Waiver of Jury Trial executed by defendant, defense counsel, government and approved by the Court.

PREVIOUSLY FILED:        Amended Stipulation (Doc. 81)

FILED IN OPEN COURT:     Waiver of Jury Trial

Court makes specific findings of fact in open court.

Adjudication of guilty and Notice of Sentencing to Enter.

DATE: November 16, 2021              TIMES: 3:05 p.m. – 3:32 p.m.