**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                CASE NO. 3:20-cr-94-TJC-LLL

MARK MANUEL ANGELES MARINO
_____

## ADJUDICATION OF GUILT AND
## NOTICE OF SENTENCING

This case came before the Court on November 16, 2021, for a stipulated bench trial. After examining the Defendant under oath, the Court approved a Waiver of Jury Trial (Doc. 85) which was executed by the defendant, consented to by the government and approved by the Court. See, Rule 23 (a) Fed. R. Crim. Proc. The parties previously executed an Amended Stipulation (Doc. 81) as to the facts and defendant's acknowledgment that by signing the Stipulation he is stipulating to all the elements of the offense as charged in Counts One, Two, Three, Four, Five, Six and Seven (1, 2, 3, 4, 5, 6 & 7) of the Second Superseding Indictment.[1] It is now

**ORDERED AND ADJUDGED:**

Based on the stipulated facts and the Court's findings of fact made on the record at the November 16, 2021 non-jury trial, the record of which is incorporated by reference, the government has proven defendant guilty beyond

---

[1] Defendant is waiving jury trial and stipulating to the facts so that he can preserve his right to appeal the Court's denial of his Motion to Suppress.

a reasonable doubt and the defendant is hereby adjudged guilty of the offense charged in Counts One, Two, Three, Four, Five, Six and Seven (1, 2, 3, 4, 5, 6 & 7) of the Second Superseding Indictment (Doc. 39).

**SENTENCING** for the defendant is hereby scheduled for **February 23, 2022 at 10:00 a.m.,**[2] before the undersigned in the United States Courthouse, Courtroom No. 10D, Tenth Floor, 300 North Hogan Street, Jacksonville, Florida. **The Court notifies any defendant currently on pretrial release that pursuant to 18 U.S.C. §3143(a)(2), the Court is required to remand a defendant into custody at sentencing in drug cases and cases involving crimes of violence. However, notwithstanding this provision, pursuant to 18 U.S.C. §3145(c), the Court may allow an otherwise qualified defendant to voluntarily surrender for "exceptional reasons."**

IF THE PARTIES WANT THE COURT TO CONSIDER ANY MOTION FOR DEPARTURE OR OTHER WRITTEN MATERIAL OTHER THAN THE PRE-SENTENCE INVESTIGATION REPORT, IT MUST BE SUBMITTED NO LATER THAN THREE (3) WORKING DAYS PRIOR TO THE DATE OF SENTENCING.

---

[2]The Court has reserved **one (1) hour** for this sentencing hearing. Should the parties believe it will require more than the hour to complete the sentencing hearing, they should contact the undersigned's courtroom deputy, Marielena Diaz, at (904) 549-1303, as soon as possible to advise of their estimate of the length of time required for this hearing.

**NOTE:** <u>The parties are advised (and should advise their witnesses) that photo identification is required to enter the United States Courthouse. Although cell phones, laptop computers, and similar electronic devices generally are not permitted in the building, attorneys may bring those items with them upon presentation to Court Security Officers of proof of membership in The Florida Bar or an Order of special admission pro hac vice.</u>[3]

**DONE AND ORDERED** in Jacksonville, Florida this 29th day of November, 2021.



TIMOTHY J. CORRIGAN
United States District Judge

md.
Copies:
Kelly Karase, AUSA
Thomas M. Bell, Esquire
U.S. Probation
U.S. Pretrial Services
U.S. Marshals Service
Defendant

---

[3]Cell phones must be turned off while in the courtroom.

3