UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                                      CASE NO.: 3:20-cr-94-J-TJC-LLL

MARK MARINO
_____/

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE
SENTENCING HEARING AND MEMORANDUM OF LAW**

The Defendant, Mark Marino, by and through the undersigned attorney, pursuant to Rule 12(b) of the Federal Rules of Criminal Procedure, and 18 U.S.C. §3161, respectfully requests this Honorable Court continue the sentencing hearing. As grounds for this Motion, Defendant states as follows:

1. Mr. Marino was convicted after a stipulated bench trial of all seven counts charged in a second superseding Indictment for offenses involving prohibited sexual conduct on November 29, 2021. (Doc. 86). Sentencing is now scheduled for February 23, 2021.

2. The initial Presentence Investigation Report was filed on January 19, 2022. (87). The report includes several exhibits. Those exhibits generally consist of victim impact statements and claims for restitution. There are roughly 1,400 pages of victim impact/restitution related material. Mr. Marino's response to the proposed report is due February 2, 2022.

3. As with virtually all sentencing hearings involving prohibited sexual conduct, there are likely a number of contested sentencing guideline issues that will need to be resolved before the Court can determine the advisory sentencing range pursuant to 18 USC §3553(a). This case will also require the Court to resolve the many restitution claims. Counsel will not have the opportunity to review the restitution related documents and prepare an intelligent response to both the guideline recommendations and the restitution related claims by the February 3, deadline.

4. The United States, per A.U.S.A. Kelly Karase, does not oppose this motion. Mr. Marino respectfully moves for a thirty-day continuance.

## **MEMORANDUM OF LAW**

Title 18 U.S.C. §3161 permits trial continuances if the Court determines it is in the interest of justice. Sentencing continuances are a matter of the Court's discretion.

Mr. Marino submits the interest of justice will be further served by a continuance to permit an adequate determination of issues which may affect his sentence.

WHEREFORE, the Defendant, Mark Marino, for the above-mentioned reasons, respectfully requests this Honorable Court grant this Motion.

Respectfully submitted,

<u>S:// Thomas M. Bell</u>
THOMAS M. BELL, #0615692
301 West Bay Street, Suite 1460
Jacksonville, Florida 32202
Telephone (904) 354-0062
Telecopier (904) 353-1315
tbellesq@bellsouth.net
*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of January, 2022. I electronically filed the foregoing with the clerk of the Court by using CM/ECF system which will send a notice of electronic filing to: AUSA, Kelly Karase.

<u>S:// Thomas M. Bell</u>
Thomas M. Bell