UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                                                  Case No.: 3:20-cr-94(S2)-J-TJC-LLL

MARK MARINO
_____/

## NOTICE OF SUPPLEMENTAL AUTHORITY

Defendant Mark Marino, by and through the undersigned attorney, respectfully submits this Notice of Supplemental Authority to apprise the Court of additional authority on the issue of suppression of the search warrant (both probable cause and the good faith exception).  Specifically, Defendant refers to *United States v. Jerry White*, 80 M.J. 322 (C.A.A.F. 2020).

        Respectfully submitted,

        *s/Thomas M. Bell*
        THOMAS M. BELL
        Florida Bar No.  0615692
        301 W. Bay Street, Suite 1460
        Jacksonville, Florida, 32202
        Telephone (904) 354-0062
        tbellesq@bellsouth.net
        Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 22, 2022, I electronically filed the foregoing with the clerk of the Court by using CM/ECF system which will send a notice of electronic filing to the following:
        Kelly Karase, A.U.S.A.

        *s/ Thomas M. Bell*
        Thomas M. Bell