UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.  Case No.: 3:20-cr-94(S2)-J-TJC-LLL

MARK MARINO
_____/

## NOTICE OF FILING LETTERS OF SUPPORT

Defendant Mark Marino, by and through the undersigned attorney, hereby respectfully files the attached letters of support from family members as a supplement to his sentencing memorandum (Doc. 96).

Respectfully submitted,

 s/Thomas M. Bell
THOMAS M. BELL
Florida Bar No.  0615692
301 W. Bay Street, Suite 1460
Jacksonville, Florida, 32202
Telephone (904) 354-0062
tbellesq@bellsouth.net
Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 22, 2022, I electronically filed the foregoing with the clerk of the Court by using CM/ECF system which will send a notice of electronic filing to the following:
Kelly Karase, A.U.S.A.

 s/ Thomas M. Bell
Thomas M. Bell