UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                        Case No.: 3:20-cr-94(S2)-J-TJC-LLL

MARK MARINO
_____/

### CORRECTED NOTICE OF FILING LETTERS OF SUPPORT[1]

Defendant Mark Marino, by and through the undersigned attorney, hereby respectfully files the attached letters of support from family members as a supplement to his sentencing memorandum (Doc. 96).

Respectfully submitted,

 s/Thomas M. Bell
THOMAS M. BELL
Florida Bar No.  0615692
301 W. Bay Street, Suite 1460
Jacksonville, Florida, 32202
Telephone (904) 354-0062
tbellesq@bellsouth.net
Attorney for Defendant

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 22, 2022, I electronically filed the foregoing with the clerk of the Court by using CM/ECF system which will send a notice of electronic filing to the following:
        Kelly Karase, A.U.S.A.

 s/ Thomas M. Bell
Thomas M. Bell

---

[1] This document is being refiled to include the letters as attachment.

The Honorable Judge Timothy Corrigan
District Judge, United States District Court for the
Middle District of Florida

Dear Judge Corrigan,

My name is Maribeth Calubaquib, mother of Mark Marino. It is difficult to describe the overwhelming emotion that is running through me as a mother seeking leniency before a righteous judge on behalf of my son who has erred and committed a crime against production of child pornography.  The past two and a half years have been tremendously painful.  I am a working mother of two, Mark my eldest and my youngest daughter Mikaella. I worked in a bank for 21 years in the Philippines before moving to the US in 2014 hoping that my children will likewise become productive citizens of this country. I have dedicated my life in providing them the love, time, attention, and moral values they would need to be good people who would make wise decisions in the future. *They both trying to get their degrees while working.*

As a child, Mark never gave me any reason for concern as I saw him grow to be an obedient, loving and caring happy person. He is sensitive to the feelings of others, and gentle with his words and actions. He accepts my discipline and consequences when he does wrong. *He and his sister grew up in a loving home with me and their grandmother* who adores them very much. As siblings, they share a lot of fun games, watch movies together and hang out with some friends. Occasionally, they would argue like any normal siblings but Mark being the older one would always be the forgiving of the two. He also is a pet lover. He had a cat, which he sadly left behind in the care of others when he followed us here in the United States as a permanent resident in 2016. During his first year here in the U.S. I saw and felt the sadness in his eyes and body language. He was homesick and was suffering from culture shock, but every day he would stay home and do household chores to help while everyone went to work. He then started to work in Medtronic for almost a year with me, and a year after, he moved to Amazon warehouse with his sister. Mark is known to be a hardworking man, most of the supervisors and coworkers like the way he works and the way he gets along with others. On weekends, he played computer games, watched movies; read comics and practiced his drawing skills. He preferred to stay home than hang out.

We migrated to the US bringing with us our family values, faith and work ethics hoping to be useful citizens of this country.  We are all employed which has allowed us to settle and eventually became part of a community. But all this was shaken since the raid and arrest on the 17[th of] June 2020. I was in shock, unaware that cybercrime has crept into our home and into Mark's life.  I have spared Mark's 88year old grandmother in the Philippines from the crushing news about his favorite grandson. She often asks where Mark is whenever we make an overseas call wondering if he has forgotten about her. Mark has not lost his gentle character and likeable personality amidst the position he has put himself in. He is accepting of his mistakes and tries to keep the peace for everyone in his current situation. While in remand, he has comforted me many times refusing to add to the hurt I am already going through every day.
Through our regular contacts, I learn more about how he gets along well with others in remand and exhibits kindness to those who are already hurting. He has expressed his remorse, acceptance and acted on choosing to do the next right thing after his fall. He has immersed himself in reading including the

bible; learning English; practice drawings; watching basketball and NFL and cooking within the confines of the remand facility.

I know Mark will have to rightly serve his sentence for this serious crime, but I also am appealing-pleading, to your heart Honorable Judge Corrigan for mercy and compassion for my son for a lighter sentence so we can again hope as a family to be united in due time and see him carry on a changed and productive life in the community.

Sincerely yours,

Maribeth A. Calubaquib

Arnel Calubaquib

737 Eagle Cove DR
Fleming Island FL
arnel_calubaquib@hotmail.com

September 19, 2022

To Honorable Judge Timothy Corrigan,

I am writing on behalf of my nephew Mark Marino, his mother Maribeth Calubaquib, and his father Alex Calubaquib. I have known Mark to be obedient, kind, and respectful ever since he was a kid back in the Philippines. He was a diligent college student who was determined to finish a Bachelor's Degree in Computer Science major in Web Development but had to migrate here in the US in 2016 for a better future. During his short stay here, he managed to complete a course certification as an Information Technology Technician while working at Amazon. A hardworking person who has shown consistently how an immigrant kid like myself can be successful with great discipline.

Mark's committed offense was unimaginable and quite frankly a holistic assault not only to his loving family but to all of us who knew him as a loving person. I was at their house the morning our law enforcement served the warrant. It was gut-wrenching to see him and his family go through that ordeal. Since then, my brother Alex, Mark's dad had confessed to me the serious lack of judgement Mark exercised and expressed both remorse and desire to correct his personal issues. Since his pre-trial confinement, he has engaged in group bible studies, and stay active in self studies, drawing, and playing sports. I truly believe that Mark is so young and so naive with what he did and has every intention of improving and developing new skills to avoid making such huge mistake.

I have served in our finest Navy for 21 years and is currently serving under privileged communities as a Registered Nurse. I myself have seen many people make grievous mistakes both in the military and in the civilian sector but turn around for the better. It is my hope that this letter regarding my nephew Mark Marino and his cybercrime case will act as a very positive and contributing factor when the court consider this matter.


Sincerely,

Arnel Calubaquib

From:

Mikaella Marino

6936 Longleaf Branch Dr

Jacksonville, FL 32222

09/24/2022

To:

The Honorable Judge Timothy J. Corrigan,

      My name is Mikaella Marino, Mark Marino's younger sister. I am writing this letter to let you know what kind of brother he is. Me and my brother grew up in the Philippines until my parents decided to migrate here in America. Moving to a different country is really tough; it really is a culture shock and the hard part is that you have to learn a whole new language. I saw how it changed my brother when he felt homesick because he felt like he didn't have a social life. All of his friends are in the Philippines. But what I like about my brother is even though when things are tough, he tried to remain positive. Even facing adversity, he would always try to look on the brighter side.

      My brother became my best friend when we moved here. Aside from my parents and the Church, all we have is each other. He would teach me about his video games sometimes and other times we would go out for food, snacks, and ice cream. We did everything together since coming here in America. I miss that so much, and it hurts that I don't have my brother with me. It's been very painful having to go through birthdays, holidays, and Christmas without him. His empty room in the house has also left an empty space in my heart. We need him home. I need my brother back!

      My brother and I worked for the same company for two years. He has several hopes and dreams that he wants to achieve out here mainly in the web development and security field. He had completed a web development degree before we moved to Jacksonville and also gained a certificate in Cyber Security through Amazon. He's a very hard-working guy and everybody respects him for how a good and fast worker he is! I remember we would always get compared to each other and I hated it because on some days he was better than me at working. I know he's really good at his job and I'm proud of him. He's always been a nice brother to me and will always be. That's why whatever he did I know he regrets it so bad and I know he's willing to change and do the right thing.

      As you know, this Is not only Mark Marino's first conviction, but his first offense. I sincerely hope that the court takes this fact and this letter into consideration at the time of sentencing. I strongly believe that a lesser sentence is most appropriate in this situation to give him a chance to change and prove himself. We speak with Mark frequently over the phone and know that he is reading scripture and repenting for what he has done as well as praying that he will be coming home. Mark really does want to do good and I know that from the bottom of my heart he is a better service to himself and everyone around him than he is on the inside.

      Sincerely,

      Mikaella Marino

To Honorable Judge Timothy J. Corrigan

Dear Judge Corrigan,

I am Marie Elizabeth Angeles Tolibas cousin of Mark Manuel A. Marino. I have known him since we were a kid. I'm older than him. We live in the same house and grow up together with his youngest sister Mikaella before they migrate to United States.

Mark is one of the most kind; most patient and a loving person I have known. We go to school together with Mikaella since we were in elementary days and high school days. He had a lot of friends at school and in our neighborhood. He is the type of person you can count on. His positive attitude is contagious. His hobbies are playing computer games, watching movie and drawing. He is the eldest among our cousins and the most loving brother anyone could ask for. He loves our grandmother so much and he is the favorite grandchild among the cousins. He is also generous! He sends us money when he started working and always asked what present we want for birthdays and Christmas. His like a real brother to me!

I cannot believe of the offense that been charged to him and I know that he was so sorry for what he has done. I believed that Mark has determined to improve since the incident happened, regardless of the challenges that he must face. I have a confidence that now he will make a best decision in life. I am begging for your heart Judge to be compassionate to My cousin Mark Marino.

Sincerely yours,

Marie Elizabeth A. Tolibas