**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

v.                                                                    CASE NO.   3:20-cr-94-TJC-LLL

MARK MANUEL ANGELES MARINO

_____

### NOTICE OF SCHEDULING SENTENCING HEARING

**TAKE NOTICE** that this case is hereby **SET** for a **sentencing hearing** on **October 31, 2022, at 10:00 a.m**.[1] before the Honorable Timothy J. Corrigan, United States District Judge, in Courtroom No. 10D, Tenth Floor, United States Courthouse, 300 North Hogan Street, Jacksonville, Florida.[2]

| | |
|---|---|
| DATED:     September 28, 2022 | **TIMOTHY J. CORRIGAN** |
| | United States District Judge |
| | By:   s/ Kerri Hatfield |
| | Courtroom Deputy Clerk |

Copy to:
Kelly Karase, AUSA
Tom Bell, Esquire
U.S. Probation
U.S. Marshals Service
Defendant

---

[1] The Court has reserved **two (2) hours** for this hearing.

[2] All persons entering the Courthouse must present photo identification to Court Security Officers. Although cell phones, laptop computers, and similar electronic devices generally are not permitted in the building, attorneys may bring those items with them to the extent permitted by Local Rule 7.02. The parties are also advised to consult the Court's current coronavirus protocols, which are posted on the Court's website, www.flmd.uscourts.gov.