UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                      Case No.: 3:20-cr-94-TJC-LLL

MARK MARINO
_____/

**MOTION TO WITHDRAW AND TO APPOINT
THE OFFICE OF THE PUBLIC DEFENDER
OR CJA ATTORNEY FOR APPEAL AND MEMORANDUM OF LAW**

Undersigned counsel, pursuant to the Sixth Amendment to the United States Constitution, Rules 12(b) and Rule 44 of the Federal Rules of Criminal Procedure and Local Rule 2.03 (Middle District of Florida), hereby moves to withdraw from the representation of the Defendant, Mark Marino, and for the Court to appoint the Federal Public Defenders Office or a CJA attorney to represent him on appeal. The grounds for this motion are as follows

1. Mr. Marino is set for sentencing on October 31, 2022. Sentencing is a result of this Court's judgments of guilt based on stipulated facts after from a bench trial held on November 16, 2021.

2. The undersigned was retained by Mr. Marino and his family shortly after the Indictment. This case was extensively litigated, and Mr. Marino intends to appeal the Court's ruling on the challenges raised to the search warrant. As reflected in the financial section of the Presentence Investigation Report, Mr. Marino has little to no financial resources to pay the fees and costs associated with an appeal. Thus, Mr. Marino is currently indigent within the meaning of the

statute. He moves the Court to appoint the Federal Public Defender's Office or an attorney from the CJA list to represent him on appeal for purposes of appeal.

4.   Counsel consistent with this Court's order and obligations under the appellate and local rules of procedure will file a timely notice of appeal.

## MEMORANDUM OF LAW

Local Rule 2.03 (Middle District of Florida) provides that no attorney shall withdraw as counsel without approval of the Court and notice to the defendant.

A trial court's decision to release counsel is an exercise of its discretion, *United States v. Williams*, 717 F. 2d 473, 475 (9th Cir. 1983).

**WHEREFORE**, for the above-mentioned reasons it is respectfully requested this Court permit Thomas M. Bell to withdraw as counsel of record.

Respectfully submitted,

 s/Thomas M. Bell
THOMAS M. BELL
Florida Bar No.  0615692
301 W. Bay Street, Suite 1460
Jacksonville, Florida, 32202
Telephone (904) 354-0062
tbellesq@bellsouth.net
Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 28, 2022, I electronically filed the foregoing with the clerk of the Court by using CM/ECF system which will send a notice of electronic filing to the following:
Kelly Karase, A.U.S.A.

 s/ Thomas M. Bell
Thomas M. Bell