**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>MARK MANUEL ANGELES MARINO | CASE NO. 3:20-cr-94-TJC-LLL |

| | |
|---|---|
| <u>Counsel for Government:</u><br>Kelly Karase | <u>Counsel for Defendant:</u><br>Tom Bell |

**HONORABLE TIMOTHY J. CORRIGAN**
**UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: Kerri Hatfield   Court Reporter: Shannon Bishop
U.S. Probation: Kyle McCrohan

## CLERK'S MINUTES

**PROCEEDINGS OF:   SENTENCING**

Stipulated Bench Trial was held on 11/16/2021.

Defendant adjudged guilty on **Counts One, Two, Three, Four, Five, Six and Seven of the Second Superseding Indictment.**

Imprisonment:   **SIX HUNDRED SIXTY (660) MONTHS** as to Count 1; **THREE HUNDRED SIXTY (360) MONTHS** as to Counts 2, 3, & 4; **TWO HUNDRED FORTY (240) MONTHS** as to Counts 5, 6, and 7; all such terms to run **CONCURRENTLY** for a **TOTAL TERM OF SIX HUNDRED SIXTY (660) MONTHS**.

Recommendations to the BOP:
> Incarceration at a SOMP closest to Jacksonville, Florida; traditional mental health treatment; sexual offender treatment; any available educational/vocational training

Supervised Release:   **LIFE** as to all seven counts, to run concurrently.

Defendant shall cooperate in the collection of DNA and drug testing as directed by the probation officer.

Special Assessment:   **$700.00** to be paid immediately.
Restitution: **$163,500.00**

Defendant advised of right to appeal and to counsel on appeal.

Defendant is remanded to the custody of the U. S. Marshal.

Date: October 31, 2022                         Time: 10:05 a.m. – 12:39 p.m.