UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                        CASE NO. 3:20-cr-94(S2)-TJC-LLL

MARK MARINO
_____/

## NOTICE OF APPEAL

Notice is hereby given that the above-named Defendant, Mark Marino, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Judgment and Sentence entered in this action on November 7, 2022. Specifically, the Defendant challenges the adjudication of guilt (Doc. 86) which was obtained based on evidence admitted after the order adopting the report and recommendation to deny the amended motion to suppress was entered. (Docs.72, 64, 47). Defendant appeals the sentence as both procedurally and substantively unreasonable. (Docs. 106, 107).

        Respectfully submitted,

        *S:// Thomas M. Bell*
        THOMAS M. BELL, #0615692
        301 West Bay Street, Suite 1460
        Jacksonville, Florida 32202
        Telephone (904) 354-0062
        tbellesq@bellsouth.net
        Attorney for Defendant

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 14, 2022, I electronically filed the foregoing with the clerk of the Court by using CM/ECF system which will send a notice of electronic filing to Kelly Karase A.U.S.A.

*S:// Thomas M. Bell*
Thomas M. Bell