United States District Court
Middle District of Florida
Jacksonville Division

**UNITED STATES OF AMERICA**

v.                                                                   NO. 3:20-cr-94(S2)-TJC-LLL

**MARK MANUEL ANGELES MARINO**

---

## Clerk's Minutes

Proceeding: Hearing on the Motion to Withdraw and to Appoint the Office of the Public Defender or CJA Attorney for Appeal and Memorandum of Law, doc. 103

| Judge | Laura Lothman Lambert United States Magistrate Judge | Date and Time | 11/16/2022 10:42 a.m. – 10:52 a.m. |
|---|---|---|---|
| Deputy Clerk | Megan Chaddock | Tape/Reporter | Digital |
| Counsel for United States | Kelly Karase, Assistant United States Attorney | Counsel for Defendant | Thomas M. Bell, Esquire |
| Interpreter | None Present | Probation | None Present |

Court heard from the parties.

The Court determined that the fee arrangement between the defendant and Mr. Bell does not contemplate him representing the defendant on appeal. Further, the amount of the fee paid is commensurate with the services provided by Mr. Bell.

Defendant seeks court appointed counsel and leave to proceed in forma pauperis. Defendant placed under oath and questioned regarding his financial condition.

The Court finds the defendant is financially unable to afford counsel on appeal and will appoint counsel. The defendant is permitted to proceed in forma pauperis on appeal.

The Motion to Withdraw and to Appoint the Office of the Public Defender or CJA Attorney for Appeal and Memorandum of Law, doc. 103, is **granted**.

**Order to enter.**