United States District Court
Middle District of Florida
Jacksonville Division

UNITED STATES OF AMERICA

v.                                                                  NO. 3:20-cr-94(S2)-MMH-LLL

MARK MANUEL ANGELES MARINO
_____

### Order Granting Motion to Withdraw

Before the Court is the Motion to Withdraw and to Appoint the Office of the Federal Defender or CJA Attorney for Appeal and Memorandum of Law, doc. 103, in which Thomas M. Bell seeks to withdraw from representing the defendant on appeal.[1] This Court held a hearing on the motion on November 16, 2022, where the defendant requested court appointed counsel and leave to proceed *in forma pauperis*. *See* Minute Entry, doc. 110.

During the hearing, in accordance with Addendum Four of the Eleventh Circuit Plan Under the Criminal Justice Act, subsection (d)(2), the Court conducted a review of the defendant's financial circumstances and an *ex parte* review of the defendant and counsels' fee arrangements in this matter. The Court determined that the fee arrangement between the defendant and Mr. Bell does not contemplate Mr. Bell representing the defendant on appeal. Further, the amount of the fee paid is

---

[1] The defendant was sentenced on October 31, 2022; the judgment was signed and entered on November 7, 2022. *See* Minute Entry & Judgement (Docs. 105, 106). The defendant filed a timely appeal. *See* Notice of Appeal. Doc. 109.

commensurate with the services provided by Mr. Bell. After questioning the defendant about his finances, the Court found that the defendant is financially unable to afford counsel. The defendant does not object to Mr. Bell's motion to withdraw.

The Court finds it appropriate to allow current counsel to withdraw and appoints substitute counsel to represent the defendant in all further proceedings. The Court also finds it appropriate, based on the defendant's financial circumstances, for him to proceed *in forma pauperis* on appeal.

For these reasons, and those stated on the record at the hearing, it is **ordered**:

1. The Motion to Withdraw and to Appoint the Office of the Federal Defender or CJA Attorney for Appeal and Memorandum of Law, doc. 103, is **granted**.

2. Thomas M. Bell is relieved of any further responsibility in this case, with the exception of those duties required to properly transition the case to new counsel.

3. The Federal Public Defender is appointed to represent the defendant in all further proceedings.

4. The defendant is permitted to proceed *in forma pauperis* on appeal.

**Ordered** in Jacksonville, Florida, on November 16, 2022.

LAURA LOTHMAN LAMBERT
United States Magistrate Judge

c:
Kelly Karase, Assistant United States Attorney
Thomas M. Bell, Esquire
Federal Public Defender