# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

Bryan Simpson United States Courthouse
300 North Hogan Street Suite 9-150
Jacksonville, Florida 32202
(904) 549-1900

Elizabeth M. Warren                                                                         Jim Leanhart
Clerk of Court                                                              Jacksonville Division Manager

**DATE:** November 17, 2022

**TO:**   Clerk, U.S. Court of Appeals for the Eleventh Circuit

**UNITED STATES OF AMERICA**

**VS.**                                                                 CASE NO: 3:20-cr-94-TJC-LLL

**MARK MANUEL ANGELES MARINO**

Enclosed are documents and information relating to an appeal in the above-referenced action. Please acknowledge receipt on the enclosed copy of this letter.

- Honorable Timothy J. Corrigan, United States District Judge appealed from.

- Appeal filing fee was not paid. Upon filing a notice of appeal, the appellant must pay the district clerk all required fees. The district clerk receives the appellate docket fee on behalf of the court of appeals.

- FPD Attorney Appointed.

- Court Reporter: Shannon Bishop and Digital Tape

                                        ELIZABETH M. WARREN, CLERK

                                        By:   s/SW, Deputy Clerk