# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  Case No. 3:20-cr-94-TJC-LLL

MARK MANUEL ANGELES MARINO
_____/

## NOTICE OF APPEARANCE

The Office of the Federal Defender has been appointed by the Court to represent the Defendant, MARK MANUEL ANGELES MARINO, in the above-styled cause.   Doc. 111.

The Clerk is requested to enter the appearance of M. Allison Guagliardo, Assistant Federal Defender, as counsel for the Defendant for purposes of appeal.

DATED this 1st day of December, 2022.

Respectfully submitted,

A. Fitzgerald Hall, Esq.
Federal Defender

/s/ M. Allison Guagliardo
M. Allison Guagliardo, Esq.
Florida Bar No. 0800031
Assistant Federal Defender
400 North Tampa Street, Suite 2700
Tampa, Florida 33602
Telephone:  (813) 228-2715
Email:     allison_guagliardo@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of December, 2022, the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will serve notice on Kelly Karase, Assistant U.S. Attorney.

/s/ M. Allison Guagliardo
M. Allison Guagliardo, Esq.
Assistant Federal Defender
