```
                IN THE UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF FLORIDA
                       JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,        Jacksonville, Florida

          Plaintiff,             Case No. 3:20-cr-94-TJC-JRK

  vs.                            May 24, 2021

MARK MANUEL ANGELES MARINO,      4:03 p.m.

          Defendant.             Courtroom No. 10D
_____



                         STATUS HEARING
            BEFORE THE HONORABLE TIMOTHY J. CORRIGAN
                  UNITED STATES DISTRICT JUDGE


GOVERNMENT COUNSEL:

     KELLY KARASE, ESQ.
     U.S. Attorney's Office - FLM
     300 North Hogan Street, Suite 700
     Jacksonville, Florida  32202


DEFENSE COUNSEL:

     THOMAS M. BELL, ESQ.
     Thomas M. Bell, PA
     301 West Bay Street, Suite 1460
     Jacksonville, Florida  32202


COURT REPORTER:

     Shannon M. Bishop, RDR, CRR, CRC
     221 North Hogan Street, #150
     Jacksonville, Florida  32202
     Telephone:  (904)549-1307
     dsmabishop@yahoo.com


     (Proceedings recorded by mechanical stenography;
transcript produced by computer.)
```

```
 1                      P R O C E E D I N G S
 2   May 24, 2021                                        4:03 p.m.
 3                              - - -
 4            THE COURT:  Good afternoon.  This is Judge Corrigan.
 5   And we are here for criminal status conferences for the June
 6   trial term.
 7            There are six cases remaining.  We've had a number of
 8   cases we've already had statuses on.  But we've -- we've got
 9   six remaining.  I'll start with United States versus Mark
10   Marino, 3:20-cr-94.
11            Ms. Karase represents the government.
12            Mr. Bell represents Mr. Marino.
13            I see that there was pretty extensive litigation on a
14   motion to suppress.  And I'm seeing that -- it looks like the
15   R&R was entered today.  I have not had an opportunity to review
16   it.  Holy cow.
17            Ms. Diaz just gave me the whole packet here, a
18   55-page report and recommendation.  And, of course, I am just
19   literally seeing this for the first time.  I see the bottom
20   line is that the recommended disposition is denial.
21            So I'm assuming that, Ms. Karase, we've got to get
22   that issue resolved before we can go further.  But what -- what
23   says the government in this case?
24            MS. KARASE:  Good afternoon, Your Honor.  Kelly
25   Karase.  We do not have any objections to the R&R.  I did have
```

1  a chance to read it already.  And we did not have any
2  objections and are prepared to proceed to trial.  But I'll let
3  Mr. Bell -- he may see things differently.
4          THE COURT:  Okay.  Mr. Bell?
5          MR. BELL:  Surprisingly enough, Judge, I do.  Again,
6  I haven't seen all of it.  I've seen the bottom line.  So,
7  needless to say, I'll have to work on some objections, so -- I
8  assume over the course of the next couple of weeks.
9          I don't know if it will end up going to trial, or we
10 may discuss a stipulated bench trial at some point, Judge, but
11 I'll take that up with Ms. Karase.
12         I would hope the Court -- and I will make an ore
13 tenus motion to continue the trial to get it off the docket so
14 I can finish the R&R, and do some more discovery if necessary
15 if we do end up trying it with a jury.  I would propose 90
16 days.
17         THE COURT:  Ms. Karase?
18         MS. KARASE:  Your Honor, the United States does not
19 object to a 90-day continuance.  Mr. Marino is detained pending
20 trial.  So the United States has no objection.
21         THE COURT:  All right.  Well, that's a fairly lengthy
22 continuance, but it's probably appropriate.  But I guess I'm
23 interested in -- because -- and, Mr. Bell, let's go ahead and
24 do it this way.  Right now -- if the R&R was entered today,
25 right now your objections would be due by June the 7th.  So

1   that's two weeks.
2           Is that sufficient?  Do you need a little more time?
3   What's your -- what's your request?
4           MR. BELL:  Judge, I haven't had a chance to read the
5   R&R.  I assume I'm going to need more time.  This was a fairly
6   complex probable cause attack on the affidavit.  There was
7   fairly extensive testimony that went with it.  I'm -- I assume
8   I'll need more time.
9           I hadn't really thought about how long I intended to
10  ask for with Ms. Karase.  So I haven't discussed it with her
11  yet.  But I would think at least two weeks, and as much as 30
12  days beyond the 7th would be not unreasonable.
13          Let me ask for a month and see how Ms. Karase feels
14  about a month-long extension to file objections.
15          THE COURT:  Well, what I -- what I can do,
16  Ms. Karase -- I'm -- I'd be inclined to allow up to 30 days.
17  But I would run it from -- from today.  So --
18          MR. BELL:  Okay.
19          THE COURT:  Does the government have any objection to
20  that?
21          MS. KARASE:  No, Your Honor.
22          THE COURT:  All right.
23          MR. BELL:  That's fair, Judge.
24          THE COURT:  All right.  So the objections are due on
25  the -- by the 24th of June.

```
 1              Ms. Karase, how long would the government request to
 2   be able to respond to that if -- if you want to?  I know you
 3   don't -- you're not required to respond to the objections, but
 4   my -- my experience tells me you likely will.
 5              So how long would you need -- if Mr. Bell files by
 6   June 24th, how long would you need?
 7              MS. KARASE:  Your Honor, due to a trial I have during
 8   this time frame, and some time out of the office that's
 9   planned, I would ask to have until July 16th.  I know it's a
10   little bit longer than I ordinarily would ask, but --
11              THE COURT:  That's fine.
12              MS. KARASE:  -- under the circumstances --
13              THE COURT:  Okay.
14              MR. BELL:  And, Judge, I'm sorry, if I could.  And I
15   looked at my calendar.  I'm going to be out of town that week.
16   Could I indulge the Court -- ask the Court's indulgence to
17   maybe get to the 29th?  That will give me the Tuesday after I
18   get back that week.
19              THE COURT: All right.  June 29th.
20              And then, Ms. Karase, that means I'll give you until
21   July 20th.  How about that?
22              MS. KARASE:  Very good, Your Honor.
23              THE COURT:  All right.
24              MR. BELL:  Thank you, Your Honor.
25              THE COURT:  All right.  So objections by June 29th.
```

1 Response by July 20th.  And I'll take a look at the whole
2 situation.
3         In the meantime, it seems to me that, given that
4 calendar, a 90-day continuance is appropriate.  I guess,
5 Mr. Bell -- although it's not the same as in state court, I
6 don't think, but I'm always interested to make sure that
7 Mr. Marino understands the delay here and is accepting of it.
8         MR. BELL:  Judge, I advised him of that possibility.
9 I've also discussed -- I can represent -- well, I'd be prepared
10 to represent that the tolling provisions of motions to
11 suppress -- I think he recognizes that.
12         I mean, I don't know that -- I haven't had a chance
13 to communicate that we had an R&R today, but I generally have
14 kind of outlined how suppression issues affect the Speedy --
15 the provisions of the Speedy Trial Act.
16         THE COURT:  Okay.  All right.  The ore tenus motion
17 of the defendant for a 90-day continuance is granted, the Court
18 finding that for the reasons stated by counsel on the record,
19 the ends of justice served by that continuance outweigh the
20 interests of the defendant and the public in a speedy trial.
21         The next status conference is August 23rd at 4 p.m.
22 I'm going to put you on the September trial term, which begins
23 on September 7th.
24         The briefing on the objections will be due -- will
25 come due on July 20th.  After that the Court will take that up.

```
 1   And I'll -- I'll definitely have a ruling for you on that
 2   before the next status conference.
 3              All right.  Anything else?
 4              MR. BELL:  No, Your Honor.  Thank you.
 5              THE COURT:  Thank you.
 6              MS. KARASE:  No, Your Honor.
 7       (The proceedings concluded at 4:10 p.m.)
 8                              - - -
```

## CERTIFICATE

UNITED STATES DISTRICT COURT    )
                                )
MIDDLE DISTRICT OF FLORIDA      )

    I hereby certify that the foregoing transcript is a true and correct computer-aided transcription of my stenotype notes taken at the time and place indicated herein.

    DATED this 16th day of December, 2022.

                      s/Shannon M. Bishop
                      Shannon M. Bishop, RDR, CRR, CRC