```
                IN THE UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                       JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,        Jacksonville, Florida

         Plaintiff,              Case No. 3:20-cr-94-TJC-JRK

  vs.                            August 23, 2021

MARK MANUEL ANGELES MARINO,      4:04 p.m.

         Defendant.              Courtroom No. 10D
_____



                          STATUS HEARING
              BEFORE THE HONORABLE TIMOTHY J. CORRIGAN
                  UNITED STATES DISTRICT JUDGE


  GOVERNMENT COUNSEL:

       KELLY KARASE, ESQ.
       U.S. Attorney's Office - FLM
       300 North Hogan Street, Suite 700
       Jacksonville, Florida  32202


  DEFENSE COUNSEL:

       THOMAS M. BELL, ESQ.
       Thomas M. Bell, PA
       301 West Bay Street, Suite 1460
       Jacksonville, Florida  32202


  COURT REPORTER:

       Shannon M. Bishop, RDR, CRR, CRC
       221 North Hogan Street, #150
       Jacksonville, Florida  32202
       Telephone:  (904)549-1307
       dsmabishop@yahoo.com


      (Proceedings recorded by mechanical stenography;
  transcript produced by computer.)
```

P R O C E E D I N G S

August 23, 2021                                                4:04 p.m.

- - -

THE COURT: Good afternoon. We're here for statuses for September trial term. And we've got -- looks like about eight or nine or ten, maybe. So we'll get started.

*United States versus Mark Marino*, 3:20-cr-94.

Ms. Karase represents the government.

Mr. Bell represents Mr. Marino.

I can tell you that I know there is an R&R pending on the motion to suppress. As a matter of fact, I actually reviewed this matter over the weekend. I haven't quite finished my review. It's a pretty -- pretty voluminous record. So I haven't quite -- and I think the R&R is 55 pages.

And I have objections and the government's response. So I would anticipate a ruling on that sometime reasonably soon. It's even possible it will be this week, but I'm not going to promise that.

So to whatever extent that helps you-all know where we are. And if you're waiting for that, which you may well be, you know, it may be that a continuance is -- is appropriate until I can get that ruled on. But it should be pretty soon.

So, Mr. Bell, let me just start with you. Where does the case stand from your client's point of view?

MR. BELL: Well, Judge, I am in a position to

1   represent -- however it goes -- of course, I maintain our
2   confidence that the Court will see it our way and sustain the
3   objections to the R&R.
4           But nevertheless, in the event that that doesn't
5   happen, I can kind of represent to the Court that we are
6   discussing a stipulated bench trial.
7           So what I would think would be appropriate under the
8   circumstances is to continue it 30 days, see where we are, and,
9   depending on which way the R&R comes out, get in a position to
10  kind of go from there.
11          THE COURT:  Ms. Karase?
12          MR. BELL:  So that would constitute an ore tenus
13  motion to continue, I guess.
14          THE COURT:  All right.
15          MR. BELL:  That's a long way to put it.
16          THE COURT:  Ms. Karase?
17          MS. KARASE:  Good afternoon, Your Honor.  I have no
18  objection to a 30-day continuance.
19          THE COURT:  All right.  Let's go ahead and do that.
20  As I said, I'll try to get a ruling out in the next week or so.
21  And then we'll come up for status on the next go-around and
22  hopefully be in a position to know which way we're going to
23  proceed.
24          So the ore tenus motion of the defendant for a
25  one-month continuance is granted, the Court finding that for

```
 1  the reasons stated by counsel on the record, the ends of
 2  justice served by that continuance outweigh the interests of
 3  the defendant and the public in a speedy trial.
 4          I'll put you on the October 4th trial term.  And your
 5  next status is September 20th at 4 p.m.
 6          Thank you.
 7          MR. BELL:  Very good, Your Honor.  Thank you.
 8          MS. KARASE:  Thank you, Your Honor.
 9     (The proceedings concluded at 4:08 p.m.)
10                          - - -
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

## CERTIFICATE

UNITED STATES DISTRICT COURT   )
                                                           )
MIDDLE DISTRICT OF FLORIDA      )

    I hereby certify that the foregoing transcript is a true and correct computer-aided transcription of my stenotype notes taken at the time and place indicated herein.

    DATED this 16th day of December, 2022.

                      s/Shannon M. Bishop
                      Shannon M. Bishop, RDR, CRR, CRC