```
             IN THE UNITED STATES DISTRICT COURT
                  MIDDLE DISTRICT OF FLORIDA
                     JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,        Jacksonville, Florida

          Plaintiff,             Case No. 3:20-cr-94-TJC-JRK

  vs.                            September 20, 2021

MARK MANUEL ANGELES MARINO,      4:20 p.m.

          Defendant.             Courtroom No. 10D
_____


                        STATUS HEARING
           BEFORE THE HONORABLE TIMOTHY J. CORRIGAN
                 UNITED STATES DISTRICT JUDGE


GOVERNMENT COUNSEL:

     KELLY KARASE, ESQ.
     U.S. Attorney's Office - FLM
     300 North Hogan Street, Suite 700
     Jacksonville, Florida  32202


DEFENSE COUNSEL:

     THOMAS M. BELL, ESQ.
     Thomas M. Bell, PA
     301 West Bay Street, Suite 1460
     Jacksonville, Florida  32202


COURT REPORTER:

     Shannon M. Bishop, RDR, CRR, CRC
     221 North Hogan Street, #150
     Jacksonville, Florida  32202
     Telephone:  (904)549-1307
     dsmabishop@yahoo.com


     (Proceedings recorded by mechanical stenography;
transcript produced by computer.)
```

<u>P R O C E E D I N G S</u>

September 20, 2021                                           4:20 p.m.

                            - - -

            THE COURT:  *United States versus Mark Marino*,
3:20-cr-94.
            Ms. Karase for the government.
            Mr. Bell for Mr. Marino.
            Ms. Karase, where does the case stand from the
government's standpoint?
            MS. KARASE:  Good afternoon, Your Honor.  The case is
ready for trial.  And the United States is prepared to proceed.
            THE COURT:  Mr. Bell?
            MR. BELL:  Good afternoon, Judge.  What I would
anticipate -- Ms. Karase and I have spoken about this in
general terms, but not specifically -- is a bench trial.
Hopefully we could stipulate to much, if not all, of the
evidence, in order to preserve the opportunity to appeal the
Court's denial of the motion to suppress.
            So if we can work out the logistics of that, I don't
think the Court would need a jury.  And it may be -- you know,
it might be an ideal month to kind of make this happen.
            Ms. Karase and I hopefully can come to terms on --
on, you know, stipulating to the elements of the relative
offenses.  I guess we will have to get Mr. Marino in to a
colloquy on the waiver of his right to a jury trial, but I

1  don't expect a problem with that.
2           THE COURT:  Well, typically when we've done this
3  before, I think we just do it all in the same proceeding, but
4  we -- you know, we do need the paperwork done.  And we need an
5  agreement on a set of facts.
6           And so this has been done before.  And maybe both of
7  you have done it.  I don't -- and I think I did one maybe six
8  months or eight months ago.
9           So, Ms. Karase, is the government amenable to some
10 type of stipulated bench trial?
11          MS. KARASE:  Yes, Your Honor.
12          THE COURT:  Okay.  So what I think I'll do is, I'll
13 just find y'all a date, because it doesn't take that long.  You
14 know, it should be -- you know, it's like an hour or something,
15 if that, once we have all the paperwork in place.
16          So what I can do is find you a date and then just
17 make sure -- and then I'll give you a date to make sure all the
18 paperwork is in place beforehand.  So -- and if it's on the
19 October term, I'm assuming that's -- that's what you want.
20 So --
21          MR. BELL:  Judge, I'd just ask not to do it the week
22 of the 4th.  Maybe we could do it, you know -- you know,
23 sometime after the week of the 4th.
24          THE COURT:  Yeah.  That's fine.  Let me look at a --
25 let me look at a -- some dates here that we could do it.

```
 1              How about October 21st at 2 o'clock?
 2              MR. BELL:  That could work.
 3              MS. KARASE:  That would --
 4              MR. BELL:  That should work, Judge.  Of course, we
 5   have a big status the next morning.  So I think we can make
 6   that happen.
 7              THE COURT:  Yeah.  That's true.  Yeah.
 8              Let me -- well, I've got some hearings that morning,
 9   too.  So maybe I should be -- maybe I should be holding that
10   open.  That's probably a good point.
11              MR. BELL:  Somehow I expect I'll be busy that day.  I
12   mean, we'll -- obviously if the Court wants to set it, we'll
13   make it happen.
14              THE COURT:  No.  I think you're probably right.
15              Yeah.  Maybe what I'll do . . .
16              How about October 19th at 10 o'clock?
17              MR. BELL:  I somehow knew you'd pick that.  I just
18   set some depositions in a state case, Judge.  I might be able
19   to rearrange that if that's the best time for the Court.
20              THE COURT:  Okay.
21              MR. BELL:  But I'll defer to the Court.  They have
22   not been set.  The subpoenas have not gone out.  So if the
23   Court wants to set it on that date, I'll just restructure
24   those.
25              THE COURT:  Hold on a second.
```

```
 1                Ms. Karase -- let's see.
 2        (Judge confers with courtroom deputy.)
 3                THE COURT:  All right.  Last -- last chance, October
 4   20th, at 10 a.m.
 5                MS. KARASE:  Works for the United States, Your Honor.
 6                MR. BELL:  That's fine, Judge.  Absolutely.
 7                THE COURT:  Okay.  And then I'm going to ask you-all
 8   to have filed the paperwork with me a week in advance so that I
 9   just make sure we've got all our ducks in a row.
10                So we're going to have the hearing -- I mean, the
11   stipulated bench trial will occur on October 20th at 10 a.m.
12   I'm going to ask that the papers -- to put that into play, be
13   available -- be filed by October 13th.  Okay?
14                MS. KARASE:  Very good, Your Honor.
15                MR. BELL:  Very good, Your Honor.  Thank you.  And
16   I'll be in touch.
17                THE COURT:  You and Mr. Bell work that out.
18                Okay.  That's what we'll do.
19                MR. BELL:  Very good.  I'll be in touch, Ms. Karase.
20                MS. KARASE:  All right.  Thank you.
21                THE COURT:  Thank you.
22        (The proceedings concluded at 4:26 p.m.)
23                                - - -
24
25
```

6

**CERTIFICATE**

UNITED STATES DISTRICT COURT    )
                                )
MIDDLE DISTRICT OF FLORIDA      )

    I hereby certify that the foregoing transcript is a true and correct computer-aided transcription of my stenotype notes taken at the time and place indicated herein.

    DATED this 16th day of December, 2022.

                           s/Shannon M. Bishop
                            Shannon M. Bishop, RDR, CRR, CRC