**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                  Case No. 3:20-cr-94-TJC-LLL

MARK MANUEL ANGELES MARINO,

    Defendant.
_____/

**NOTICE OF APPEARANCE**

The Office of the Federal Defender has been appointed by the Court to represent the Defendant in the above-styled cause.

The Clerk is requested to enter the appearance of Meghan Ann Collins, Research and Writing Attorney, as Counsel for the Defendant for appellate purposes only.

                                        A. Fitzgerald Hall, Esq.
                                        Federal Defender

                                        */s/ Meghan Ann Collins*
                                        Meghan Ann Collins, Esq.
                                        Research and Writing Attorney
                                        Florida Bar Number 0492868
                                        201 South Orange Avenue, Suite 300
                                        Orlando, Florida  32801
                                        Telephone: (407) 648-6338
                                        E-Mail: meghan_boyle@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 6, 2023, a true copy of the foregoing was filed using CM/ECF, which will send an electronic notice to the United States Attorney's Office.

*/s/ Meghan Ann Collins*
Meghan Ann Collins, Esq.
Research and Writing Attorney
